**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No. 1:24-cv-09715 (DLC) |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No. 1:24-cv-09973 (DLC) |

**NOTICE OF MOTION AND MOTION OF MOHAMMAD ALI IKRAM FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on March 7, 2025 at 2 p.m. before the Honorable Denise L. Cote, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 18B, New York, New York 10007, Mohammad Ali Ikram ("Mr. Ikram"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the above captioned related actions (the "Related Actions") under Rule 42 of the Federal Rules of Civil Procedure; (ii) appointing Mr. Ikram as lead plaintiff; (iii) approving his selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as lead counsel for the proposed class, and (iv) for any such further relief as the Court may deem just and proper.

In support of his Motion, Mr. Ikram submits his Memorandum of Law in Support of the Motion of Mohammad Ali Ikram for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Mohammad Ali Ikram for Consolidation, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, dated February 18, 2025, and its exhibits.

This Motion is made on the grounds that Mr. Ikram believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Ikram believes that he has the "largest financial interest" in the relief sought by the proposed class in the Related Actions as a result of the losses he suffered on his purchases of Applied Therapeutics, Inc. securities. Mr. Ikram also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Mr. Ikram respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint him as lead plaintiff in accordance with the PSLRA; (3) approve his selection

of Kaplan Fox to serve as lead counsel for the proposed Class; and (4) grant any such further relief that the Court may deem just and proper.

Dated:  February 18, 2025                    Respectfully submitted,

*/s/ Jeffrey P. Campisi*

Jeffrey P. Campisi
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
jcampisi@kaplanfox.com

*Attorneys for Movant Mohammad Ali Ikram and Proposed Lead Counsel for the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on February 18, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi

3