**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-09715 (DLC) |
| Plaintiff, | |
| v. | |
| APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI, | |
| Defendants. | |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-09973 (DLC) |
| Plaintiff, | |
| v. | |
| APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN, | |
| Defendants. | |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE
MOTION OF MOHAMMAD ALI IKRAM FOR CONSOLIDATION OF THE RELATED
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
HIS SELECTION OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following:

1.     I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to this Court and am in good standing.

2.     I respectfully submit this Declaration in Support of the Motion of Mohammad Ali Ikram for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel.  I have personal knowledge of the matters set forth below based upon and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

3.     Attached hereto are true and correct copies of the following documents:

**Exhibit A:**     Press release titled "SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Applied Therapeutics, Inc. Securities and Sets a Lead Plaintiff Deadline of February 18, 2025," issued by Globe Newswire on December 17, 2024;

**Exhibit B:**     Chart of Mohammad Ali Ikram's losses prepared by counsel;

**Exhibit C:**     Firm resume of Kaplan Fox & Kilsheimer LLP; and

**Exhibit D:**     The Declaration of Mohammad Ali Ikram, dated February 17, 2025.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of February 2025.

*/s/ Jeffrey P. Campisi*
JEFFREY P. CAMPISI

**<u>CERTIFICATE OF SERVICE</u>**

I, Jeffrey P. Campisi, hereby certify that, on February 18, 2025, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi

2