# EXHIBIT B

## Exhibit B

## Mohammad Ali Ikram

## Estimated Losses in Applied Therapeutics, Inc. (NASDAQ: APLT) - Class period: 1/3/2024 - 12/2/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **APPLIED THERAPEUTICS, INC.** | | | | | | | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 8/15/2024 | 100 | $5.44 | $544.41 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 8/16/2024 | 95 | $5.82 | $552.74 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 8/23/2024 | 2 | $5.69 | $11.38 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 8/27/2024 | 1 | $5.94 | $5.94 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 8/29/2024 | 3 | $6.39 | $19.17 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 8/29/2024 | 1 | $6.36 | $6.36 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/5/2024 | 153 | $5.75 | $879.75 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/13/2024 | 31 | $4.84 | $150.04 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/16/2024 | 2 | $4.69 | $9.38 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/16/2024 | 11 | $4.69 | $51.55 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/18/2024 | 11 | $6.50 | $71.50 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/18/2024 | 22 | $7.70 | $169.40 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/18/2024 | 68 | $7.60 | $516.80 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/18/2024 | 45 | $7.45 | $335.25 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/19/2024 | 3 | $7.95 | $23.85 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/20/2024 | 2 | $7.80 | $15.60 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/24/2024 | 6 | $7.70 | $46.20 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/24/2024 | 80 | $7.60 | $608.00 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/26/2024 | 2 | $8.40 | $16.80 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/26/2024 | 10 | $8.31 | $83.10 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/27/2024 | 1 | $8.23 | $8.23 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/27/2024 | 4 | $8.27 | $33.08 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 9/30/2024 | 100 | $8.30 | $830.00 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/1/2024 | 2 | $8.29 | $16.58 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/2/2024 | 7 | $8.22 | $57.54 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/2/2024 | 2 | $8.21 | $16.42 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/3/2024 | 3 | $8.15 | $24.45 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/3/2024 | 28 | $7.99 | $223.72 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/3/2024 | 29 | $7.81 | $226.49 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/4/2024 | 1 | $7.63 | $7.63 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/4/2024 | 20 | $7.60 | $152.00 | |

# Mohammad Ali Ikram

## Estimated Losses in Applied Therapeutics, Inc. (NASDAQ: APLT) - Class period: 1/3/2024 - 12/2/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/7/2024 | 21 | $7.71 | $161.91 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/7/2024 | 6 | $7.62 | $45.72 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/7/2024 | 6 | $7.63 | $45.77 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/9/2024 | 10 | $7.95 | $79.50 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/10/2024 | 12 | $7.91 | $94.92 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/10/2024 | 1 | $7.88 | $7.88 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/17/2024 | 162 | $8.64 | $1,399.52 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/17/2024 | 4 | $8.62 | $34.47 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/25/2024 | 10 | $8.63 | $86.30 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/25/2024 | 2 | $8.54 | $17.08 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 10/25/2024 | 125 | $8.51 | $1,063.75 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/13/2024 | 31 | $9.42 | $292.02 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/13/2024 | 6 | $9.39 | $56.34 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/15/2024 | 20 | $8.84 | $176.80 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/19/2024 | 1 | $8.90 | $8.31 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/22/2024 | 3 | $9.15 | $27.45 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/25/2024 | 2 | $9.40 | $18.80 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 8 | $9.45 | $75.60 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 1 | $8.95 | $8.95 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 261 | $1.80 | $469.80 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 100 | $2.20 | $220.00 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 400 | $2.18 | $872.00 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 4 | $2.05 | $8.20 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 60 | $1.98 | $118.80 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 349 | $2.04 | $711.96 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/27/2024 | 1 | $2.03 | $2.03 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 11/29/2024 | 250 | $2.21 | $552.13 | |
| Applied Therapeutics, Inc. | 03828A101 | Buy | 12/2/2024 | 400 | $1.95 | $778.00 | |
| | | | | *3,101* | | *$13,147.36* | |
| | | | | | | | |
| Applied Therapeutics, Inc. | 03828A101 | Sell** | 12/4/2024 | (818) | $1.54 | ($1,255.63) | |
| Applied Therapeutics, Inc. | 03828A101 | Sell** | 12/4/2024 | (250) | $1.54 | ($383.75) | |
| Applied Therapeutics, Inc. | 03828A101 | Sell** | 12/4/2024 | (500) | $1.54 | ($767.50) | |
| Applied Therapeutics, Inc. | 03828A101 | Sell** | 12/5/2024 | (220) | $1.45 | ($319.73) | |

# Mohammad Ali Ikram

## Estimated Losses in Applied Therapeutics, Inc. (NASDAQ: APLT) - Class period: 1/3/2024 - 12/2/2024

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| Applied Therapeutics, Inc. | 03828A101 | Sell** | 12/31/2024 | (500) | $1.10 | ($549.49) | |
| Applied Therapeutics, Inc. | 03828A101 | Sell** | 12/31/2024 | (75) | $1.10 | ($82.42) | |
| Applied Therapeutics, Inc. | 03828A101 | Sell** | 1/2/2025 | (576) | $1.09 | ($627.50) | |
| Applied Therapeutics, Inc. | 03828A101 | Retained* | | (162) | $0.83 | ($134.43) | |
| | | | | (3,101) | | ($4,120.46) | $9,026.90 |

*indicates the 90 day price average is subject to change.

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date