# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI, <br><br> Defendants. | Case No. 1:24-cv-09715 (DLC) |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN, <br><br> Defendants. | Case No. 1:24-cv-09973 (DLC) |

**DECLARATION OF MOHAMMAD ALI IKRAM**

I, Mohammad Ali Ikram, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my motion for consolidation of the above-captioned related securities actions, appointment as lead plaintiff on behalf of purchasers of Applied Therapeutics, Inc. ("Applied" or the "Company") securities under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approval of my selection of counsel.

2.      I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

3.      I am 49 years old and reside in Oshawa, Ontario, Canada.  I operate a consulting firm focused on providing corporate clients guidance with risk management, internal audit and compliance management system activities.  I have a Bachelor of Arts Honours degree with Specialist in Administration from the University of Toronto, and I obtained my Chartered

Professional Accountant/Chartered Accountant designation in Canada.  I have over 20 years' experience investing in mutual funds and individual stocks.

4.      On December 27, 2024, I filed the complaint captioned *Ikram v. Applied Therapeutics, Inc. and Shoshana Shendelman*, Case 1:24-cv-9973, which is pending before the Court. My certification under the PSLRA was filed with my complaint.

5.      During the Class Period I purchased a substantial amount of shares of Applied common stock, retained shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial losses as a result.  By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

6.      I understand that a lead plaintiff is required to oversee counsel and direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest.  If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  I further understand that I am not required to seek appointment as lead plaintiff in order to recover.  Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

7.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Kaplan Fox & Kilsheimer LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Executed on 2/17/2025 _____.

Signed by:

*Mohammad Ali Ikram*

1DEB0A2FD5AF402...

Mohammad Ali Ikram