UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No. 1:24-cv-09715-DLC |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No. 1:24-cv-09973-DLC |

**NOTICE OF DR. MARTIN DIETRICH'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on March 7, 2025 at 2:00 p.m. or at such date and time as determined by this Court, in Courtroom 18B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street. New York, NY, 10007, Dr. Martin Dietrich, by and through his undersigned counsel, will move this Court pursuant to Federal Rule of Civil Procedure 42(a) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.* (the "PSLRA") for an Order: (1) consolidating the above-captioned related actions; (2) appointing Dr. Dietrich as

Lead Plaintiff in the consolidated actions; (3) approving Dr. Dietrich's selection of Wolf Popper LLP as Lead Counsel; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

In support of this Motion, Dr. Dietrich submits the accompanying Memorandum of Law, the Declaration of Emer Burke and its supporting exhibits, and relies on all other filings in the above captioned matters.

Dated: February 18, 2025
      New York, NY

Respectfully submitted,

**WOLF POPPER LLP**

*/s/ Joshua W. Ruthizer*
Robert C. Finkel
rfinkel@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Adam Savett
asavett@wolfpopper.com
Emer Burke
eburke@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
Telephone: (212) 759-4600

*Attorneys for Movant Dr. Martin Dietrich*
*and Proposed Lead Counsel for the Class*