**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI, <br><br> Defendants. | Case No. 1:24-cv-09715-DLC |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN, <br><br> Defendants. | Case No. 1:24-cv-09973-DLC |

**[PROPOSED] ORDER**

Having considered Emil Dezia's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Applied Therapeutics, Inc. Securities Litigation*, Master File No. 1:24-cv-09715-DLC;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Emil Dezia as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2025          _____

HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

1