# EXHIBIT C

Financial Interest Analysis

**Company Name:** Applied Therapeutics, Inc.
**Ticker:** APLT
**Class Period:** 01/03/2024 - 12/02/2024
**Name:** Emil Dezia

| | |
|---|---|
| Common Stock Total: | -$105,356.89 |
| Options Total: | $41,916.99 |
| **Combined:** | **-$63,439.90** |

**Common Stock**

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/10/2024 | 36 | $4.9800 | -$179.2800 | | $0.0000 | -$179.28 |
| 7/15/2024 | 46 | $5.7000 | -$262.2000 | | $0.0000 | -$262.20 |
| 7/19/2024 | 22 | $5.2800 | -$116.1600 | | $0.0000 | -$116.16 |
| 7/22/2024 | 96 | $5.1000 | -$489.6000 | | $0.0000 | -$489.60 |
| 7/31/2024 | 300 | $5.9500 | -$1,785.0000 | | $0.0000 | -$1,785.00 |
| 8/5/2024 | 500 | $5.8000 | -$2,900.0000 | | $0.0000 | -$2,900.00 |
| 8/12/2024 | 200 | $5.8500 | -$1,170.0000 | | $0.0000 | -$1,170.00 |
| 9/4/2024 | 6 | $5.6700 | -$34.0200 | | $0.0000 | -$34.02 |
| 9/6/2024 | 57 | $5.6000 | -$319.2000 | | $0.0000 | -$319.20 |
| 9/10/2024 | 99 | $5.3000 | -$524.7000 | | $0.0000 | -$524.70 |
| 9/19/2024 | 15 | $8.2000 | -$123.0000 | | $0.0000 | -$123.00 |
| 9/20/2024 | 14 | $7.7600 | -$108.6400 | | $0.0000 | -$108.64 |
| 9/26/2024 | 17 | $8.6500 | -$147.0500 | | $0.0000 | -$147.05 |
| 9/30/2024 | 7 | $8.2500 | -$57.7500 | | $0.0000 | -$57.75 |
| 9/30/2024 | 14 | $8.2000 | -$114.8000 | | $0.0000 | -$114.80 |
| 10/1/2024 | 1 | $8.3000 | -$8.3000 | | $0.0000 | -$8.30 |
| 10/18/2024* | -100 | | $0.0000 | $7.5000 | $750.0000 | $750.00 |
| 11/13/2024 | 26 | $9.0600 | -$235.5600 | | $0.0000 | -$235.56 |
| 11/15/2024* | 2,900 | $10.0000 | -$29,000.0000 | | $0.0000 | -$29,000.00 |
| 11/27/2024 | 1,000 | $9.0000 | -$9,000.0000 | | $0.0000 | -$9,000.00 |
| 12/2/2024 | 44 | $1.7500 | -$77.0000 | | $0.0000 | -$77.00 |
| 12/20/2024* | 500 | $5.0000 | -$2,500.0000 | | $0.0000 | -$2,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,800** | | | | **Subtotal:** | **-$48,402.26** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $4,917.74 |
| | | | $0.8479 | 5,800 | **Total:** | **-$43,484.52** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/10/2024 | 500 | $5.0500 | -$2,525.0000 | | $0.0000 | -$2,525.00 |
| 7/26/2024 | 5 | $5.1500 | -$25.7500 | | $0.0000 | -$25.75 |
| 8/8/2024 | 77 | $6.3500 | -$488.9500 | | $0.0000 | -$488.95 |
