UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No. 1:24-cv-09715 (DLC) (VF) |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No. 1:24-cv-09973 (DLC) (VF) |

**DECLARATION OF EMER BURKE, ESQ., IN SUPPORT OF LEAD PLAINTIFF MOVANT DR. MARTIN DIETRICH'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Emer Burke, Esq., declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.

2.      I am an associate in the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for proposed Lead Plaintiff Dr. Martin Dietrich, and proposed lead counsel for the putative class in the above captioned actions.

1

3.      I make this Declaration in support of Dr. Dietrich's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.

4.      I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

5.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), required notice of pendency of the class action, published on December 17, 2024.

Exhibit 2: Certification of Dr. Martin Dietrich Pursuant to the Federal Securities Laws.

Exhibit 3: Declaration of Dr. Martin Dietrich

Exhibit 4: Charts of Estimated Losses of Dr. Martin Dietrich

Exhibit 5: Resume of Wolf Popper LLP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this18 day of February, 2025, at New York, New York.

/s/ *Emer Burke*
Emer Burke

2