# EXHIBIT 2

## PLAINTIFF CERTIFICATION
## UNDER THE FEDERAL SECURITIES LAWS

I, Dr. Martin Dietrich, hereby state:

1.      I have reviewed the complaints filed in *Alexandru v. Applied Therapeutics, Inc., et al*, No. 1:24-cv-09715 (DLC) (VF) (S.D.N.Y. Dec. 17, 2024) and *Ikram v. Applied Therapeutics, Inc., et al*, No. 1:24-cv-09973 (DLC) (VF) (S.D.N.Y. Dec. 12, 2024).

2.      I have authorized my counsel in this action, Wolf Popper LLP, to file a motion for appointment as lead plaintiff in this action on my behalf.

3.      I am willing to serve as a representative party on behalf of the Class, as defined in the above referenced complaint, including providing testimony at deposition and trial, if necessary.

4.      The following includes all of my transactions in Applied Therapeutics, Inc. common stock during the period between January 3, 2024 and December 2, 2024, as well as additional transactions in Applied Therapeutics, Inc. common stock through December 9, 2024:

### SEE ATTACHED

5.      I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

6.      During the three-year period preceding the date of signing this certification, I have not sought to serve, and have not served, as a representative on behalf of a class in any private action arising under the federal securities laws.

7.      I will not accept any payment for serving as a representative party on behalf of the Class except to receive a pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses, including lost wages relating to the representation of the Class

I declare under penalty of perjury that the foregoing is true and correct.

Executed: _____2/14/2025_____

By: _____
Dr. Martin Dietrich

## SCHEDULE A

## SECURITIES TRANSACTIONS

| Date | Purchase or Sale | Quantity | Price* (USD) |
|---|---|---|---|
| 8/23/24 | P | 53,475 | $5.71 |
| 10/19/24 | P | 23,284 | $8.18 |
| 10/31/24 | S | 52 | $8.66 |
| 12/2/24 | S | 53,475 | $2.05 |
| 12/3/24 | P | 62,875 | $1.74 |
| 12/9/24 | S | 23,232 | $1.24 |
| 12/9/24 | S | 62,875 | $1.24 |

* Prices per share have been rounded to the nearest two decimal places