# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No. 1:24-cv-09715 (DLC) |
| A MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No. 1:24-cv-09973 (DLC) |

## DECLARATION OF DR. MARTIN DIETRICH

DR. MARTIN DIETRICH, does hereby declare under the penalties of perjury, that:

1. I am 45 years old, a Board-certified oncologist, and currently reside in Orange County, Florida. Attached as Exhibit A to this declaration is a copy of my resume/CV.

2. I hold doctorates in medicine and cancer biology from the German Cancer Research Center, Heidelberg, Germany and in molecular genetics from the University of Texas Southwestern Graduate School. I completed my fellowships in Hematology/Oncology in the physician-scientist training track at the University of Texas Southwestern Track as a T32 scholar of the National Cancer Institute.

3.      In my clinical practice, I address all aspects of hematologic and oncologic care, with a special research interest in the treatment of lung and breast cancer, and genetic evaluation and counseling of somatic and hereditary syndromes. I also hold a faculty appoint at the University of Central Florida in Orlando as an assistant professor of internal medicine.

4.      I am a fellow of the American College of Physicians (FACP) and a Board-certified internist. I am a member of the American Society of Clinical Oncology (ASCO), International Association for the Study of Lung Cancer (IASLC), American Association for Cancer Research (AACR), American Society of Hematology (ASH) and the European Society of Medical Oncology (ESMO).

5.      I have authored numerous peer-reviewed articles published in Cancer Cell, Cancer Research, Blood, Oncogene, Journal of Thoracic Oncology, Journal of Oncology Practice and JAMA Oncology, as well as book chapters and abstracts. I have lectured extensively both nationally and internationally on the topics of molecular genetics, immunotherapies, and thoracic malignancies.

6.      I have been an active investor for over 15 years, during which time I have managed my own accounts.

7.      I regularly review news sources related to business, biotechnology, and investing, including the Wall Street Journal. I also read online resources from Fidelity, Vanguard and JP Morgan investment website. In case of Applied Therapeutics, I also studied scientific publications of released clinical trial data including printed publications, poster and conference data releases, press releases and other investor communications of the company.

8.      I reviewed the complaints filed in the above captioned actions, and authorized my counsel Wolf Popper LLP to file a motion for consolidation, appointment as lead plaintiff, and

approval of the selection of counsel in the above captioned actions on my behalf.

9.      I understand the obligations and roles of serving as a lead plaintiff in a federal securities class action. If appointed as lead plaintiff will participate in discovery, including providing a deposition. I will be available as well for court conferences, and settlement meetings, to review drafts of documents, and to communicate on a regular basis with counsel.

10.     I have spoken by telephone and corresponded by email with my counsel in this action, Adam T. Savett of Wolf Popper, concerning my investments in Applied Therapeutics, Inc. and the allegations in the above captioned actions. I have researched his credentials and those of Wolf Popper on the internet, and request that the Court approve my selection of Wolf Popper as lead counsel in this action.

11.     I respectfully seek appointment as lead plaintiff, and approval of my selection of lead counsel.

Dated:  2/14/2025

DocuSigned by:

Dr. Martin Dietrich

2DD85B5E88194A2...

Dr. Martin Dietrich

- 3 -

# EXHIBIT A

## CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

### CLINICAL PRACTICE

The U.S. Oncology Network (Florida)
Cancer Care Centers of Brevard
Medical Oncology – Thoracic/Breast
Investigator at Sarah Cannon Research Institute
Medical Director, Thoracic Oncology
Program Lead, Molecular Genetics
Board Liaison Precision Medicine, Florida Society of Clinical Oncology

1048 Harvin Way
Rockledge, Florida 32955
Office  : (321) 636 – 2111
Cell      : (214) 202 – 2650
Martin.Dietrich@USOncology.com

### ACADEMIC AFFILIATION

Assistant Professor of Internal Medicine
University of Central Florida College of Medicine
Orlando, Florida
Martin.Dietrich@Knights.UCF.edu

### CLINICAL EDUCATION

2012 – 2016    Fellowship, Division of Hematology / Oncology
Physician-Scientist Training Program (Medical Oncology / Cancer Genetics)
Harold Simmons Comprehensive Cancer Center
University of Texas Southwestern Medical Center, Dallas, TX

2010 – 2012    Internship and Residency, Department of Internal Medicine
Parkland Memorial Hospital and
University of Texas Southwestern Medical Center, Dallas, TX

