# EXHIBIT 4

EXHIBIT 4

**Dr. Martin Dietrich**
**Applied Therapeutics, Inc.**          Symbol: APLT          CUSIP: 03828A101
          Class Period: 1/3/2024 - 12/2/2024

All per share prices are rounded to 2 decimal places

### Class Period Purchases

| Date | Trade Type | Purchases Quantity | Price | Cost | Sales Quantity | Price | Cost |
|------|-----------|----------|-------|------|----------|-------|------|
| 8/23/2024 | Purchase | 53,475 | $5.71 | $305,465 | | | |
| 10/9/2024 | Purchase | 23,284 | $8.18 | $190,579 | | | |
| 10/31/2024 | Sale | | | | 52 | $8.66 | $450 |
| 12/2/2024 | Sale | | | | 53,475 | $2.05 | $109,624 |
| 12/9/2024 | Sale | | | | 23,232 | $1.24 | $28,808 |
| **Class Period Total** | | 76,759 | | $496,044 | 76,759 | | $138,882 |

| | |
|---|---|
| Class Period Shares Purchased: | **76,759** |
| Class Period Net Shares Purchased: | **23,232** |
| Class Period Net Funds Expended: | **$385,970.28** |
| Trading Loss: | **$357,162.60** |

### Post-Class Period Purchases

| Date | Trade Type | Purchases Quantity | Price | Cost | Sales Quantity | Price | Cost |
|------|-----------|----------|-------|------|----------|-------|------|
| 12/3/2024 | Purchase | 62,857 | $1.74 | $109,371 | | | |
| 12/9/2023 | Sale | | | | 62,857 | $1.24 | $77,943 |
| **Post Class Period Total** | | 62,857 | | $109,371 | 62,857 | | $77,943 |

| | |
|---|---|
| Shares Purchased: | **62,857** |
| Net Shares Purchased: | **0** |
| Net Funds Expended: | **$31,428.50** |
| Trading Loss: | **$31,428.50** |

| | |
|---|---|
| Total Shares Purchased | **139,616** |
| Total Loss: | **$388,591.10** |