**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLIED THERAPEUTICS, INC. SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>　　　　　Defendants. | Case No:  1:24-cv-09715-DLC<br><br><u>CLASS ACTION</u> |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>　　　　　Defendants. | Case No.:  1:24-cv-09973-DLC<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION AND MOTION OF JESSE COLE**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD**
**<u>PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jesse Cole ("Movant") will and hereby does respectfully move this Court for an Order:  (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), on behalf of a putative "Class" consisting of all persons and entities that purchased or otherwise acquired Applied Therapeutics, Inc. ("Applied Therapeutics" or the "Company") securities between January 3, 2024 and December 2, 2024, inclusive; (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Brandon Walker, the [Proposed] Order Consolidating Actions, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: February 18, 2025                    Respectfully submitted,

                                            **BRAGAR EAGEL & SQUIRE, P.C.**

                                            By: */s/ Brandon Walker*
                                            Brandon Walker
                                            Lawrence P. Eagel
                                            Marion C. Passmore
                                            810 Seventh Avenue, Suite 620
                                            New York, NY 10019
                                            Telephone:  (212) 308-5858
                                            Facsimile:  (212) 214-0506
                                            Email:  walker@bespc.com
                                                    eagel@bespc.com
                                                    passmore@bespc.com

1

2

*Counsel for Movant Jesse Cole. and Proposed
Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I, Brandon Walker, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 18th day of February, 2025.

*/s/ Brandon Walker*
Brandon Walker