**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC. SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No: 1:24-cv-09715-DLC<br><br>CLASS ACTION |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No.:  1:24-cv-09973-DLC<br><br>CLASS ACTION |

**DECLARATION OF BRANDON WALKER IN SUPPORT OF MOTION**
**OF JESSE COLE FOR CONSOLIDATION OF ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Brandon Walker, hereby declare as follows:

1.    I am a Partner and shareholder with the law firm of Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movant Jesse Cole ("Movant") and proposed lead counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of BES as Lead Counsel for the Class.

3.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Private Securities Litigation Reform Act of 1995 certification signed by Movant, attaching his Applied Therapeutics, Inc. securities transactions during the Class Period in a Schedule A, thereto;

Exhibit B:    Loss Chart detailing Movant's estimated financial losses;

Exhibit C:    Press release published December 17, 2024, on *Globe Newswire* announcing the pendency of the securities class action against defendants herein: *Adrian Alexandru v. Applied Therapeutics, Inc.*, Case No. 1:24-cv-09715;

Exhibit D:    BES firm résumé; and

Exhibit E:    Declaration In Support of the Motion of Jesse Cole for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 18th day of February, 2025.

/s/ *Brandon Walker*
Brandon Walker

1

## **CERTIFICATE OF SERVICE**

I, Brandon Walker, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 18th day of February, 2025.

*/s/ Brandon Walker*
Brandon Walker