# EXHIBIT B

**Applied Therapeutics, Inc**

| | |
|---|---|
| Company Name | Applied Therapeutics, Inc |
| Ticker Symbol | APLT |
| Security Type | Common Stock |
| Class Period Start | 01/03/2024 |
| Class Period End | 12/02/2024 |
| 90-DAY Lookback Period Start | 12/03/2024 |
| 90-DAY Lookback Period End | 02/18/2025 |
| 90-DAY Lookback Average | $0.8300 |

| **Movant** | **Loss** |
|---|---|
| Jesse Cole | ($23,525.00) |
| **Total Loss** | **($23,525.00)** |

| Client Name | Jesse Cole |
|---|---|
| Company Name | Applied Therapeutics, Inc |
| Ticker Symbol | APLT |
| Security Type | Common Stock |
| Class Period Start | 01/03/2024 |
| Class Period End | 12/02/2024 |
| 90-DAY Lookback Period Start | 12/03/2024 |
| 90-DAY Lookback Period End | 02/18/2024 |
| 90-DAY Lookback Average | $0.8300 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($23,525.00) |
| Net Shares Retained | 10,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/16/2024 | 10,000 | $4.86 | ($48,600.00) | | | ($48,600.00) |
| 2/20/2024 | 2,500 | $5.37 | ($13,425.00) | | | ($62,025.00) |
| 2/20/2024 | 2,500 | $5.37 | ($13,425.00) | | | ($75,450.00) |
| 2/28/2024 | -2,500 | | | $8.75 | $21,875.00 | ($53,575.00) |
| 10/28/2024 | -2,500 | | | $8.70 | $21,750.00 | ($31,825.00) |
| **Retained Shares** | 10,000 | | | | **Subtotal** | ($31,825.00) |
| | | | | | **Retained Share Value** | $8,300.00 |
| | | | | | **Total** | ($23,525.00) |