# EXHIBIT E

**DECLARATION IN SUPPORT OF THE MOTION OF
JESSE COLE FOR CONSOLIDATION OF ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Jesse Cole, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of the Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Declaration"). I have personal knowledge about the information contained in this Declaration with regard to myself.

2.      I am a resident of New York, New York. I have a B.S. and M.S. degree. I am a Co- Founder of Synthesis Ventures and have 25 years of investing experience.

3.      As reflected in my Certification, I purchased Applied Therapeutics, Inc. ("Applied Therapeutics" or the "Company") securities during the Class Period[1] and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.

4.      I believe that the allegations against Applied Therapeutics are meritorious. After discussing the allegations against the Company, the procedural background of the action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, I decided to seek appointment as lead plaintiff and retained Bragar Eagel & Squire, P.C. ("BES") to move for lead plaintiff in the action. I select BES to serve as lead counsel on behalf of the Class and I believe BES has the experience and ability to effectively and expeditiously bring the action to a close and achieve a strong recovery on behalf of the Class. I also believe that BES will vigorously prosecute this action in a cost-effective manner and in the best interests of all members of the putative Class.

---

[1]  The "Class" consists of all investors who purchased or otherwise acquired Applied Therapeutics securities between January 3, 2024 and December 2, 2024, inclusive (the "Class Period").

5.      I am informed of and understand the requirements of serving as lead plaintiff. I understand that, if appointed, I would owe a fiduciary duty to the Class to provide effective representation and to ensure that lead counsel effectively litigates the action. I understand that if I am appointed as lead plaintiff, I will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. I agree to actively manage the prosecution of the action including reviewing documents, discussing through email or telephone calls any developments, participating in discovery, and exercising decision-making to execute a strategy to maximize the recovery of the entire Class.

6.      It is my goal to resolve this action in an expeditious manner that is fair to all members of the Class. Through supervision of my chosen counsel, BES, I will ensure that the action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, I will direct BES to prosecute the action in such a way to achieve a fair result for all members of the Class.

7.      I have also directed counsel to keep me informed of any developments in the action—including any developments in the lead plaintiff proceedings. To this end, I will continue to direct counsel and oversee the prosecution of this action for the benefit of the Class by, *inter alia*, reviewing pleadings, orders, and motion papers and conferring with BES regarding litigation strategy. Further, I will make myself available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this action. My main goal is obtaining the largest recovery possible for the Class.

I, Jesse Cole, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __18__ day of February, 2025.

Jesse Cole (Feb 18, 2025 11:42 EST)

Jesse Cole