**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No.: 1:24-cv-09715-DLC<br><br>Hon. Denise L. Cote |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No.: 1:24-cv-09973-DLC<br><br>Hon. Denise L. Cote |

**NOTICE OF MOTION OF JUSTIN MAC FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Justin Mac ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of

his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the

PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration

of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as

well as such further argument as the Court may allow at a hearing on this motion.

Dated: February 18, 2025                                    Respectfully Submitted,

                                                            **LEVI & KORSINSKY, LLP**

                                                            By: */s/ Adam M. Apton*
                                                            Adam M. Apton (AS-8383)
                                                            33 Whitehall Street, 17th Floor
                                                            New York, NY 10004
                                                            Tel: (212) 363-7500
                                                            Fax: (212) 363-7171
                                                            Email: aapton@zlk.com

                                                            *Lead Counsel for Justin Mac and*
                                                            *[Proposed] Lead Counsel for the Class*