UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No.: 1:24-cv-09715-DLC<br><br>Hon. Denise L. Cote |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No.: 1:24-cv-09973-DLC<br><br>Hon. Denise L. Cote |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF JUSTIN MAC'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Justin Mac ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:     PSLRA Certification signed by Movant attesting to his transactions of Applied Therapeutics, Inc. ("Applied" or the "Company") securities;

**Exhibit B**:     Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Applied securities;

**Exhibit C**:     Press Release published December 17, 2024, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Alexandru v. Applied Therapeutics, Inc., et. al.,* Case No. 1:24-cv-09715-DLC;

**Exhibit D**:     Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: February 18, 2025             Respectfully Submitted,

                           **LEVI & KORSINSKY, LLP**

                           By: */s/ Adam M. Apton*
                           Adam M. Apton (AS-8383)
                           33 Whitehall Street, 17th Floor
                           New York, NY 10004
                           Tel: (212) 363-7500
                           Fax: (212) 363-7171
                           Email: aapton@zlk.com

                           *Lead Counsel for Justin Mac and*
                           *[Proposed] Lead Counsel for the Class*

2