# EXHIBIT B

| Client Name | Justin Mac |
|---|---|
| Company Name | Applied Therapeutics, Inc. |
| Ticker Symbol | APLT |
| Security Type | |
| Class Period Start | 01-03-2024 |
| Class Period End | 12-02-2024 |
| 90-DAY Lookback Period Start | 12-03-2024 |
| 90-DAY Lookback Period End | 02-18-2025 |
| 90-DAY Lookback Average | $ 00.82 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $42,380.49 |
| DURA LIFO* Total | $42,380.49 |
| Gross Shares Purchased | 4,941 |
| Net Shares Retained | 4,941 |
| Net Funds Expended | $46,448.50 |

| Justin Mac | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-27-2024 | 4920 | 9.4008 | $ 46,251.94 | | | | | | - | 4920 | 4920 | $ 00.82 | $ 4,050.72 | $ 42,201.21 | $ 42,201.21 |
| 11-27-2024 | 21 | 9.36 | $ 196.56 | | | | | | - | 21 | 21 | $ 00.82 | $ 17.29 | $ 179.27 | $ 179.27 |
| Total: | 4,941 | | $46,448.50 | | | | | | | 4,941 | 4,941 | | $4,068.01 | $42,380.49 | $42,380.49 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.