**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and ROCCARDO PERFETTI,<br><br>Defendants. | Case No. 1:24-cv-09715-DLC<br><br>CLASS ACTION |
| MOHAMMED ALI IKRAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC. and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No. 1:24-cv-09973-DLC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING DR. ANDREW SAW AS LEAD PLAINTIFF, APPROVING HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of: (1) the Motion of Dr. Andrew Saw for appointment as Lead Plaintiff, approval of his selection of counsel, and consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.    Dr. Saw's Motion is **GRANTED.**

2.    Dr. Saw is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph four of this Order.

3.    Dr. Saw's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.    This action shall be captioned "*In re Applied Therapeutics, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:24-cv-09715.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE