**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and ROCCARDO PERFETTI, <br><br> Defendants. | Case No. 1:24-cv-09715-DLC <br><br> CLASS ACTION |
| MOHAMMED ALI IKRAM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED THERAPEUTICS, INC. and SHOSHANA SHENDELMAN, <br><br> Defendants. | Case No. 1:24-cv-09973-DLC <br><br> CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF DR. ANDREW SAW FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Dr. Andrew Saw for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; (3) consolidation of the above-captioned securities class actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:      Declaration of Dr. Saw;

EXHIBIT B:      Notice of pendency of *Alexandru v. Applied Therapeutics, Inc.*, No. 1:24-cv-09715-DLC (S.D.N.Y.) published on December 17, 2024;

EXHIBIT C:      Certification of Dr. Saw;

EXHIBIT D:      Chart reflecting financial interest of Dr. Saw prepared by BFA; and

EXHIBIT E:      Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of February 2025.

　　　　　　　　　　　　　　　　　　　 */s/ Javier Bleichmar*　　　　　
　　　　　　　　　　　　　　　　　　　 Javier Bleichmar

2