# EXHIBIT A

## DECLARATION OF DR. ANDREW SAW

I, Dr. Andrew Saw, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in this class action on behalf of investors in the securities of Applied Therapeutics ("Applied Therapeutics" or the "Company") and for approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") to be appointed as Lead Counsel.  I have personal knowledge about the information in this Declaration and would testify competently thereto.

2.    I reside in Kearney, Nebraska. I am an experienced investor with significant knowledge of financial markets.  I have approximately 34 years of investing experience.  I am a retired Neurologist.  During my career, which included running my own medical practice, I gained significant experience overseeing counsel with respect to business litigation matters as well as collaborating with others and supervising employees and others reporting to me. I have also provided deposition testimony on numerous occasions in workers compensation cases.  I received my M.D. from Wayne State University in Detroit, Michigan.

3.    As reflected in my certification required by the Private Securities Litigation Reform Act of 1995, I purchased a significant amount of Applied Therapeutics stock and suffered large losses as a result of the Company's misconduct.   Because of the substantial losses I incurred, I am motivated to seek the best possible result for myself and the proposed Class.

4.    I spoke with attorneys at BFA regarding this matter and we have been in frequent communication.  We discussed the legal claims against the defendants, the merits of the case, the significant losses I incurred and my desire to serve as Lead Plaintiff, the fiduciary responsibilities of the Lead Plaintiff to the Class, the Lead Plaintiff's obligation to select and oversee counsel, and the need to ensure that the Class's claims will be efficiently and zealously prosecuted by my proposed attorneys.

5.    I selected BFA to serve as proposed Class counsel because it has a proven track record of litigating securities class actions successfully, and I believe that the Class will be well-served by its leadership.

6.      I understand the requirements of serving as Lead Plaintiff.  I understand that my duties will include fair and adequate representation of all members of the Class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities.  I intend to oversee the progress of the litigation and ensure that my lawyers vigorously and efficiently prosecute the case in a way that best serves the interests of the Class.

7.      I will actively oversee the prosecution of this case by, among other things, reviewing pleadings and motion papers, obtaining regular status reports on the progress of the litigation, participating in discovery, and providing input into litigation decisions, including potential settlement negotiations and trial.

8.      My counsel and I have each other's contact information and either of us may call or email for a meeting at any time.  I am able and willing to convene future calls, attend in-person meetings, and communicate via email as often and regularly as necessary to ensure responsible oversight of counsel.  I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation.  I am highly committed to satisfying the fiduciary responsibilities of the court-appointed Lead Plaintiff and reaffirm that I will ensure this case is litigated in the best interests of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed  2/14/2025                    .

DocuSigned by:

_____
14A24FABDB574A0...

Dr. Andrew Saw

2