# EXHIBIT D

**Financial Interest Analysis for Andrew Saw**
**Class Period: January 3, 2024 - December 2, 2024**

**FIFO/LIFO - Applied Therapeutics, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/3/2024 | 0.00 | | |
| | | | | |
| Purchase | 11/20/2024 | 1,000.00 | $9.3950 | ($9,395.00) |
| Purchase | 11/20/2024 | 1,194.00 | $9.4000 | ($11,223.60) |
| Purchase | 11/21/2024 | 8,806.00 | $9.3500 | ($82,336.10) |
| *Total Class Period Purchases* | | **11,000.00** | | **($102,954.70)** |
| | | | | |
| Retained Shares [1] | | 11,000.00 | $0.8251 | $9,076.55 |

|  |  |
|---|---|
| **FIFO/LIFO Gain/(Loss):** | **($93,878.15)** |
| **FIFO/LIFO Gain/(Loss) Based on Dura [2]:** | **($93,878.15)** |

[1] *Retained shares are valued at the average price from December 3, 2024 to February 18, 2025.*

[2] *Dura loss is the summation of the cost of Class Period purchases held through the Disclosures, proceeds of sales matched to purchases held through the Disclosures (if any) and the value of retained shares based on the 90-day look back average (if any). The pled disclosures during the Class Period occurred on November 27, 2024 and after market hours on December 2, 2024, (the "Disclosures"). All common stock shares purchased by Andrew Saw during the Class Period were held through the Disclosures and therefore losses under Dura are the same as the FIFO/LIFO losses.*