# Exhibit 3

**Applied Therapeutics, Inc.**
**Class Period: January 3, 2024 through December 2, 2024**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dhondup, Sonam | 12/2/2024 | 28409 | ($1.76) | ($49,999.84) | 12/20/2024 | 28409 | $0.84 | $23,863.56 | 0 | $0.00 | ($26,136.28) | 0.83 |