UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Case No.  1:24-cv-09715-DLC |
| MOHAMMAD ALI IKRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Case No.  1:24-cv-09973-DLC |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF ROBERT SHANE REEDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.        I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Robert Shane Reeder ("Reeder"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Reeder's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.        Attached hereto as the exhibits indicated are true and correct copies of the following:

| Exhibit A: | Chart setting forth Reeder's financial interest in this litigation; |
| --- | --- |
| Exhibit B: | Press release published via *Globe Newswire* on December 17, 2024, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Reeder; |
| Exhibit D: | Declaration executed by Reeder; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 18, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1