# EXHIBIT A

**Applied Therapeutics, Inc. (APLT)**
**Class Period: January 3, 2024 to December 2, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 11/27/2024 Corrective Shares Retained | 74-Days* Mean Price $0.8299 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Robert Shane Reeder, Acct 1 | | 10,018 | | ($94,938) | | (10,018) | | $75,470 | 2,515 | $0 | ($19,469) |
| Robert Shane Reeder, Acct 2 | | 17,700 | | ($168,321) | | (17,700) | | $121,717 | 5,850 | $0 | ($46,604) |
| Robert Shane Reeder, Acct 3 | | 5,028 | | ($47,855) | | (5,028) | | $34,500 | 1,675 | $0 | ($13,355) |
| **Robert Shane Reeder** | | **32,746** | | **($311,114)** | | **(32,746)** | | **$231,687** | **10,040** | **$0** | **($79,428)** |
| | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | |
| Robert Shane Reeder | 11/5/2024 | 2,657 | $9.4000 | ($24,976) | 11/5/2024 | (2,657) | $9.5971 | $25,499 | | | |
| Robert Shane Reeder | 11/6/2024 | 2,593 | $9.6500 | ($25,022) | 11/6/2024 | (2,593) | $9.7001 | $25,152 | | | |
| Robert Shane Reeder | 11/12/2024 | 34 | $10.0500 | ($342) | 11/15/2024 | (1,220) | $8.7103 | $10,627 | | | |
| Robert Shane Reeder | 11/13/2024 | 2,061 | $9.8500 | ($20,301) | 11/15/2024 | (1,033) | $8.7102 | $8,998 | | | |
| Robert Shane Reeder | 11/14/2024 | 158 | $8.9294 | ($1,411) | 11/29/2024 | (2,515) | $2.0650 | $5,193 | | | |
| Robert Shane Reeder | 11/20/2024 | 2,515 | $9.1000 | ($22,887) | | | | | | | |
| **Robert Shane Reeder** | | **10,018** | | **($94,938)** | | **(10,018)** | | **$75,470** | **2,515** | **$0** | **($19,469)** |
| | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | |
| Robert Shane Reeder | 11/6/2024 | 6,454 | $9.6000 | ($61,958) | 11/6/2024 | (6,454) | $9.7030 | $62,623 | | | |
| Robert Shane Reeder | 11/12/2024 | 99 | $10.0500 | ($995) | 11/15/2024 | (4,296) | $8.7200 | $37,461 | | | |
| Robert Shane Reeder | 11/13/2024 | 5,250 | $9.8500 | ($51,713) | 11/15/2024 | (1,100) | $8.7101 | $9,581 | | | |
| Robert Shane Reeder | 11/14/2024 | 47 | $8.9365 | ($420) | 11/29/2024 | (173) | $2.0600 | $356 | | | |
| Robert Shane Reeder | 11/20/2024 | 5,850 | $9.1000 | ($53,235) | 11/29/2024 | (5,677) | $2.0601 | $11,695 | | | |
| **Robert Shane Reeder** | | **17,700** | | **($168,321)** | | **(17,700)** | | **$121,717** | **5,850** | **$0** | **($46,604)** |
| | | | | | | | | | | | |
| Account 3 | | | | | | | | | | | |
| Robert Shane Reeder | 11/6/2024 | 1,826 | $9.6300 | ($17,584) | 11/6/2024 | (1,826) | $9.7120 | $17,734 | | | |
| Robert Shane Reeder | 11/12/2024 | 23 | $10.0500 | ($231) | 11/15/2024 | (1,527) | $8.7200 | $13,315 | | | |
| Robert Shane Reeder | 11/13/2024 | 1,485 | $9.8500 | ($14,627) | 11/29/2024 | (1,675) | $2.0600 | $3,451 | | | |
| Robert Shane Reeder | 11/14/2024 | 19 | $8.9353 | ($170) | | | | | | | |
| Robert Shane Reeder | 11/20/2024 | 1,675 | $9.1000 | ($15,243) | | | | | | | |
| **Robert Shane Reeder** | | **5,028** | | **($47,855)** | | **(5,028)** | | **$34,500** | **1,675** | **$0** | **($13,355)** |

*Avg Closing Prices from December 3, 2024 to February 14, 2025