UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADRIAN ALEXANDRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED THERAPEUTICS, INC., SHOSHANA SHENDELMAN, and RICCARDO PERFETTI,<br><br>Defendants. | Civil Action No. 1:24-cv-09715-DLC<br><br><u>CLASS ACTION</u> |
| MOHAMMAD ALI IKRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED THERAPEUTICS, INC., and SHOSHANA SHENDELMAN,<br><br>Defendants. | Civil Action No. 1:24-cv-09973-DLC<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4921-0213-2762.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff movant Otis D. Lucas, Jr., will move on March 7, 2025 at 2:00 p.m. in Courtroom 18B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an order consolidating the above-captioned related securities class actions, appointing Mr. Lucas as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*., and approving Mr. Lucas' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Lucas submits the accompanying Memorandum of Law, the Declaration of Noam Mandel, and a [Proposed] Order.

DATED:  February 18, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
NOAM MANDEL
DESIREE CUMMINGS


_s/ Noam Mandel_
NOAM MANDEL

420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
dcummings@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

- 1 -

4921-0213-2762.v1

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

4921-0213-2762.v1