UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ADRIAN ALEXANDRU, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

APPLIED THERAPEUTICS, INC.,
SHOSHANA SHENDELMAN, and
RICCARDO PERFETTI,

                    Defendants.

Civil Action No. 1:24-cv-09715-DLC

CLASS ACTION

---------------------------------------------------------x

MOHAMMAD ALI IKRAM, Individually and
on Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

APPLIED THERAPEUTICS, INC., and
SHOSHANA SHENDELMAN,

                    Defendants.

Civil Action No. 1:24-cv-09973-DLC

CLASS ACTION

---------------------------------------------------------x

**DECLARATION OF NOAM MANDEL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4908-1723-3946.v1

I, NOAM MANDEL, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Otis D. Lucas, Jr. and proposed lead counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of Mr. Lucas' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of first-filed class action published on *Globe Newswire,* a national business-oriented wire service, on December 17, 2024;

Exhibit B:      Mr. Lucas' Sworn Certification;

Exhibit C:      Chart of Mr. Lucas' estimated losses, prepared by counsel; and

Exhibit D:      Mr. Lucas' Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of February, 2025.

*s/ Noam Mandel*
_____
NOAM MANDEL

- 1 -

4908-1723-3946.v1