# EXHIBIT A



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Applied Therapeutics, Inc. Securities and Sets a Lead Plaintiff Deadline of February 18, 2025

December 17, 2024 16:47 ET    | Source: **Levi & Korsinsky, LLP**    **Follow**

## Company Profile

Levi & Korsinsky, LLP

**Industry:** Specialized Consumer Services

**Website:** https://zlk.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**







NEW YORK, Dec. 17, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Applied Therapeutics, Inc. ("Applied Therapeutics" or the "Company") (NASDAQ: APLT)** between January 3, 2024 and December 2, 2024, both dates inclusive. You are hereby notified that the class action lawsuit *Adrian Alexandru v. Applied Therapeutics, Inc., et al.* (Case No. 1:24-cv-09715) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/applied-therapeutics-inc-lawsuit-submission-form

The complaint alleges that on November 27, 2024, Applied Therapeutics issued a press release announcing that it had received a Complete Response Letter (CRL) for the New Drug Application (NDA) for govorestat, the Company's lead drug candidate. The CRL indicated that the FDA completed its review of the application and determined that it was unable to approve the NDA in its current form citing deficiencies in the clinical application. Following this news, the price of Applied Therapeutics' common stock declined dramatically. From a closing market price of $10.21 per share on November 26, 2024, Applied Therapeutics' stock price fell to $8.57 per share on November 27, 2024 before falling further to $2.03 on November 29, 2024 and $1.75 per share on December 2, 2024, a total decline of more than 80%.

After market hours on December 2, 2024, Applied Therapeutics disclosed it received a "warning letter" from the FDA referring to the clinical trial issues underlying the CRL. Applied Therapeutics' disclosure of the "warning letter" prompted a further decline in the stock price as investors discovered the seriousness and severity of the Company's clinical trial errors. From a closing market price of $1.75 per share on December 2, 2024, Applied

Therapeutics' stock price fell to $1.69 per share on December 3, 2024 before falling further to $1.38 per share on December 4, 2024 and $1.29 per share on December 5, 2024.

**If you suffered a loss in APLT securities, you have until February 18, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years



NEWSROOM     SERVICES     CONTACT US          SIGN IN     REGISTER

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

---

**Tags**

Class Action

# Recommended Reading

February 04, 2025 12:02 ET | Source: Levi & Korsinsky, LLP

### Shareholders of Walgreens Boots Alliance, Inc. Should Contact Levi & Korsinsky Before March 31, 2025 to Discuss Your Rights – WBA

NEW YORK, Feb. 04, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Walgreens Boots Alliance, Inc. ("Walgreens" or the "Company") (NASDAQ: WBA) of a class action securities...



February 04, 2025 12:02 ET | Source: Levi & Korsinsky, LLP

### Levi & Korsinsky Reminds Shareholders of a Lead Plaintiff Deadline of March 31, 2025 in TELUS International Lawsuit – TIXT

NEW YORK, Feb. 04, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in TELUS International (Cda) Inc. ("TELUS International" or the "Company") (NYSE: TIXT) of a class action...



# Explore