# EXHIBIT C

Movants' Purchases and Losses

Class Period: 01/03/2024 - 12/02/2024

Applied Therapeutics

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Otis D. Lucas, Jr. - Acct 1 | 10/03/2024 | 2,493 | $8.01 | $19,974.41 | 10/08/2024 | 52 | $8.04 | $418.08 | |
| | 10/03/2024 | 892 | $7.83 | $6,984.18 | 10/08/2024 | 3,333 | $8.10 | $26,997.63 | |
| | 10/28/2024 | 2,293 | $8.71 | $19,971.80 | held | 3,836 | $0.83 | $3,183.28 | |
| | 10/29/2024 | 1,179 | $8.45 | $9,962.55 | | | | | |
| | 10/29/2024 | 28 | $8.44 | $236.32 | | | | | |
| | 11/15/2024 | 220 | $9.05 | $1,992.01 | | | | | |
| | 11/18/2024 | 116 | $8.57 | $994.12 | | | | | |
| | | **7,221** | | **$60,115.40** | | **7,221** | | **$30,598.99** | **($29,516.40)** |
| Otis D. Lucas, Jr. - Acct 2 | 11/12/2024 | 0.0716 | $9.91 | $0.71 | held | 2,707 | $0.83 | $2,246.14 | |
| | 11/12/2024 | 118.9508 | $9.91 | $1,179.29 | | | | | |
| | 11/18/2024 | 0.2258 | $8.77 | $1.98 | | | | | |
| | 11/18/2024 | 107.0000 | $8.77 | $938.39 | | | | | |
| | 11/18/2024 | 200.0000 | $8.78 | $1,756.00 | | | | | |
| | 11/18/2024 | 11.0000 | $8.78 | $96.58 | | | | | |
| | 11/18/2024 | 707.7594 | $8.77 | $6,207.05 | | | | | |
| | 11/19/2024 | 0.1755 | $8.61 | $1.51 | | | | | |
| | 11/19/2024 | 0.0802 | $8.60 | $0.69 | | | | | |
| | 11/19/2024 | 138.0000 | $8.60 | $1,186.80 | | | | | |
| | 11/20/2024 | 0.5983 | $9.61 | $5.75 | | | | | |
| | 11/20/2024 | 125.0000 | $9.60 | $1,200.00 | | | | | |
| | 11/20/2024 | 0.1302 | $9.62 | $1.25 | | | | | |
| | 11/21/2024 | 0.1266 | $9.48 | $1.20 | | | | | |
| | 11/21/2024 | 599.0000 | $9.48 | $5,678.52 | | | | | |
| | 11/21/2024 | 80.8302 | $9.28 | $749.70 | | | | | |
| | 11/22/2024 | 264.6567 | $9.28 | $2,456.57 | | | | | |
| | 11/27/2024 | 353.0977 | $9.92 | $3,504.00 | | | | | |
| | | **2,706.7030** | | **$24,965.99** | | **2,706.7030** | | **$2,246.14** | **($22,719.85)** |
| **Movants' Total** | | **9,927.7030** | | **$85,081.39** | | **9,927.7030** | | **$32,845.14** | **($52,236.25)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $0.83 as of February 14, 2025 for common stock.

Prices listed are rounded to two decimal places.