UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | Case No. 1:24-cv-09715 (DLC) (VF)<br><br>**CLASS ACTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated May 23, 2025, the accompanying Declaration of Jeffrey J. Chapman, dated May 23, 2025, and the exhibits attached thereto; and all other papers and proceedings herein, Defendant Dr. Riccardo Perfetti, by his counsel, hereby respectfully moves this Court, before the Honorable Denise L. Cote, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 18B, New York, New York 10007, for an Order dismissing the Consolidated Amended Class Action Complaint (ECF No. 72) with prejudice as against Defendant Perfetti pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-5(c), and Federal Rules of Civil Procedure 9(b) and 12(b)(6), and for such other relief as this Court may deem just and proper. The grounds for Defendant Perfetti's Motion to Dismiss are set forth in the accompanying Memorandum of Law.

Oral argument will be on a date and time to be designated by the Court.

Dated: New York, New York
May 23, 2025

Respectfully submitted,

MCGUIREWOODS, LLP

By: */s/ Jeffrey J. Chapman*
Jeffrey J. Chapman
Stephen G. Foresta
Louis D. Greenstein
Lauren H. Mann
1251 Avenue of the Americas
20th Floor
New York, New York 10020
Telephone: (212) 548-7060
jchapman@mcguirewoods.com
sforesta@mcguirewoods.com
lgreenstein@mcguirewoods.com
lmann@mcguirewoods.com

*Counsel for Riccardo Perfetti*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced case.

MCGUIREWOODS, LLP

By: */s/ Jeffrey J. Chapman*
Jeffrey J. Chapman
Stephen G. Foresta
Louis D. Greenstein
Lauren H. Mann
1251 Avenue of the Americas
20th Floor
New York, New York 10020
Telephone: (212) 548-7060
jchapman@mcguirewoods.com
sforesta@mcguirewoods.com
lgreenstein@mcguirewoods.com
lmann@mcguirewoods.com

*Counsel for Riccardo Perfetti*