UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | Case No. 1:24-cv-09715 (DLC) (VF)<br><br>**CLASS ACTION**<br><br>**ORAL ARGUMENT REQUESTED** |

### DECLARATION OF JEFFREY J. CHAPMAN

I, Jeffrey J. Chapman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am over 18 years of age, and I am competent to testify as to the matters stated in this Declaration. I am a member in good standing of the New York state bar, and I have been admitted to practice in this Court. I am a partner with the law firm McGuireWoods LLP, and I am counsel for Defendant Dr. Riccardo Perfetti, M.D., Ph.D. in the above-captioned action.

2.  I respectfully submit this Declaration in support of Defendant Perfetti's Motion to Dismiss the Consolidated Amended Class Action Complaint, filed May 23, 2025 (the "CAC"). (ECF No. 72). I have personal knowledge of the facts set forth herein.

3.  Attached as Exhibit 1 is a true and correct copy of the RBC Capital Markets analyst report for Applied Therapeutics, Inc., dated August 7, 2024 (the "RBC Report").

4.  Attached as Exhibit 2 is a true and correct copy of the slides used by panelists at the Annual Symposium of the Society for the Study of Inborn Errors of Metabolism titled "Development of Govorestat (AT-007), the First Potential Treatment for Patients with Classic Galactosemia", dated September 4, 2024 (the "SSIEM Slides").

1

5. Attached as Exhibit 3 is a true and correct copy of an article published in *The Journal of Clinical Pharmacology* titled "Results of the ACTION-Galactosemia Kids Study to Evaluate the Effects of Govorestat in Pediatric Patients with Classic Galactosemia," dated November 6, 2024 (the "November 2024 Article").

6. Attached as Exhibit 4 is a true and correct copy of Defendant Perfetti's SEC Form 4, dated March 18, 2024.

7. Attached as Exhibit 5 is a true and correct copy of Defendant Perfetti's SEC Form 4, dated June 10, 2024.

8. Attached as Exhibit 6 is a true and correct copy of Defendant Perfetti's SEC Form 4, dated August 23, 2024.

9. Attached as Exhibit 7 is a true and correct copy of a press release titled "Applied Therapeutics Added to Russell 3000® Index," dated July 1, 2024.

10. Attached as Exhibit 8 is a true and correct copy of a press release titled "Applied Therapeutics Provides Regulatory Update on Govorestat for the Treatment of Classic Galactosemia," dated September 18, 2024.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
May 23, 2025

Respectfully submitted,

MCGUIREWOODS, LLP

By:   /s/ Jeffrey J. Chapman
Jeffrey J. Chapman
Stephen G. Foresta
Louis D. Greenstein
Lauren H. Mann
1251 Avenue of the Americas
20th Floor
New York, New York 10020
Telephone: (212) 548-7060
jchapman@mcguirewoods.com
sforesta@mcguirewoods.com
lgreenstein@mcguirewoods.com
lmann@mcguirewoods.com

*Counsel for Riccardo Perfetti*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced case.

MCGUIREWOODS, LLP

By:     */s/ Jeffrey J. Chapman*
            Jeffrey J. Chapman
            Stephen G. Foresta
            Louis D. Greenstein
            Lauren H. Mann
            1251 Avenue of the Americas
            20th Floor
            New York, New York 10020
            Telephone: (212) 548-7060
            jchapman@mcguirewoods.com
            sforesta@mcguirewoods.com
            lgreenstein@mcguirewoods.com
            lmann@mcguirewoods.com

            *Counsel for Riccardo Perfetti*