# EXHIBIT 7



## Applied Therapeutics Added to Russell 3000® Index

July 1, 2024

NEW YORK, July 01, 2024 (GLOBE NEWSWIRE) -- Applied Therapeutics, Inc. (Nasdaq: APLT), a clinical-stage biopharmaceutical company developing a pipeline of novel drug candidates against validated molecular targets in indications of high unmet medical need, today announced that the Company was added to the Russell 3000® Index, effective after the U.S. market closed on June 28, 2024, as part of the 2024 Russell indexes annual reconstitution.

"The addition of Applied to the Russell 3000® index underscores the progress we have made as a publicly traded company with a core mission of addressing diseases with no treatment options," said Shoshana Shendelman, PhD, Founder and CEO of Applied Therapeutics. "We are at a pivotal time for the company with multiple key value-generating milestones upcoming. We look forward to providing regulatory updates this year for govorestat for the potential treatment of Classic Galactosemia and SORD Deficiency, both progressive rare diseases that represent significant opportunities to address patient needs."

The Russell 3000® Index is a market capitalization-weighted equity index that tracks the performance of the largest 3,000 U.S. stocks. Reconstitution of Russell's U.S. Indexes captures the 4,000 largest U.S. stocks as of the end of April, ranking them by total market capitalization. Membership in the U.S. all-cap Russell 3000® Index, which remains in place for one year, means automatic inclusion in the large-cap Russell 1000® Index or small-cap Russell 2000® Index as well as the appropriate growth and value style indexes. The Russell 3000® also serves as the U.S. component to the Russell Global Index. Membership of the Russell indexes is primarily determined by objective, market-capitalization rankings and style attributes. Russell indexes are widely used by investment managers and institutional investors for index funds and as benchmarks for active investment strategies.

Russell determines membership for its equity indexes primarily by objective, market capitalization rankings and style attributes. Russell indexes are widely used by investment managers and institutional investors for index funds and as benchmarks for both passive and active investment strategies. Over $10 trillion in assets are benchmarked against Russell's U.S. Indexes. Russell indexes are part of FTSE Russell, a leading global index provider.

**About Applied Therapeutics**

Applied Therapeutics is a clinical-stage biopharmaceutical company developing a pipeline of novel drug candidates against validated molecular targets in indications of high unmet medical need. The Company's lead drug candidate, govorestat, is a novel central nervous system penetrant Aldose Reductase Inhibitor (ARI) for the treatment of CNS rare metabolic diseases, including Galactosemia, SORD Deficiency, and PMM2-CDG. The Company is also developing AT-001, a novel potent ARI, for the treatment of Diabetic Cardiomyopathy, or DbCM, a fatal fibrosis of the heart. The preclinical pipeline also includes AT-003, an ARI designed to cross through the back of the eye when dosed orally, for the treatment of Diabetic retinopathy.

To learn more, please visit www.appliedtherapeutics.com and follow the company on Twitter @Applied_Tx.

**Contacts**

**Investors:**
Julie Seidel/Andrew Vulis
646-970-0543
appliedtherapeutics@argotpartners.com

**Media:**
media@appliedtherapeutics.com