UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | No. 24-cv-09715 (DLC) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Applied Therapeutics, Inc., by and through undersigned counsel, states that 10% or more of Applied Therapeutics, Inc.'s stock is held by T. Rowe Price Group Inc., a publicly held company.

Dated: May 23, 2025

Respectfully submitted,

/s/ Michael G. Bongiorno
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Applied Therapeutics, Inc.*