# EXHIBIT E

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Shendelman Shoshana | 2. Issuer Name **and** Ticker or Trading Symbol Applied Therapeutics, Inc. [ APLT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)       (First)       (Middle) C/O APPLIED THERAPEUTICS, INC. 545 FIFTH AVENUE, SUITE 1400 | 3. Date of Earliest Transaction (Month/Day/Year) 08/05/2024 | X Director      10% Owner X Officer (give title below)   Other (specify below) President and CEO |
| (Street) NEW YORK    NY    10017 (City)     (State)    (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person   Form filed by More than One Reporting Person |
| | Rule 10b5-1(c) Transaction Indication ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/05/2024 | | G | | 747,886 | D | $0 | 0 | I | See footnote(1) |
| Common Stock | 08/05/2024 | | G | V | 747,886 | A | $0 | 747,886 | I | See footnote(2) |
| Common Stock | 08/12/2024 | | S | | 300,000 | D | $5.98(3) | 5,167,853 | D | |
| Common Stock | 08/13/2024 | | S | | 357,423 | D | $6.18(4) | 4,810,430 | D | |
| Common Stock | 08/14/2024 | | S | | 119,591 | D | $5.93(5) | 4,690,839 | D | |
| Common Stock | | | | | | | | 1,492,094 | I | See footnote(6) |
| Common Stock | | | | | | | | 290,280 | I | See footnote(7) |
| Common Stock | | | | | | | | 88,397 | I | See footnote(8) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Through a grantor retained annuity trust. Upon termination of the trust, 747,886 shares of the issuer's common stock were distributed to a family trust controlled by the reporting person. The remaining shares were distributed to the reporting person and continue to be reported in this Form 4 as directly owned.

2. Through a family trust controlled by the reporting person.

3. Weighted average price. These shares were sold by the reporting person in multiple transactions at prices ranging from $5.57 to $6.205, inclusive. The reporting person undertakes to provide the issuer, any security holder of the issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth above.

4. Weighted average price. These shares were sold by the reporting person in multiple transactions at prices ranging from $5.82 to $6.39, inclusive. The reporting person undertakes to provide the issuer, any security holder of the issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth above.

5. Weighted average price. These shares were sold by the reporting person in multiple transactions at prices ranging from $5.825 to $6.265, inclusive. The reporting person undertakes to provide the issuer, any security holder of the issuer or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth above.

6. Through a family trust controlled by the reporting person.

7. Through a family trust controlled by the reporting person.

8. Through Clearpoint Strategy Group LLC of which the reporting person is the sole owner.

| /s/ Shoshana Shendelman | 08/14/2024 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**