# KIRKLAND & ELLIS LLP

Rachel M. Fritzler
To Call Writer Directly:
+1 212 390 4020
rachel.fritzler@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

May 23, 2025

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 18B
New York, New York 10007

      Re:    *In re Applied Therapeutics Securities Litigation*, Case No. 1:24-cv-09715-DLC

Dear Judge Cote,

    I represent Defendant Shoshana Shendelman in the above-referenced action. Pursuant to Your Honor's individual rule of practice 4(F), Defendant Shendelman respectfully requests oral argument on her Motion to Dismiss the Consolidated Amended Class Action Complaint.

    Sincerely,

    */s/ Rachel M. Fritzler*
    Rachel M. Fritzler

cc:    All Counsel of Record (via ECF)