```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   24cv9715 (DLC)
IN RE APPLIED THERAPEUTICS SECURITIES    :
LITIGATION                               :   ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 23, 2025, defendant Applied Therapeutics, Inc. filed an Answer to the Complaint, and defendants Shoshana Shendelman and Riccardo Perfetti ("individual defendants") filed motions to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P. It is hereby

ORDERED that the parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **June 13, 2025**. For the sake of clarity, discovery is not stayed with respect to the individual defendants.

IT IS FURTHER ORDERED that a conference to set a schedule for discovery will be held on **June 17, 2025** at **3:30 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the schedule set by the Case Management Order of March 11, 2025, including with respect to the amendment of pleadings and briefing on motions to dismiss, remains in effect.

Dated:   New York, New York
         May 27, 2025

                                    _____
                                             DENISE COTE
                                    United States District Judge