# KIRKLAND & ELLIS LLP

Rachel M. Fritzler
To Call Writer Directly:
+1 212 390 4020
rachel.fritzler@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

May 30, 2025

**VIA CM/ECF**

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *In re Applied Therapeutics Sec. Litig.*, Case No. 1:24-cv-09715-DLC

Dear Judge Cote:

We represent Defendant Shoshana Shendelman ("Defendant") in connection with the above-captioned action. We write pursuant to Rule 1.D. of Your Honor's Individual Practices to request an adjournment of the Discovery Conference currently scheduled for June 17, 2025 at 3:30 p.m.

Counsel for Defendant will be out of the country from June 13 to June 22 and will not be able to attend in person. This is Defendant's first request for an adjournment. Counsel for Defendant has conferred with counsel for Plaintiff and for co-defendants Applied Therapeutics Inc. ("Applied") and Riccardo Perfetti, who do not oppose this request. Counsel for Plaintiff notes that they are also unavailable the following dates through July 31, 2025: June 23-27, June 30, July 15-18, July 21.

The requested adjournment does not affect any other deadlines in this case. We thank the Court for its attention to this matter.

*The conference is rescheduled to June 12 at 3:00 pm.*
*Denise Cote*
*6/4/25*

Respectfully submitted,

*/s/ Rachel M. Fritzler*
Rachel M. Fritzler

Cc:    All counsel of record via CM/ECF