UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv9715 (DLC)
IN RE APPLIED THERAPEUTICS SECURITIES     :
LITIGATION                                :   ORDER
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

On May 23, 2025, defendants Shoshana Shendelman and Riccardo Perfetti filed motions to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P. On June 6, the Lead Plaintiff filed a letter indicating his intent to amend the complaint by June 13. Accordingly, it is hereby

ORDERED that the defendants' May 23, 2025 motions to dismiss are denied as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **June 27, 2025**
- Opposition served by **July 11, 2025**
- Reply served by **July 18, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 9, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge