**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | Case No. 1:24-cv-09715 (DLC) (VF) |
| | **CLASS ACTION** |
| | **ORAL ARGUMENT REQUESTED** |

**DECLARATION OF JEFFREY J. CHAPMAN**

I, Jeffrey J. Chapman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am over 18 years of age, and I am competent to testify as to the matters stated in this Declaration.  I am a member in good standing of the New York state bar, and I have been admitted to practice in this Court.  I am a partner with the law firm McGuireWoods LLP, and I am counsel for Defendant Dr. Riccardo Perfetti, M.D., Ph.D. in the above-captioned action.

2.    I respectfully submit this Declaration in support of Defendant Perfetti's Motion to Dismiss the Second Consolidated Amended Class Action Complaint, filed June 27, 2025 (the "SAC").  (ECF No. 99).  I have personal knowledge of the facts set forth herein.

3.    Attached as Exhibit 1 is a true and correct copy of a March 11, 2024 Investor Presentation incorporated by reference in the Company's Form 8-K (the "Investor Presentation").

4.    Attached as Exhibit 2 is a true and correct copy of the RBC Capital Markets analyst report for Applied Therapeutics, Inc., dated August 7, 2024 (the "RBC Report").

1

5. Attached as Exhibit 3 is a true and correct copy of the slides used by panelists at the Annual Symposium of the Society for the Study of Inborn Errors of Metabolism titled "Development of Govorestat (AT-007), the First Potential Treatment for Patients with Classic Galactosemia", dated September 4, 2024 (the "SSIEM Slides").

6. Attached as Exhibit 4 is a true and correct copy of an article published in *The Journal of Clinical Pharmacology* titled "Results of the ACTION-Galactosemia Kids Study to Evaluate the Effects of Govorestat in Pediatric Patients with Classic Galactosemia," dated November 6, 2024 (the "November 2024 Article").

7. Attached as Exhibit 5 is a true and correct copy of the Company's 2023 Form 10-K, dated March 6, 2024.

8. Attached as Exhibit 6 is a true and correct copy of the Company's Annual Report to Stockholders, dated April 22, 2024.

9. Attached as Exhibit 7 is a true and correct copy of Defendant Perfetti's SEC Form 4, dated March 18, 2024.

10. Attached as Exhibit 8 is a true and correct copy of Defendant Perfetti's SEC Form 4, dated June 10, 2024.

11. Attached as Exhibit 9 is a true and correct copy of Defendant Perfetti's SEC Form 4, dated August 23, 2024.

12. Attached as Exhibit 10 is a true and correct copy of a press release titled "Applied Therapeutics Added to Russell 3000® Index," dated July 1, 2024.

13. Attached as Exhibit 11 is a true and correct copy of a press release titled "Applied Therapeutics Provides Regulatory Update on Govorestat for the Treatment of Classic Galactosemia," dated September 18, 2024.

14. Attached as Exhibit 12 is a true and correct copy of a letter from the U.S. Food & Drug Administration to Defendant Perfetti, re: "Submission of Clinical Trial Results Information Pursuant to 42 U.S.C. 282(j) FDA Reference Number: CDER-2023-125, NCT04117711, dated July 25, 2023.

15. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
June 27, 2025

Respectfully submitted,

MCGUIREWOODS, LLP

By:    /s/ Jeffrey J. Chapman
       Jeffrey J. Chapman
       1251 Avenue of the Americas
       20th Floor
       New York, New York 10020
       Telephone: (212) 548-7060
       jchapman@mcguirewoods.com

       Counsel for Riccardo Perfetti

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th of June, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced case.

MCGUIREWOODS, LLP

By:    */s/ Jeffrey J. Chapman*
Jeffrey J. Chapman
1251 Avenue of the Americas
20th Floor
New York, New York 10020
Telephone: (212) 548-7060
jchapman@mcguirewoods.com

*Counsel for Riccardo Perfetti*