| 8/12/2024 | 18 | $5.7700 | -$103.8600 | | $0.0000 | -$103.86 |
| 8/14/2024 | 5 | $6.0000 | -$30.0000 | | $0.0000 | -$30.00 |
| 9/5/2024 | 34 | $5.7000 | -$193.8000 | | $0.0000 | -$193.80 |
| 9/19/2024 | 4 | $8.3500 | -$33.4000 | | $0.0000 | -$33.40 |
| 9/30/2024 | 5 | $8.4000 | -$42.0000 | | $0.0000 | -$42.00 |
| 10/17/2024 | 2 | $8.6500 | -$17.3000 | | $0.0000 | -$17.30 |
| 11/13/2024 | 36 | $8.9300 | -$321.4800 | | $0.0000 | -$321.48 |
| 12/2/2024 | 14 | $1.8500 | -$25.9000 | | $0.0000 | -$25.90 |
| 12/18/2024* | 1,000 | $7.5000 | -$7,500.0000 | | $0.0000 | -$7,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,700** | | | | **Subtotal:** | **-$11,307.44** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $1,441.41 |
| | | | $0.8479 | 1,700 | **Total:** | **-$9,866.03** |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/17/2024 | 275 | $5.5900 | -$1,537.2500 | | $0.0000 | -$1,537.25 |
| 7/18/2024 | 1,000 | $5.4500 | -$5,450.0000 | | $0.0000 | -$5,450.00 |
| 7/24/2024 | 1,225 | $5.2000 | -$6,370.0000 | | $0.0000 | -$6,370.00 |
| 8/5/2024 | 500 | $5.7000 | -$2,850.0000 | | $0.0000 | -$2,850.00 |
| 8/6/2024 | 477 | $5.8500 | -$2,790.4500 | | $0.0000 | -$2,790.45 |
| 8/16/2024* | -1,000 | | $0.0000 | $5.0000 | $5,000.0000 | $5,000.00 |
| 9/4/2024 | 30 | $5.7000 | -$171.0000 | | $0.0000 | -$171.00 |
| 9/10/2024 | 10 | $5.1500 | -$51.5000 | | $0.0000 | -$51.50 |
| 9/19/2024 | 4 | $8.4000 | -$33.6000 | | $0.0000 | -$33.60 |
| 9/30/2024 | 15 | $8.3500 | -$125.2500 | | $0.0000 | -$125.25 |
| 10/17/2024 | 1 | $8.6500 | -$8.6500 | | $0.0000 | -$8.65 |
| 11/13/2024 | 41 | $9.0700 | -$371.8700 | | $0.0000 | -$371.87 |
| 11/27/2024 | 1,000 | $9.0000 | -$9,000.0000 | | $0.0000 | -$9,000.00 |
| 11/29/2024 | 332 | $2.1500 | -$713.8000 | | $0.0000 | -$713.80 |
| 11/29/2024* | 100 | $7.5000 | -$750.0000 | | $0.0000 | -$750.00 |
| 12/2/2024 | 90 | $1.8000 | -$162.0000 | | $0.0000 | -$162.00 |
| 12/2/2024* | 1,200 | $7.5000 | -$9,000.0000 | | $0.0000 | -$9,000.00 |
| 12/20/2024* | 3,300 | $7.5000 | -$24,750.0000 | | $0.0000 | -$24,750.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **8,600** | | | | **Subtotal:** | **-$59,135.37** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $7,291.82 |
| | | | $0.8479 | 8,600 | **Total:** | **-$51,843.55** |