### POSTDOCTORAL TRAINING

2014 – 2016    Ruth L. Kirschstein T32 Postdoctoral Scholarship
Genomic *KRAS* pathway analysis in Non-small cell lung cancer
Dept. of Cell Biology, PI : Dr. Michael White

2005 – 2007    MD Anderson Cancer Center, Houston, TX
Dept. of Stem Cell Transplantation, Chair: Dr. Richard Champlin

1

## CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

### GRADUATE EDUCATION

2007 – 2010      University of Texas Southwestern, Dallas, TX
Doctor of Philosophy, Molecular Genetics
"The Tumor Suppressor *LRP1b* in Receptor Signal Modulation"
Supervisors: Dr. John Minna, Dr. Michael Brown, Dr. Melanie
Cobb, Dr. Joachim Herz

2002 – 2006      Germany Cancer Research Center (*dkfz*), Heidelberg, Germany
Doctor medicinae (Dr. med.) Degree in Cancer Biology (*Magna cum laude*).
Supervisors: Professor Christof von Kalle, Professor Dr. Harald zur Hausen

### MEDICAL EDUCATION

2002 – 2006      Ruprecht-Karls-University Heidelberg, Germany
Doctor of Medicine with Thesis "Dr. med" (*Magna cum laude*)

2004 – 2005      University of Massachusetts Medical School Worcester, MA
3rd year Medical Student as Fulbright Scholar

2000 – 2002      Friedrich-Wilhelms-University Bonn, Germany
Pre-medical Education (*Physikum)*

### PROFESSIONAL LICENSE AND BOARD CERTIFICATIONS

2016 – current    Board Certified (ABIM ID : 339476) in Medical Oncology, MOC certified

2013 – 2023      Board Certified (ABIM ID : 339476) in Internal Medicine, MOC certified

2016 – current    Florida Medical License ME128710 (2016 – 01/2022)

2010 – 2017      Texas Medical License P3879(2010 – 2017)

### FACULTY APPOINTMENTS

2018 – current   Assistant Professor of Internal Medicine
University of Central Florida College of Medicine, Orlando, FL

2016 - 2019      Clinical Assistant Professor of Internal Medicine
Florida International University Wertheim College of Medicine, Miami, FL

**CURRICULUM VITAE**
**Martin F. Dietrich, MD, PhD**

## PREVIOUS HOSPITAL AND ADMINISTRATIVE APPOINTMENTS

2020 – 2023   Partner Physician, Medical Oncology/Hematology
Florida Cancer Specialists & Research Institute

2018 – 2020   Attending Physician, Hematology/Oncology
AdventHealth Cancer Institute, Orlando, FL

2016 – 2018   Attending Physician, Hematology/Oncology
Memorial Hospital, Pembroke Pines, FL

2013 – 2016   Attending Physician, Internal Medicine
Parkland Memorial and UT Southwestern University Hospitals, Dallas, TX

2012 – 2016   Staff Physician, Department of Internal Medicine
Veterans' Administration Hospital, Dallas, TX

2012 – 2016   Staff Physician, Department of Emergency Medicine
Veterans' Administration Hospital, Dallas, TX


## LEADERSHIP ROLES AND MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS

2023 – current Member, Editorial Board. Cancer Therapy Advisor.

2022 – current   Reviewer, Florida Board of Medicine

2022 – current Board Member, Florida Society of Clinical Oncology (Member since 2016)

2018 – 2020   Lead, Molecular Tumor Board
AdventHealth Cancer Institute, Orlando, FL

2018 – 2020   Member, VIA Pathway Committees
Non-small cell lung cancer, melanoma

2018 – 2020   Member, Protocol Review Committee
AdventHealth Cancer Institute, Orlando, FL

2016 – 2018   Chair, Pharmacy & Therapeutics Committee
Memorial Cancer Institute, Hollywood, FL

2016 – current Professional Expert Advisor, JP Morgan Healthcare Division

3

## CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

2016 – current Peer Reviewer, Journal of Thoracic Oncology, JAMA Oncology

2016 – 2021    Member, CARG Geriatric Research Group

2012 – current Member, International Association for the Study of Lung Cancer

2012 – current Member, American Society of Hematology (ASH)

2011 – current Member, American Society of Clinical Oncology (ASCO)