Financial Interest Analysis

**Account 4**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/6/2024 | 5.0000 | $5.8800 | -$29.4000 | | $0.0000 | -$29.40 |
| 8/6/2024 | 0.3174 | $5.8800 | -$1.8666 | | $0.0000 | -$1.87 |
| 9/11/2024 | 20.8333 | $5.0400 | -$105.0000 | | $0.0000 | -$105.00 |
| 9/30/2024 | 2.0000 | $8.3800 | -$16.7600 | | $0.0000 | -$16.76 |
| 9/30/2024 | 0.2673 | $8.3800 | -$2.2400 | | $0.0000 | -$2.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **28.4181** | | | | **Subtotal:** | **-$155.27** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $24.10 |
| | | | $0.8479 | 28.4181 | **Total:** | **-$131.17** |

**Account 5**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/10/2024 | 3 | $5.1800 | -$15.5400 | | $0.0000 | -$15.54 |
| 9/10/2024 | 1 | $5.2700 | -$5.2700 | | $0.0000 | -$5.27 |
| 10/10/2024 | 2 | $7.9500 | -$15.9000 | | $0.0000 | -$15.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **6** | | | | **Subtotal:** | **-$36.71** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $5.09 |
| | | | $0.8479 | 6 | **Total:** | **-$31.62** |

Notes

*Transaction pursuant to option assignment

The 90-Day Average Price used in this financial interest analysis is the average closing price between December 3, 2024 and February 14, 2025.