2008 – current Member, American Academy of Cancer Research


## HONORS AND AWARDS

2022            "Man of the Year" Award, Leukemia and Lymphoma Society (LLS)

2017 – 2019    Compassionate Doctor Recognition, vitals.com

2017            On-Time Doctor Award, vitals.com

2016            Fellow, American College of Physicians

2016            Guardian of Excellence Award, Memorial Health

2014 – 2016    National Cancer Institute (NCI) Ruth L. Kirschstein T32 Grant

2010            University of Texas Southwestern Dean's Academic Excellence Award

2008 – 2010    Marshall Fund (European Recovery Program) Academic Scholarship

2007 – 2010    Boehringer Ingelheim Foundation Postdoctoral Scholarship

2005 – 2007    German Academic Exchange Service (DAAD) Exchange Scholarship

2004 – 2006    Fulbright Foundation Scholarship / Travel Grant

2004 – 2005    State of Baden-Wuerttemberg Academic Scholarship

2002 – 2010    German National Merit Foundation (Studienstiftung) Scholarship

**CURRICULUM VITAE**
**Martin F. Dietrich, MD, PhD**

---

## CONTINUING MEDICAL EDUCATION AND INVITED LECTURES (Excerpt)

| | |
|---|---|
| 10/2023 | European Society of Medical Oncology. Invited Speaker. Symposium on "Maximizing potential for ALK positive NSCLC treatment journey" with Dr. Geoffrey Liu.<br>Madrid, Spain |
| 10/2023 | National Thoracic Oncology Society Meeting, Invited Speaker. "RET Fusion Targeting in NSCLC : New Treatment Options"<br>Sao Paolo, Brazil |
| 09/2023 | American Journal of Managed Care (AJMC). Panel Discussion; Invited Speaker. "Combination Approaches in 1st line hepatocellular carcinoma."<br>Princeton, NJ |
| 09/2023 | European Society of Pathology (ESP). CME Event, Chair. "CEACAM5 in NSCLC: Pathology and Therapeutic Implications"<br>Dublin, Ireland |
| 09/2023 | OncLive Virtual Scientific Workshop. CME event. "Her2 mutations in NSCLC: Novel TKI and ADC approaches". Virtual event. |
| 08/2023 | American Journal of Managed Care (AJMC). Interview series; invited speaker. "Selection of immunotherapy in advanced NSCLC".<br>Princeton, NJ |
| 08/2023 | PRIMO CME Event. "Therapeutic Challenges in NSCLC: A case series". Invited Discussant. Virtual event. |
| 07/2023 | DAVA CME Event. Moderator. "Best practices in NSCLC".<br>Virtual Event. |
| 07/2023 | Community Case Series Total Health Conferencing. "Difficult Cases in NSCLC : A systematic approach to optimal care".<br>Tampa, FL |
| 06/2023 | Targeted Oncology CME Event. Invited Moderator. "Novel Therapeutics and Proper Biomarker Selection in NSCLC". Virtual event. |
| 05/2023 | Renavatio : Insights on Treatment Selection in NSCLC Interview with Renavatio. Invited Speaker. Virtual CME Event. |

## CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

| | |
|---|---|
| 05/2023 | Nova Southeastern Grand Rounds. Invited Speaker. ;"Immunotherapy in NSCLC". Virtual event. |
| 05/2023 | OncLive Educational Series. Moderator. "Lung cancer treatment for oncogenic-driver NSCLC". Virtual event. |
| 05/2023 | DAVA CME Event. Moderator. "Targeted Therapy in NSCLC". Virtual event. |
| 04/2023 | DAVA CME Event. Moderator. "Opinions in NSCLC : EGFR, IO and beyond". Nashville, TN |
| 04/2023 | DAVA CME Event. Moderator. "Opinions in NSCLC : Non-oncogenic Driver NSCLC". Virtual event. |
| 04/2023 | OncLive Peer Exchange. Panel participant. "Recent Updates in the Role of Immunotherapy in NSCLC". Virtual Event. |
| 04/2023 – curr. | OncLive Biomarker Testing Consortium in NSCLC, Member. Serial advisory board. Princeton, NJ |
| 03/2023 | Florida Society of Clinical Oncology. Fellows session; Invited Speaker. "Diagnostic Challenges and Therapeutic Implications in NSCLC". Orlando, FL |
| 03/2023 | DetermaIO Advisory Board Chair. "Tailoring IO to genomic biomarker testing : Integrating the new with the old". Virtual event. |
| 03/2023 | USCAP Invited Speaker. "Challenges and opportunities in molecular testing : EGFRmt non-small cell lung cancer". New Orleans, LA |
| 03/2023 | Winter Cancer Symposium. Invited Speaker, Panelist. "Targeting oncogene-driven NSCLC : An update". Rio Grande, PR |
| 02/2023 | OncLive. Invited panel participant. "Neoadjuvant Approach to cutaneous squamous cell carcinoma". Virtual event. |
| 01/2023 | Myriad Serial Advisory Board. Invited Participant. "Molecular Testing : Combining hereditary and somatic approaches". Salt Lake City, UT |