**Options**

**Account 1**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/23/2024 | Sold to Open | Put | 8/16/2024 / $5 | -10 | $0.3500 | $350.00 |
| 7/26/2024 | Sold to Open | Put | 8/16/2024 / $5 | -10 | $0.4500 | $450.00 |
| 7/30/2024 | Sold to Open | Put | 8/16/2024 / $5 | -5 | $0.5500 | $275.00 |
| 8/1/2024 | Sold to Open | Put | 8/16/2024 / $5 | -10 | $0.3000 | $300.00 |
| 8/7/2024 | Sold to Open | Put | 8/16/2024 / $5 | -5 | $0.1000 | $50.00 |
| 8/16/2024 | Expired | Put | 8/16/2024 / $5 | 40 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,425.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/19/2024 | Sold to Open | Put | 9/20/2024 / $5 | -10 | $0.3000 | $300.00 |
| 8/28/2024 | Sold to Open | Put | 9/20/2024 / $5 | -3 | $0.1500 | $45.00 |
| 9/10/2024 | Sold to Open | Put | 9/20/2024 / $5 | -11 | $0.1500 | $165.00 |
| 9/20/2024 | Expired | Put | 9/20/2024 / $5 | 24 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$510.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/30/2024 | Sold to Open | Call | 10/18/2024 / $7.50 | -1 | $0.4500 | $45.00 |
| 10/18/2024 | Assigned | Call | 10/18/2024 / $7.50 | 1 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$45.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/31/2024 | Sold to Open | Call | 10/18/2024 / $17.50 | -3 | $0.0500 | $15.00 |
| 10/18/2024 | Expired | Call | 10/18/2024 / $17.50 | 3 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$15.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/3/2024 | Sold to Open | Put | 10/18/2024 / $5 | -4 | $0.9500 | $380.00 |
| 9/9/2024 | Sold to Open | Put | 10/18/2024 / $5 | -28 | $1.1500 | $3,220.00 |
| 9/9/2024 | Sold to Open | Put | 10/18/2024 / $5 | -10 | $1.2000 | $1,200.00 |
| 9/17/2024 | Sold to Open | Put | 10/18/2024 / $5 | -2 | $1.5000 | $300.00 |
| 9/20/2024 | Sold to Open | Put | 10/18/2024 / $5 | -1 | $0.1500 | $15.00 |
| 10/7/2024 | Sold to Open | Put | 10/18/2024 / $5 | -1 | $0.1500 | $15.00 |
| 10/18/2024 | Expired | Put | 10/18/2024 / $5 | 46 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,130.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/23/2024 | Sold to Open | Put | 10/18/2024 / $7.50 | -5 | $0.6500 | $325.00 |
| 10/1/2024 | Sold to Open | Put | 10/18/2024 / $7.50 | -7 | $0.5500 | $385.00 |
| 10/3/2024 | Sold to Open | Put | 10/18/2024 / $7.50 | -1 | $0.6000 | $60.00 |
| 10/4/2024 | Sold to Open | Put | 10/18/2024 / $7.50 | -10 | $0.6500 | $650.00 |
| 10/7/2024 | Sold to Open | Put | 10/18/2024 / $7.50 | -3 | $0.6000 | $180.00 |
| 10/18/2024 | Expired | Put | 10/18/2024 / $7.50 | 26 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/18/2024 | Sold to Open | Put | 11/15/2024 / $5 | -10 | $0.4000 | $400.00 |
| 9/24/2024 | Sold to Open | Put | 11/15/2024 / $5 | -1 | $0.2500 | $25.00 |
| 11/1/2024 | Sold to Open | Put | 11/15/2024 / $5 | -1 | $0.2500 | $25.00 |
| 11/15/2024 | Expired | Put | 11/15/2024 / $5 | 12 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$450.00** |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/19/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -8 | $0.9000 | $720.00 |
| 9/23/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -20 | $1.0500 | $2,100.00 |
| 10/11/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -1 | $0.7500 | $75.00 |
| 10/31/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -1 | $0.6500 | $65.00 |
| 11/4/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -4 | $0.6500 | $260.00 |
| 11/8/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -20 | $0.2500 | $500.00 |
| 11/8/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -118 | $0.2500 | $2,950.00 |
| 11/15/2024 | Expired | Put | 11/15/2024 / $7.50 | 172 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$6,670.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/11/2024 | Sold to Open | Put | 11/15/2024 / $10 | -29 | $0.5000 | $1,450.00 |
| 11/15/2024 | Assigned | Put | 11/15/2024 / $10 | 29 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,450.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/16/2024 | Sold to Open | Put | 12/20/2024 / $5 | -5 | $0.7000 | $350.00 |
| 12/20/2024 | Assigned | Put | 12/20/2024 / $5 | 5 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$350.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/20/2024 | Bought to Open | Call | 1/17/2025 / $2.50 | 10 | $4.0000 | -$4,000.00 |
| 1/17/2025 | Expired | Call | 1/17/2025 / $2.50 | -10 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$4,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/19/2024 | Sold to Open | Call | 1/17/2025 / $12.50 | -1 | $0.4500 | $45.00 |
| 1/17/2025 | Expired | Call | 1/17/2025 / $12.50 | 1 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$45.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/2/2024 | Sold to Open | Call | 4/17/2025 / $10 | -14 | $0.0500 | $70.00 |
| | **Contracts Remaining:** | | | **-14** | **Subtotal:** | **$70.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/29/2024 | Sold to Open | Call | 7/18/2025 / $12.50 | -25 | $0.1000 | $250.00 |
| | **Contracts Remaining:** | | | **-25** | **Subtotal:** | **$250.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/18/2024 | Sold to Open | Call | 7/18/2025 / $20 | -1 | $0.9500 | $95.00 |
| 11/18/2024 | Sold to Open | Call | 7/18/2025 / $20 | -1 | $0.8500 | $85.00 |
| | **Contracts Remaining:** | | | **-2** | **Subtotal:** | **$180.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/29/2024 | Sold to Open | Call | 1/16/2026 / $17.50 | -10 | $0.1580 | $158.00 |
| | **Contracts Remaining:** | | | **-10** | **Subtotal:** | **$158.00** |
| | | | | **Account 1 Options Total:** | | **$14,348.00** |