## CURRICULUM VITAE
### Martin F. Dietrich, MD, PhD

01/2023      Regeneron Launch Podcast. Invited Panelist. "Cemiplimab (Libtayo in NSCLC).

12/2022      OncLive Peer Exchange. Invited Discussant. "Molecular Testing in NSCLC : Integrating liquid biopsy into the diagnostic paradigm. Virtual event.

11/2022      OncLive Virtual Insight. Moderator. "Approaches to the Treatment of NSCLC Harboring *KRAS G12C* mutations." Virtual Event.

11/2022      OncLive Virtual Workshop. Invited Panelist. "Molecular Targets in NSCLC and Novel Treatment Approaches". Virtual Event.

10/2022      Targeted Oncology : Clinical Congress Consultants. "Updates post-ESMO and World Lung". Virtual Event.

09/2022      CancerNetwork. Invited Discussant. "Breast cancer between the lines". Virtual event.

09/2022      Targeted Oncology. Moderator. "Updates post WCLC : Impact in NSCLC" for West Region. Virtual Event.

08/2022      Targeted Oncology. Moderator. "Updates post WCLC : Impact in NSCLC" for East Region. Virtual Event.

08/2022      Florida Society of Pathology / FLASCO Joint Meeting. Invited Speaker. "Molecular Testing of NSCLC- updates on guidelines and technology".
Orlando, FL

08/2022      OncLive Virtual Workshop. Invited Panelist. "Evolving Field of Biomarker Testing." Virtual Event.

07/2022      OncLive Virtual Workshop. Fellows sessions. Moderator. "NTRK-fusion positive Lung Cancer : A roundtable discussion". Virtual event.

06/2022      Target Oncology. Moderator. "ASCO Lung cancer updates". Virtual event.

05/2022      FLASCO Lung Summit. Invited Speaker. "PD-1 >50% : chemo or no chemotherapy".
Orlando, FL

05/2022      American Journal of Managed Care (AJMC). Moderator. "Updates in approach to immunotherapy in NSCLC". Virtual event.

7

## CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

| | |
|---|---|
| 04/2022 | Medical University of South Carolina Cancer Center. Invited Speaker for Grand Rounds. "Genomic Testing of NSCLC and Therapeutic implications of result interpretation". Virtual event. |
| 04/2022 | NCODA Webinar. Invited speaker. "NTRK Testing and Targeting across different disease backgrounds." Virtual event. |
| 03/2022 | OncLive Webinar. Invited Panelist. "Expert Perspectives on Actionable Mutations in NSCLC" |
| 03/2022 | ION Webinar. Invites Panelist. "Biomarker Testing in Non-Small Cell Lung Cancer:". |
| 02/2022 | Master Lecture Series. Invited Speaker "Evolving Treatments for the Oncology Practice". CME Event. Webinar. |
| 11/2021 | Florida Society of Pathology. Invited Speaker. "Tissue Stewardship and Comprehensive Molecular Profiling in NSCLC". Orlando, FL |
| 04/2020 | Community Oncology Alliance, Invited Panel Discussant "Molecular Testing in the Community Setting" Orlando, FL |
| 03/2020 | Novartis National Meeting, Invited Speaker, Orlando, FL |
| 03/2020 | USCAP Meeting, Invited Speaker, Los Angeles, CA |
| 01/2023 | |
| 12/2019 | Sanofi Genzyme, Invited Speaker for Video Lecture Series Management of PD-1 Inhibitor related side effects |
| 10/2019 – 2022. | Foundation Medicine, Member, Longitudinal Advisory Board. |
| 10/2019 | Bristol Myers Squibb VAP National Meeting, Orlando, FL |
| 10/2019 | HOPA Meeting, Invited Speaker, Orlando, FL "Changing landscapes in Her2-directed targeted therapies" |

## CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

---

10/2019      Oncology Pathways Conference, Invited Speaker,
     "Diagnostic Approach to NSCLC via Liquid Biopsy".
     Boston, MA

10/2019      AdventHealth Gyn Oncology Conference, Invited Speaker, Orlando, FL
     Molecular Testing in Gynecological Malignancies

10/2019      Best of ASCO Puerto Rico. Invited Speaker. "Updates in NSCLC :
     Oncogenic Drivers".
     San Juan, PR

09/2019      Regeneron National Meeting, Invited Speaker. "PD-1 Targeting in Non-
     melanoma skin cancer".
     Kissimmee, FL

10/2019      Florida Hospital Cancer Institute CME Event. Invited Speaker.
     "Molecular Testing in the Oncology Clinic"
     Orlando, Florida

07/2019      Best of ASCO, Invited Speaker. "Updates in Lung Cancer".
     Philadelphia, PA

07/2019      Puma Biotechnology, Faculty Chair Advisory Board, Philadelphia, PA

07/2019      FRCA Cancer Registrar Meeting. Invited Speaker. "Data Collection
     and Interpretation in the Understanding of NSCLC".
     Orlando, FL

06/2019 –      AstraZeneca EGFR Steering Committee Member.
Current.

05/2019      Cleveland Clinic Annual Conference. CME event. Invited Speaker. "Implication and
     Interpretation of genetic testing in NSCLC".
     Weston, FL

04/2019      HOPA Annual Conference, Invited Speaker. "Targeting EGFR in metastatic
     non-small cell lung cancer".
     Fort Worth, TX

04/2019      Novartis Advisory Board, Faculty Chair, Denver, CO
     BRAF directed therapy in NSCLC / Melanoma

10/2018      FHCI Symposium. Invited Speaker. "Targeting Molecular Markers in Lung Cancer"
     Orlando, FL

## CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

10/2018      International Advisory Board Chair. "Her2 targeting in Extended Adjuvant and Metastatic Therapy" at ESMO 2018. Puma Biotechnology.
Munich, Germany

09/2018      National Advisory Board Chair. "Her2 targeting in Extended Adjuvant and Metastatic Therapy". Puma Biotechnology.
New York, NY

08/2018      Best of ASCO, AdventHealth Cancer Institute. Invited Speaker. "Molecular : Pan-cancer implications of genetic    testing".
Orlando, FL

01/2018      Master Lecture Series. Invites Speaker. "Lung Cancer".
New Orleans, LA

07/2018      Best of ASCO, Total Health Conferencing.
Conference Chair and Invited Speaker.
Saint Louis, MO Updates in Lung Cancer.

07/2018      Best of ASCO, Invited Speaker, San Juan, PR
Updates in Lung Cancer.

01/2018-      Caris Precision Oncology Alliance, Member Lung Cancer Committee
04/2020

10/2017      World Conference on Lung Cancer. Invited Panelist. "Targeting EGFR in NSCLC". Yokohama, Japan

10/2017      Best of ESMO, Conference Chair and Invited Speaker "Updates in NSCLC"
Total Health Conferencing
Ft. Lauderdale, FL

09/2017      Targeted Therapies for Metastatic Disease. Invited Speaker. Total Health Conference. Huntington Beach, CA

07/2017      Best of ASCO Philadelphia. Invites Speaker. "Lung Cancer".
Philadelphia, PA

07/2017      Best of ASCO Memorial Cancer Institute. Invited Speaker. "Prognostic Impact of Anti-resorptive Agents in the management of Solid Malignancies".
Miami, FL

05/2017      Gilda's Foundation. Invited Speaker. "Novel Lung Cancer Therapies".
Fort Lauderdale, FL.

**CURRICULUM VITAE**
**Martin F. Dietrich, MD, PhD**

03/2017 –          AstraZeneca Precision Medicine EGFR Steering Committee
Ongoing.

03/2017          University of Southern Alabama, Invited Speaker Grand Rounds. "Genomic
                 Testing Impact in non-small cell lung cancer"
                 Mobile, AL

02/2017          Memorial Cancer Institute Nursing Conference. Invited Speaker.
                 "Impact of Nurse Navigation on NSCLC Care".
                 Pembroke Pines, FL.