**Account 2**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/10/2024 | Sold to Open | Put | 8/16/2024 / $5 | -3 | $0.5000 | $150.00 |
| 7/25/2024 | Sold to Open | Put | 8/16/2024 / $5 | -10 | $0.3000 | $300.00 |
| 8/6/2024 | Sold to Open | Put | 8/16/2024 / $5 | -20 | $0.1000 | $200.00 |
| 8/12/2024 | Sold to Open | Put | 8/16/2024 / $5 | -2 | $0.1000 | $20.00 |
| 8/16/2024 | Expired | Put | 8/16/2024 / $5 | 35 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$670.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/7/2024 | Sold to Open | Put | 9/20/2024 / $5 | -10 | $0.4000 | $400.00 |
| 8/12/2024 | Sold to Open | Put | 9/20/2024 / $5 | -5 | $0.4500 | $225.00 |
| 8/13/2024 | Sold to Open | Put | 9/20/2024 / $5 | -8 | $0.3000 | $240.00 |
| 8/23/2024 | Sold to Open | Put | 9/20/2024 / $5 | -5 | $0.3000 | $150.00 |
| 9/4/2024 | Sold to Open | Put | 9/20/2024 / $5 | -20 | $0.0500 | $100.00 |
| 9/4/2024 | Sold to Open | Put | 9/20/2024 / $5 | -3 | $0.1500 | $45.00 |
| 9/20/2024 | Expired | Put | 9/20/2024 / $5 | 51 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,160.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/28/2024 | Sold to Open | Put | 10/18/2024 / $5 | -2 | $1.2000 | $240.00 |
| 10/18/2024 | Expired | Put | 10/18/2024 / $5 | 2 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$240.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/26/2024 | Sold to Open | Put | 10/18/2024 / $7.50 | -10 | $0.2500 | $250.00 |
| 10/18/2024 | Expired | Put | 10/18/2024 / $7.50 | 10 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$250.00** |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/22/2024 | Sold to Open | Put | 11/15/2024 / $5 | -1 | $0.2000 | $20.00 |
| 10/22/2024 | Sold to Open | Put | 11/15/2024 / $5 | -20 | $0.2500 | $500.00 |
| 11/1/2024 | Sold to Open | Put | 11/15/2024 / $5 | -1 | $0.2500 | $25.00 |
| 11/6/2024 | Sold to Open | Put | 11/15/2024 / $5 | -1 | $0.2500 | $25.00 |
| 11/15/2024 | Expired | Put | 11/15/2024 / $5 | 23 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$570.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/26/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -10 | $0.7000 | $700.00 |
| 9/27/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -3 | $0.7633 | $228.99 |
| 11/6/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -23 | $0.5000 | $1,150.00 |
| 11/15/2024 | Expired | Put | 11/15/2024 / $7.50 | 36 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$2,078.99** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/19/2024 | Sold to Open | Call | 1/17/2025 / $12.50 | -1 | $0.5000 | $50.00 |
| 1/17/2025 | Expired | Call | 1/17/2025 / $12.50 | 1 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$50.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/29/2024 | Sold to Open | Call | 4/17/2025 / $10 | -5 | $0.0500 | $25.00 |
| | **Contracts Remaining:** | | | **-5** | **Subtotal:** | **$25.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/2/2024 | Sold to Open | Call | 7/18/2025 / $12.50 | -1 | $0.1000 | $10.00 |
| | **Contracts Remaining:** | | | **-1** | **Subtotal:** | **$10.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/26/2024 | Sold to Open | Put | 1/17/2025 / $7.50 | -10 | $1.8000 | $1,800.00 |
| 12/18/2024 | Assigned | Put | 1/17/2025 / $7.50 | 10 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,800.00** |