10/2016          ASCO Precision Medicine Series. Invited Speaker. "NGS in NSCLC : Novel
                 technology for an old foes".
                 Bridgeport, NJ

11/2016          Memorial Cancer Institute. Invited Speaker. "New Approaches in Stage IV
                 NSCLC: Impact on Prognosis and Treatment Approaches".
                 Hollywood, FL.

11/2016          Cardinal Summit. Invited Speaker. "ALK Targeting in NSCLC"
                 Phoenix, AZ

10/2016          OncLive State of the Sciences. Invited Speaker. "NSCLC : BRAF, NTRK
                 and other "rare" mutations".
                 Miami, FL

09/2016          Best of ASCO Miami "Updates in Oncogene-Driven NSCLC"
                 Miami, FL

11

# CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

---

## PEER REVIEWED ARTICLES

1. Ling X, Wang Y, **Dietrich MF**, Andreeff M, Arlinghaus RB. Vaccination with leukemia cells expressing cell-surface-associated GM-CSF blocks leukemia induction in immunocompetent mice. Oncogene. 2006 Jul 27;25(32):4483-90.

2. Konopleva M, Contractor R, Tsao T, Samudio I, Ruvolo PP, Kitada S, et al. Mechanisms of apoptosis sensitivity and resistance to the BH3 mimetic ABT-737 in acute myeloid leukemia. Cancer Cell. 2006 Nov;10(5):375-88.

3. Carter BZ, Mak DH, Schober WD, **Dietrich MF**, Pinilla C, Vassilev LT, et al. Triptolide sensitizes AML cells to TRAIL- induced apoptosis via decrease of XIAP and p53-mediated increase of DR5. Blood. 2008 Apr 1;111(7):3742-50.

4. Ling X, Konopleva M, Zeng Z, Ruvolo V, Stephens LC, et al. The novel triterpenoid C-28 methyl ester of 2- cyano-3, 12-dioxoolen-1, 9-dien-28-oic acid inhibits metastatic murine breast tumor growth through inactivation of STAT3 signaling. Cancer Res. 2007 May 1;67(9):4210-8.

5. Kidd S, Spaeth E, Dembinski JL, **Dietrich M**, Watson K, Klopp A, et al. Direct evidence of mesenchymal stem cell tropism for tumor and wounding microenvironments using in vivo bioluminescent imaging. Stem Cells. 2009 Oct;27(10):2614-23.

6. **Dietrich MF**, Karner CM, Johnson EB, Kappesser N, Tennert C, Percin F, et al. Lrp4 regulates initiation of ureteric budding and is crucial for kidney formation--a mouse model for Cenani-Lenz syndrome. PLoS One.5(4):e10418

7. **Dietrich MF,** van der Weyden L, Prosser HM, Bradley A, Herz J, Adams DJ. Ectodomains of the LDL receptor- related proteins LRP1b and LRP4 have anchorage independent functions in vivo. PLoS One.5(4):e9960.

8. Dieckmann M, **Dietrich MF,** Herz J. Lipoprotein receptors--an evolutionarily ancient multifunctional receptor family. Biol Chem. Nov;391(11):1341-63

9. **Dietrich MF**, Xing YS, Schiller JH. Response to crizotinib/erlotinib combination in a patientwith a primary EGFR driven adenocarcinoma and a primary c-met amplified adenocarcinoma of the lung. Journal of Thoracic Oncology (2015) – 2015 May;10(5):e23-5.

10. **Dietrich MF**, Xing YS, Schiller JH. Response to crizotinib/erlotinib combination in a patientwith a primary EGFR driven adenocarcinoma and a primary c-met amplified adenocarcinoma of the lung. Journal of Thoracic Oncology (2015) – 2015 May;10(5):e23-5.

11. **Dietrich MF**, Cavuoti D, Landay M, Arriaga Y. Histological regression of Giant cell tumor of bone following Rank ligand inhibition.

12

# CURRICULUM VITAE
## Martin F. Dietrich, MD, PhD

12. Beer AG, Zenzmaier C, Schreinlechner M, Haas J, **Dietrich MF**, Herz J, Marschang P. Expression of a recombinant full-length LRP1B receptor in human non-small cell lung cancer cells confirms the postulated growth-suppressing function of this large LDL receptor family member. Oncotarget. 2016 Oct 18;7.