| | | | | | **Account 2 Options Total:** | **$6,853.99** |
|---|---|---|---|---|---|---|

**Account 3**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/10/2024 | Sold to Open | Put | 8/16/2024 / $5 | -1 | $0.6000 | $60.00 |
| 7/31/2024 | Sold to Open | Put | 8/16/2024 / $5 | -5 | $0.2000 | $100.00 |
| 8/1/2024 | Sold to Open | Put | 8/16/2024 / $5 | -10 | $0.2500 | $250.00 |
| 8/2/2024 | Sold to Open | Put | 8/16/2024 / $5 | -10 | $0.4500 | $450.00 |
| 8/5/2024 | Sold to Open | Put | 8/16/2024 / $5 | -7 | $0.2000 | $140.00 |
| 8/16/2024 | Expired | Put | 8/16/2024 / $5 | 33 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/23/2024 | Sold to Open | Put | 9/20/2024 / $5 | -10 | $0.7000 | $700.00 |
| 8/20/2024 | Sold to Open | Put | 9/20/2024 / $5 | -10 | $0.3000 | $300.00 |
| 8/22/2024 | Sold to Open | Put | 9/20/2024 / $5 | -10 | $0.3000 | $300.00 |
| 9/20/2024 | Expired | Put | 9/20/2024 / $5 | 30 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,300.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/20/2024 | Sold to Open | Call | 10/18/2024 / $17.50 | -2 | $0.1500 | $30.00 |
| 9/9/2024 | Sold to Open | Call | 10/18/2024 / $17.50 | -5 | $0.1000 | $50.00 |
| 9/17/2024 | Sold to Open | Call | 10/18/2024 / $17.50 | -5 | $0.0500 | $25.00 |
| 10/18/2024 | Expired | Call | 10/18/2024 / $17.50 | 12 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$105.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/12/2024 | Sold to Open | Put | 10/18/2024 / $5 | -3 | $1.0000 | $300.00 |
| 7/12/2024 | Sold to Open | Put | 10/18/2024 / $5 | -1 | $1.0000 | $100.00 |
| 7/17/2024 | Sold to Open | Put | 10/18/2024 / $5 | -3 | $1.0000 | $300.00 |
| 7/18/2024 | Sold to Open | Put | 10/18/2024 / $5 | -5 | $1.0000 | $500.00 |
| 7/18/2024 | Sold to Open | Put | 10/18/2024 / $5 | -1 | $1.0500 | $105.00 |
| 8/19/2024 | Sold to Open | Put | 10/18/2024 / $5 | -10 | $1.3500 | $1,350.00 |
| 8/28/2024 | Sold to Open | Put | 10/18/2024 / $5 | -3 | $1.2000 | $360.00 |
| 8/23/2024 | Sold to Open | Put | 10/18/2024 / $5 | -4 | $1.4000 | $560.00 |
| 10/18/2024 | Expired | Put | 10/18/2024 / $5 | 30 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$3,575.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/22/2024 | Sold to Open | Put | 11/15/2024 / $5 | -1 | $0.2000 | $20.00 |
| 10/23/2024 | Sold to Open | Put | 11/15/2024 / $5 | -5 | $0.2500 | $125.00 |
| 10/23/2024 | Sold to Open | Put | 11/15/2024 / $5 | -5 | $0.2000 | $100.00 |
| 11/15/2024 | Expired | Put | 11/15/2024 / $5 | 11 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$245.00** |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/23/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -32 | $1.0000 | $3,200.00 |
| 10/29/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -7 | $0.6000 | $420.00 |
| 11/1/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -2 | $0.5500 | $110.00 |
| 11/15/2024 | Expired | Put | 11/15/2024 / $7.50 | 41 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$3,730.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/19/2024 | Sold to Open | Call | 1/17/2025 / $12.50 | -5 | $0.5000 | $250.00 |
| 1/17/2025 | Expired | Call | 1/17/2025 / $12.50 | 5 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$250.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2024 | Sold to Open | Call | 12/20/2024 / $17.50 | -3 | $0.3500 | $105.00 |
| 1/17/2025 | Expired | Call | 12/20/2024 / $17.50 | 3 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$105.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/29/2024 | Sold to Open | Call | 7/18/2025 / $12.50 | -5 | $0.1000 | $50.00 |
| 12/2/2024 | Sold to Open | Call | 7/18/2025 / $12.50 | -5 | $0.1000 | $50.00 |
| | **Contracts Remaining:** | | | **-10** | **Subtotal:** | **$100.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/31/2024 | Sold to Open | Call | 8/16/2024 / $5 | -10 | $1.0500 | $1,050.00 |
| 8/16/2024 | Assigned | Call | 8/16/2024 / $5 | 10 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2024 | Sold to Open | Put | 12/20/2024 / $7.50 | -46 | $1.5800 | $7,268.00 |
| 11/29/2024 | Assigned | Put | 12/20/2024 / $7.50 | 1 | $0.0000 | $0.00 |
| 12/2/2024 | Assigned | Put | 12/20/2024 / $7.50 | 12 | $0.0000 | $0.00 |
| 12/20/2024 | Assigned | Put | 12/20/2024 / $7.50 | 33 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$7,268.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/2/2024 | Sold to Open | Call | 7/18/2025 / $15 | -2 | $0.0600 | $12.00 |
| | **Contracts Remaining:** | | | **-2** | **Subtotal:** | **$12.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/29/2024 | Sold to Open | Call | 1/16/2026 / $12.50 | -10 | $0.2000 | $200.00 |
| | **Contracts Remaining:** | | | **-10** | **Subtotal:** | **$200.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/29/2024 | Sold to Open | Call | 1/16/2026 / $15 | -10 | $0.1500 | $150.00 |
| | **Contracts Remaining:** | | | **-10** | **Subtotal:** | **$150.00** |

| | | | | **Account 3 Options Total:** | | **$20,515.00** |
|---|---|---|---|---|---|---|

**Account 4**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/11/2024 | Sold to Open | Put | 10/18/2024 / $5 | -1 | $1.4000 | $140.00 |
| 10/18/2024 | Expired | Put | 10/18/2024 / $5 | 1 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$140.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/30/2024 | Sold to Open | Put | 11/15/2024 / $7.50 | -1 | $0.6000 | $60.00 |
| 11/15/2024 | Expired | Put | 11/15/2024 / $7.50 | 1 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$60.00** |

| | | | | **Account 4 Options Total:** | | **$200.00** |
|---|---|---|---|---|---|---|