13. Ning N, Yan J, **Dietrich MF**, Xie XJ, Gerber DE. Institutional Scientific Review of Cancer Clinical Research Protocols: A Unique Requirement That Affects Activation Timelines. J Oncol Pract. 2017 Dec;13(12).

14. **Dietrich MF**, Rolfo C, Reclusa P, Giallombardo P, Valentino A, Raez LE. Exosomes biology: Function and clinical implications in lung cancer. Cancer Translational Medicine, (2017), Volume 3, Issue 2 [p. 58-63].

15. Reclusa P, Valentino A, Sirera R, **Dietrich MF**, Raez LE, Rolfo C. Circulating microRNAs and long noncoding RNAs: Liquid biomarkers in thoracic cancers. Cancer Translational Medicine, Year 2017, Volume 3, Issue 2 [p. 53-57]

16. **Dietrich MF,** Gerber DE. Chemotherapy for Advanced Non-small Cell Lung Cancer. Cancer Treat Res. 2016; 170:119-49.

17. Bartelt A, Behler-Janbeck F, Beil FT, Koehne T, Müller B, Schmidt T, Heine M, Ochs L, Yilmaz T, **Dietrich MF**, Tuckermann JP, Amling M, Herz J, Schinke T, Heeren J, Niemeier A. Lrp1 in osteoblasts controls osteoclast activity and protects against osteoporosis by limiting PDGF-RANKL signaling. Bone Res. 2018 Feb 26;6:4. Doi.

18. Gerber DE, Socinski MA, Neal JW, Wakelee HA, Shirai K, Sequist LV, Rosovsky RP, Lilenbaum RC, Bastos BR, Huang C, Johnson ML, Hesketh PJ, Subramaniam DS, **Dietrich MF**, Chai F, Wang Y, Kazakin J, Schwartz B, Schiller JH, Brahmer JR, Kelly RJ. Randomized phase 2 study of tivantinib plus erlotinib versus single-agent chemotherapy in previously treated KRAS mutant advanced non-small cell lung cancer. Lung Cancer. 2018 Mar;117:44-49.

19. Russo A, , Lee JK, Pasquina LW, Del Re M, Dilks HH , Murugesan K, Madison RW , Lee Y, Schrock AB, **Dietrich MF**  7 , Oxnard  GR, Christian Rolfo C.  Liquid Biopsy of Lung Cancer Before Pathological Diagnosis Is Associated With Shorter Time to Treatment. JCO Precis Oncol. 2024 Jan:8:e2300535.

20. Kilowski KA, **Dietrich MF**, Baca Y, Hinton A , Ahmad S, Herzog TJ, Thaker P, Holloway RW. KRAS mutations in endometrial cancers: Possible prognostic and treatment implications. Gynecologic Oncology. 2024 | 19 | 299-306.

21. **Dietrich MF**, Velez M. Larotrectinib in *NTRK3* fusion–positive metastatic secretory carcinoma of the breast: A case study. Current Problems in Cancer: Case Reports, 2024, 100334, ISSN 2666-6219.

13

**CURRICULUM VITAE**
**Martin F. Dietrich, MD, PhD**

**ABSTRACTS AND POSTERS (Excerpts abbreviated)**

1.  Raez LE, Danenberg K, Castrellon A, Rabizadeh S, Usher J, Jaimes Y, Hunis B, Dietrich M, Habaue C and Danenberg P. P2.01-056 Use of Cell-Free Circulating RNA (cfRNA) Expression of PD-L1 and ERCC1 in Plasma to Monitor Response to Therapy in NSCLC. Journal of Thoracic Oncology, Nov 2017, Vol. 12, Issue 11, S2090-2091.

2.  Raez LE, Mekhail T, Rodriguez E, Hunis B, Nashed A, Dietrich M, Nagy R, Kiedrowski L. MA 15.02 Plasma cfDNA next Generation Sequencing in Non-Small Cell Lung Cancer.Journal of Thoracic Oncology, Nov 2017, Vol. 12, Issue 11, S1862.

3.  Dietrich M, Hunis B, Raez LE. P2.07-052 Detection of KRAS Mutation in Blood Predicts Favorable Response to Immunotherapy in NSCLC. Jounal of Thoracic Oncology, Nov 2017. Vol. 12, Issue 11, S2149.

**BOOK CHAPTER**

1.  Reckamp K., Dietrich MF, MD, Gerber (2016). Lung Cancer : Treatment and Research. ISBN 9783319403878.