# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **March 11, 2024**

# APPLIED THERAPEUTICS, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **001-38898** | **81-3405262** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **545 Fifth Avenue, Suite 1400** | |
|---|---|
| **New York, NY 10017** | **10017** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code:  **(212) 220-9226**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock | APLT | The Nasdaq Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    ☒

**Item 7.01 Regulation FD Disclosure.**

On March 11, 2024, Applied Therapeutics, Inc. (the "Company") released a presentation that contains company information to be used by members of management from time to time in a series of meetings with analysts, investors and other third parties. The presentation is attached to this Current Report on Form 8-K as Exhibit 99.1 and is incorporated herein by reference.

In addition, on March 11, 2024, the Company released a presentation that contains interim 12-month results from its ongoing Phase 3 INSPIRE trial, a registrational study evaluating the effect of AT-007 in patients with SORD Deficiency. The presentation is attached to this Current Report on Form 8-K as Exhibit 99.2 and is incorporated by herein by reference.

The information included in this Current Report on Form 8-K, including Exhibits 99.1 and 99.2 incorporated by reference herein, shall not be deemed "filed" for purposes of Section 18 of the Securities and Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, or incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits:

The following exhibits are attached with this current report on Form 8-K:

| Exhibit No. | Description |
| --- | --- |
| 99.1 | March 2024 Corporate Overview Presentation |
| 99.2 | March 2024 SORD Presentation |
| 104 | Cover Page Interactive Data File - the cover page iXBRL tags are embedded within the inline XBRL document. |

2

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**APPLIED THERAPEUTICS, INC.**

Dated: March 11, 2024

By:     /s/ Shoshana Shendelman
Name:   Shoshana Shendelman.
Title:   President and Chief Executive Officer

3

Exhibit 99.1



# Applied Therapeutics

March 2024



# Forward Looking Statements

Various statements in this presentation concerning the Company's future expectations, plans and prospects constitute forward-looking statements. The use of words such as "may," "might," "will," "should," "expect," "plan," "anticipate," "believe," "estimate," "project," "intend," "future," "potential," or "continue," the negative of these and other similar expressions are intended to identify such forward looking statements. Such statements, based as they are on the current analysis and expectations of management, inherently involve numerous risks and uncertainties, known and unknown, many of which are beyond the Company's control. Such risks include, but are not limited to: the impact of general economic conditions, general conditions in the biopharmaceutical industries, changes in the global and regional regulatory environments in the jurisdictions in which the Company does or plans to do business, market volatility, fluctuations in costs and changes to the competitive environment, the Company's ability to fund its working capital requirements and expectations regarding the sufficiency of our capital resources and the Company's ability to achieve the anticipated benefits from the agreements entered into in connection with our partnership with Advanz Pharma. Consequently, actual future results may differ materially from the anticipated results expressed in the forward-looking statements. In the case of forward-looking statements regarding investigational product candidates and continuing further development efforts, specific risks which could cause actual results to differ materially from the Company's current analysis and expectations include: failure to demonstrate the safety, tolerability and efficacy of our product candidates; final and quality controlled verification of data and the related analyses; the expense and uncertainty of obtaining regulatory approval, including from the U.S. Food and Drug Administration and European Medicines Agency; the possibility of having to conduct additional clinical trials and our reliance on third parties such as our licensors and collaboration partners regarding our suite of technologies and product candidates; the Company's ability to take advantage of expedited regulatory pathways for any of our product candidates; the Company's intellectual property position and the duration of its patent rights; developments or disputes concerning the Company's intellectual property or other proprietary rights. Further, even if regulatory approval is obtained, biopharmaceutical products are generally subject to stringent on-going governmental regulation, challenges in gaining market acceptance and competition.

These risks and uncertainties are described more fully under the caption "Risk Factors" in the Company's filings with the Securities and Exchange Commission. Other risks and uncertainties of which the Company is not currently aware may also affect Company's forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and the Company is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.



# Applying Science to Transform Lives

Our mission is to create transformative, life-changing treatments for patients who desperately need them

### SCIENCE



Targeting pathways with known roles in pathogenesis

Novel compounds with improved potency/selectivity

### DEVELOPMENT



Clinical efficacy confirmed via biomarkers

Pursuing expedited regulatory pathways

### MARKET



Fatal or debilitating diseases with no approved therapies

Limited / no competition


APPLIED THERAPEUTICS

3

# Innovative Pipeline with Near-Term Milestones



| Compound | Preclinical | Phase 1 | Phase 2 | Phase 3 | Dosing | Target Tissue | Status | Rights |
|---|---|---|---|---|---|---|---|---|
| ALDOSE REDUCTASE FRANCHISE | | | | | | | | |
| AT-007 (govorestat) | Galactosemia — ACTION | | | | QD Oral | CNS | Pediatric Ph 3 outcomes trial completed; MAA validated Q4 2023 & NDA accepted Q1 2024; PDUFA date Aug 2024 | ROW ADVANZ PHARMA EU |
| | SORD Deficiency — INSPIRE | | | | QD Oral | CNS | Positive pilot study data; Phase 3 12-month interim data positive; 24 months ongoing | ROW ADVANZ PHARMA EU |
| | PMM2-CDG | | | | QD Oral | CNS | Phase 2 ready; Expanded Access open | WW |
| AT-001 | Diabetic Cardiomyopathy — ARISE-HF | | | | BID Oral | Systemic | Ph 3 trial topline data reported | WW |
| | Diabetic Peripheral Neuropathy | | | | BID Oral | Peripheral Nerve | Sub-study embedded in DbCM Ph 3 trial | WW |
| AT-003 | Diabetic Retinopathy | | | | Oral | Retina | Phase 1 ready | WW |



# Aldose Reductase: An Enzyme Implicated in Multiple Metabolic Diseases



First and rate limiting enzyme in the polyol pathway – an alternative metabolic pathway activated under stress

Converts sugar to reduced sugar alcohols, which are toxic

Leads to cell death through osmotic dysregulation, reactive oxygen species formation, and energy deficiencies

Prior attempts to inhibit Aldose Reductase were hindered by lack of selectivity and off-target tox issues

Applied Therapeutics' compounds are 1,000X more potent than "old" Aldose Reductase Inhibitors and highly selective; no off-target inhibition of aldehyde reductase

5





# Govorestat (AT-007)
# GALACTOSEMIA

- Orphan Drug Designation
- Pediatric Rare Disease Designation (PRV)
- Fast-Track Designation

Positive adult & pediatric biomarker data

Pediatric Ph 3 clinical outcomes study completed

Regulatory submissions under review (MAA validated; NDA accepted)



# Galactosemia is a Rare Metabolic Disease With No Approved Therapies and Significant Unmet Need

### Disease Overview

- Rare autosomal recessive metabolic disease caused by deficiencies in the GALT or GALK enzymes
- Patients are unable to metabolize the simple sugar galactose, which is found in foods but also synthesized endogenously by the body
- Results in long-term CNS complications including behavior and motor skills deficiencies, cognitive issues; tremor, speech problems; ovarian insufficiency in females
- Progressively worsens with age

### Standard of Care/ Diagnosis

- No approved therapies to treat Galactosemia
- Mandatory newborn screening in US and most EU countries
- Galactose-restricted diet implemented immediately after birth and adhered to for life
- Dietary restriction prevents newborn fatalities but does not prevent long-term CNS complications due to endogenous galactose production by the body
- Patients are primarily seen by metabolic geneticists

### Mechanism of Disease

- People with Galactosemia are unable to metabolize galactose, which accumulates in cells and tissues
- At abnormally high levels, galactose becomes a substrate for Aldose Reductase, which converts galactose to a toxic and aberrant metabolite, galactitol
- Galactitol is highly toxic (especially to neurons) and causes redox derangement, cell death
- Plasma galactitol level correlates with severity of disease

### Market Size/ Opportunity

- Known prevalent and addressable population (~3K US, ~7K WW)
- Small commercial footprint focused on KOLs at Centers of Excellence
- Strong patient community engagement
- Payer feedback supports access/pricing
- Composition of matter IP through 2037 (not including extensions)

 APPLIED THERAPEUTICS

Data on file: Symphony Claims Data, Feb. 2017-Jan. 2021. Phytila et al. *JIMD Rep.* 2015; 15: 79–93. Burgard et al. *Report on the practices of newborn screening for rare disorders.* 2011. Swaiman et al. *Pediatric Neurology.* 2018.

# Govorestat Has Demonstrated Effectiveness *in vitro*, *in vivo*, and in Clinical Trials



**Pediatric Phase 3**

- Phase 3 clinical outcomes demonstrate clinically meaningful benefit on activities of daily living, behavioral symptoms, cognition, fine motor skills and tremor
- Change in clinical outcomes correlated with galactitol level

**Pediatric Phase 1-2**

- Galactitol level at baseline correlated with severity of disease (p=0.004); strong mechanistic support
- Safe and well tolerated
- 40% reduction in galactitol (p<0.001) vs. placebo

**Adult Phase 1/2**

- Safe and well tolerated in healthy volunteers
- Decreased plasma galactitol levels in adults with Galactosemia 46% (p<0.01) vs. placebo

**Animal Model**

- Prevents CNS complications (learning/ cognition) and cataracts in a rat model of Classic Galactosemia
- Decreases toxic galactitol formation without compensatory increase in galactose or Gal-1p

*in vitro*

- Aldose Reductase inhibition: 1,000X greater potency
- Selectivity: no off-target aldehyde reductase inhibition





# Deficiency in GALT or GALK Leads to Inability to Metabolize Galactose; AR Converts Excess Galactose to Toxic Galactitol



**NORMAL METABOLISM**

galactose

**ALDOSE REDUCTASE**

GALK Deficiency

Gal-1p

Classic Galactosemia

Glucose-1-P

Energy Production

**GALACTOSEMIA**

galactitol    galactitol

galactitol

no natural enzyme to metabolize galactitol

toxic accumulation of galactitol

- **CNS Complications:**
  - Cognition/ Learning/ IQ/ Memory
  - Behavior/ Psychiatric
  - Motor Skills (Tremor, Ataxia)
  - Seizures
  - Speech Deficiencies

- **Other Complications:**
  - Ovarian Insufficiency
  - Cataracts

APPLIED THERAPEUTICS     AR = Aldose Reductase

9

# Natural History: Galactosemia is a Progressive Disease that Worsens with Age; Disease Severity Correlates with Plasma Galactitol Level

**Natural history of disease demonstrates progressive worsening with age**



**Baseline galactitol level correlates with severity of clinical functional outcomes**





*Overall severity based on composite score comprised of 4 CNS quadrants

> **No correlation observed between Gal-1p and disease severity**

APPLIED THERAPEUTICS  Abstract eP011: Progressive Worsening of Central Nervous System Phenotype in Children with Classic Galactosemia: a Cross-Sectional Analysis; ACMG 2021 conference; Perfetti R et al. Galactitol Level is a Predictor of Disease Severity in Children with Classic Galactosemia on Galactose Restricted Diet. Poster presented at: International Congress Inborn Errors of Metabolism Annual Meeting; November 21-23, 2021; Sydney, Australia.    10

# Govorestat (AT-007) is a Selective, CNS Penetrant Aldose Reductase Inhibitor
## Blocks production of the toxic metabolite galactitol



| Population | Dose |
|---|---|
| Adults | 20mg/kg |
| Children >40kg | 15mg/kg |
| Children 20-40kg | 20mg/kg |
| Children <20kg | 30mg/kg |

- Govorestat is provided as a 200mg/ml oral suspension (for once-daily dosing)
- Dosed by weight to achieve uniform exposure in both pediatric patients and adults

 APPLIED THERAPEUTICS    Phytila et al. *JIMD Rep.* 2015; 15: 79–93.;    Burgard et al. *Report on the practices of newborn screening for rare disorders.* 2011; Swaiman et al. *Pediatric Neurology.* 2018.    11

# Govorestat Significantly Reduced Galactitol Levels in the Galactosemia Adult Phase 1/2 Study (ACTION-Galactosemia); Safe and Well-Tolerated







**Adult Phase 1/2 Study Design**

**Galactitol Reduction vs. Baseline (Individual Patient Values)**

**Safety**

- Favorable safety and tolerability in core study and 3-month extension

**Pharmacokinetics/ Pharmacodynamics**

- 20mg/kg dose selected as optimal dose
- PK supports once-daily dosing
- Rapid, sustained and significant reduction in plasma galactitol
- Galactitol reduction in the brain demonstrated by MR Spectroscopy
- No compensatory increase in galactose or Gal-1p



**Maximum Galactitol Reduction vs. Baseline**

p<0.01 (20 mg/kg and 40 mg/kg vs. placebo)

APPLIED THERAPEUTICS

12

# ACTION-Galactosemia Kids Pediatric Registrational Clinical Study Design (47 Children Age 2-17)



## Govorestat Treatment Reduced Plasma Galactitol Levels by 40% (p<0.001 vs. placebo); Improvement in Galactitol Biomarker Provided Clinical Benefit Across Activities of Daily Living, Behavior, Cognition, Adaptive Skills and Tremor



| Weight Group | AT-007 Dose (QD) | % Reduction From Baseline |
|---|---|---|
| >40kg | 15mg/kg | 38.29% |
| 20-40kg | 20mg/kg | 41.43% |
| <20kg | 30mg/kg | 39.83% |
| All groups | 15-30mg/kg | 40.19% (p<0.001) |

- Significant improvement in galactitol biomarker vs. placebo
- Sustained over time through 18 months of treatment
- No compensatory increase in galactose or Gal-1p

*Several components of the BASC test (prespecified secondary endpoints) demonstrated statistically significant benefit of govorestat treatment vs. placebo at 18 months, including adaptive skills (p=0.0265); adaptability (p=0.0109); withdrawal (p=0.0064), social skills (p=0.0285); ADHD index (p=0.0420); functional impairment (p=0.0085). Tremor (another prespecified secondary endpoint) was also statistically significant at 18 months (p=0.0428).

Speech endpoints were not impacted by govorestat treatment, which is suspected to be due to lack of progression in the placebo group and concomitant speech therapy received by almost all children in the trial. Of note, patients with severe speech deficits showed a favorable trend towards improvement with AT-007 vs. placebo. Tremor is measured on a different scale vs. other tests, and is referenced by the right-hand y axis.


APPLIED THERAPEUTICS

# Govorostat Case 1:24-cv-09715-DLC Document 102-1 Filed 06/27/25 Page 19 of 58, Fine Motor Skills & Tremor

Clinical outcomes declined in the placebo group, while govorostat treated patients stabilized or improved over 18 months



APPLIED THERAPEUTICS

# Caregiver Exit Interviews Support the Clinical Meaningfulness of Govorestat Treatment











Caregivers noted an improvement or stabilization of disease on all categories of symptoms in the govorestat treated group vs. placebo.*

 APPLIED THERAPEUTICS

*Exit interviews were performed prior to study unblinding to prevent bias

16

# Galactitol Reduction Correlated with Clinical Outcomes Benefit

Galactitol level at 3 months statistically correlated with change in clinical outcomes at 18 months



APPLIED THERAPEUTICS    CFB= Change From Baseline; correlation plots include data  for all subjects who completed the same BASC test at baseline and 18 months (e.g. preschool, child, adolescent)    17

## Safety Summary

- Govorestat was safe and well-tolerated with no serious adverse events

- All adverse events were mild to moderate

- Adverse events & lab values were balanced between govorestat and placebo groups

| | Placebo (N=16) Number (%) of Subjects | Govorestat (N=31) Number (%) of Subjects |
|---|---|---|
| Subjects reporting at least one TEAE | 16 (100%) | 30 (96.8%) |
| Gastrointestinal disorders | 11 (68.8%) | 23 (74.2%) |
| Hepatic enzyme increased | 2 (12.5%) | 8 (25.8%) |
| Urine albumin/creatinine ratio increased | 7 (43.8%) | 5 (16.1%) |
| Urine protein/creatinine ratio increased | 3 (18.8%) | 2 (6.5%) |
| Renal & urinary disorders | 1 (6.3%) | 3 (9.7%) |
| Infections and infestations | 10 (62.5%) | 18 (58.1%) |

TEAE= treatment emergent adverse event; Refers to patients having reported at least 1 term in AE category;  AE, adverse event

 APPLIED THERAPEUTICS

## Strong Demand for Galactosemia Education and Treatment from Caregivers and HCPs



GALACTOSEMIA TOGETHER



**Engaging the Galactosemia Community through Social**



**Support and Education at Galactosemia.com**

 

**Sharing the Galactosemia Story via 2D & 3D MOD Videos**

| 537 Facebook followers | // | 35,000+ post views | 100,000+ website visitors | // | 80,000+ high valued engagements | 48,000+ complete video views |

— Awards —

W3 AWARDS    WEBAWARDS 2021    PM360    Website for Consumer    DTC NATIONAL

APPLIED THERAPEUTICS

19



# Govorestat (AT-007)
# SORD DEFICIENCY

- Orphan Drug Designation

Preclinical proof of concept demonstrated

Positive pilot study completed

Registrational Phase 3 study positive interim 12-month data

# SORD Deficiency is a Rare Neurological Disease with No Approved Therapies and High Unmet Need

### Disease Overview

- Sorbitol Dehydrogenase Deficiency (SORD Deficiency) is a progressive, debilitating hereditary neuropathy that affects peripheral nerves and motor neurons, resulting in significant disability, loss of sensory function and decreased mobility
- Autosomal recessive genetic disease, caused by mutations in the SORD gene resulting in loss of SORD enzyme function
- Average age of onset is 17 years old

### Standard of Care/ Diagnosis

- No approved therapies to treat SORD Deficiency
- Genetic testing commercially available (GeneDx)
- Prior to 2020, patients were diagnosed symptomatically as CMT2 or dHMN; new screening efforts are quickly re-categorizing CMT2/dHMN patients with SORD
- Primarily treated by neurologists/ neuromuscular specialists at Inherited Neuropathy Consortium (INC) Centers of Excellence

### Mechanism of Disease

- Patients with SORD Deficiency are unable to metabolize sorbitol
- Aldose Reductase converts glucose to sorbitol, which then accumulates at up to 100X normal levels in patients with SORD Deficiency
- Sorbitol is toxic to cells (especially neurons), resulting in osmotic stress, redox derangement and energetic destabilization

### Market Size/ Opportunity

- ~3,300 individuals in the US with SORD Deficiency; 7,000 US+EU combined
- Small commercial footprint focused on KOLs at COEs
- Strong patient community engagement
- Payer feedback supports access/pricing
- Composition of matter IP through 2037; IP covering ARI treatment of SORD Deficiency through 2040

 APPLIED THERAPEUTICS

CMT2 = Charcot-Marie-Tooth Type 2; dHMN = distal Hereditary Motor Neuropathy; COE = Centers of Excellence; ARI = Aldose Reductase Inhibitor

# Govorestat Has Demonstrated Effectiveness *in vitro*, *in vivo*, and in a SORD Pilot Study; Phase 3 12-Month Interim Data Positive



**Phase 3**
- Phase 3 registrational study ongoing
- Biomarker data at 3 months demonstrated 52% reduction in sorbitol (~16,000ng/ml) p<0.001 vs. placebo
- Positive 12-month interim data: correlation of sorbitol with clinical outcomes & improvement on CMT-HI

**Pilot Study**
- 66% reduction in sorbitol vs. baseline in 8 patients with SORD Deficiency (open label)
- Favorable safety and tolerability

**Phase 1 Healthy Volunteer**
- Safe and well tolerated in healthy volunteers

**Animal Model**
- Prevents oxidative stress, neuronal degeneration and mobility phenotype in drosophila SORD model

**Cell Data**
- Reduces sorbitol levels in cultured fibroblasts and motor neurons from SORD Deficiency patients

**in vitro**
- Aldose Reductase inhibition: 1,000X greater potency
- Selectivity: no off-target aldehyde reductase inhibition

# Aldose Reductase Inhibition Addresses the Underlying Cause of SORD Neuropathy by Preventing Conversion of Glucose to Sorbitol



- People with SORD Deficiency are missing the SORD enzyme, which follows Aldose Reductase in the polyol pathway
  - As a result, people with SORD Deficiency are unable to metabolize sorbitol
  - Sorbitol accumulates in blood, cells and tissues at very high levels
  - High toxic sorbitol levels result in cell death and tissue degeneration, leading to neuropathy



# Govorestat Treatment Reduces Sorbitol Levels in SORD Patient Cells; Prevents CNS Phenotype in a Drosophila SORD Deficiency Model

### Sorbitol Reduction in Patient Fibroblasts with Govorestat (AT-007) Treatment



p<0.001

### Govorestat (AT-007) Prevents the SORD Disease Phenotype in Drosophila





SORD mutant flies treated with vehicle (DMSO) or 20ug/ml AT-007 in food for 40 days after eclosion (DAE)  AT-007 treatment prevented neuronal degeneration, as visualized by the presence vacuolar structures



- Sorbitol accumulation causes mitochondrial dysfunction and reactive oxygen species formation, resulting in axonal neuropathy

- Treatment with govorestat (AT-007) reduces sorbitol and prevents downstream neuronal damage

- Govorestat treatment normalizes lower limb function in drosophila



Fly geotactic activity was recorded using an automated monitoring system. yw flies (control) treated with DMSO and SORD deficient flies treated with DMSO or 10 µg/ml AT-007 at 10 DAE. Data are presented as mean ± SE, **p < 0.01 from trial-by-trial comparisons.



Oral presentation Peripheral Nerve Society Annual meeting 2021:  Pre-Clinical Treatment Studies of SORD Neuropathy with Novel Aldose Reductase Inhibitor (Rebelo et al); Yi Zhu, Amanda G. Lobato*, Adriana P. Rebelo, Tijana Canic, Sheyum Syed, Christopher Yanick, Mario Saporta, Michael Shy, Riccardo Perfetti, Shoshana Shendelman, Stephan Züchner, R. Grace Zhai, Aldose reductase inhibitor AT-007 prevents neurodegeneration and mitochondrial dysfunction in sorbitol dehydrogenase deficiency-induced neuropathy, 2022, manuscript under review; also presented at PNS 2022

24

# AT-007 Significantly Reduced Sorbitol in Patients with SORD Deficiency in 30-Day Open-Label Pilot Trial

Pilot open-label study data in 8 SORD patients demonstrated **66%** mean reduction in sorbitol (range 54%-75%)



**Sorbitol Level Baseline vs. Govorestat Treatment**

Baseline

Govorestat 20mg/kg once-daily

Mean baseline sorbitol level was ~38,000ng/ml

## Safety

- Govorestat safe and well tolerated; no SAEs

## Pharmacokinetics/ Pharmacodynamics

- Rapid and sustained reduction in sorbitol
- No compensatory increase in glucose level

## Sorbitol Correlation with Severity

- Baseline sorbitol correlated with disease severity

- Higher sorbitol level was associated with greater disability, need for leg braces, and upper limb involvement (tremor/ weakness)

APPLIED THERAPEUTICS

25

# SORD Neuropathy Phase 3 Registrational Study (INSPIRE)

Double-Blind, Randomized, Placebo-Controlled Multi-Center Study in ~50 SORD Patients ≥16 years old



| Baseline Clinical Outcomes & Sorbitol; Randomization to Active or Placebo (2:1) | Primary Biomarker Efficacy: Reduction in sorbitol vs. baseline at 3 months. Exploratory Biomarker: NFL reduction at 3 months | CMT-FOM lower limb domain (10m walk/run) CMT-HI (patient reported outcome) Muscle MRI | Placebo cross to active once treatment effect on outcomes is demonstrated |

Placebo

**3 Month** Biomarker Readout

**12 Month** Interim Assessment

**24 Month** Clinical Outcomes (expected Q1 2025)

Cross-sectional analysis of the first cohort in the INSPIRE trial confirms that sorbitol level statistically correlates with clinical outcomes

**CMT-FOM Domains and Tests**

| Domain | Test item |
|---|---|
| Strength | Handgrip,[a] n<br>Foot plantar flexion,[a] n<br>Foot dorsiflexion,[a] n |
| Upper limb function | Functional dexterity test,[o] s<br>9-hole peg test,[a] s |
| Lower limb function | 10-m walk/run, s<br>Stair climb, s<br>Sit to Stand, 30 s |
| Balance | Stance with eyes open,[a] s<br>Stance with eyes closed,[a] s<br>Single leg stance,[a] s |
| Mobility | Timed up and go, s<br>6-min walk test,[a] m |

| outcome | variable | constant | p value |
|---|---|---|---|
| 10MWR | sorbitol | age | $p<0.05$ |
| 4-stair-climb | sorbitol | age | $p<0.05$ |
| sit-to-stand | sorbitol | age | $p<0.05$ |

- Statistically significant correlation of sorbitol with lower limb clinical outcome measures
- Confirms sorbitol as a key driver of disease severity and disease progression over time
- Supports lower limb metrics evaluated in INSPIRE Phase 3 trial

**APPLIED THERAPEUTICS**

CMT = Charcot-Marie-Tooth, FOM = Functional Outcomes Measure, HI = Health Index, MRI = Magnetic Resonance Imaging, 10MWR = 10-Meter Walk/Run

26

# Govorestat Significantly Reduced Sorbitol Levels in the Ph 3 INSPIRE Trial
## 3 Month Sorbitol Reduction Interim Analysis



**Safety**

- Govorestat safe and well tolerated

**Clinical Impact of Sorbitol Reduction**

- Sorbitol reduction expected to impact clinical outcomes, including primary clinical outcome measure 10m walk/run test

- **NFL:** Neurofilament Light Chain (NFL) decreased in the govorestat treated group but increased in the placebo group (p=0.027)*

*percent change from baseline ANCOVA analysis

 APPLIED THERAPEUTICS

27

# INSPIRE Trial 12 Month Interim Data Overview

**Co-primary endpoints at 12 month analysis:**
- **Primary clinical efficacy endpoint**: Statistically significant correlation between sorbitol levels and change in clinical outcomes at 12 months of treatment on combined measures of the CMT Functional Outcome Measures (CMT-FOM) lower limb domain (10 meter walk-run test, 4 stair climb, and sit to stand test), 6-minute walk test and dorsiflexion  (p=0.05)
- **Primary pharmacodynamic/ biomarker endpoint**: Sustained reduction in sorbitol level in patients treated with govorestat at 12 months, which was statistically significant compared to placebo (p<0.001).

**Secondary Endpoints**

- Highly statistically significant effect (p=0.01) impact of govorestat on the CMT Health Index (CMT-HI), an important patient-reported outcome measure of disease severity and well-being; aspects of the CMT-HI that demonstrated a treatment effect included lower limb function, mobility, fatigue, pain, sensory function, and upper limb function.

- Trends (not statistically significant) on CMT-FOM measures linked to walking ability, such as 10MWR, dorsiflexion and 6 minute walk test
    - No substantial effect on stair climb or sit-to-stand test

**Safety**

- Govorestat was safe and well tolerated, with similar incidence of adverse events between active and placebo-treated groups

> Study will continue in blinded format to 24 months



## Govorestat Treated Patients Demonstrated a Statistically Significant Improvement in CMT-Health Index (CMT-HI) Scores at 12 Months (p=0.01 vs. placebo)



Lower score (negative change from baseline) represents improvement in disease symptoms; measures with "8" were statistically significant vs. placebo with p<0.05



APPLIED THERAPEUTICS

29

## Govorestat Treated Patients Demonstrated Trend Towards Improvement in 10MWR, Dorsiflexion and 6 Minute Walk at 12 Months



For foot Dorsiflexion, the estimate and the CI were divided by 10 in order to present within the x−axis range (actual values are 10X the values on the slide); For 6-minute walk, the estimate and the CI were divided by 50 in order to present within the x−axis range (actual values are 50X the values on the slide). For 10 Meter Walk/Run and 4 Stair Climb, the 'change from baseline' value has been reversed (multiplied by -1) in order to maintain consistency of direction of interpretation in the forest plot

APPLIED THERAPEUTICS

30

# Patient Disposition & Safety

Govorestat safe and well-tolerated; adverse events balanced between govorestat and placebo groups

|  | Placebo N=18 n (%) | Govorestat N=38 n (%) | Combined N=56 n (%) |
|---|---|---|---|
| Randomized | 18 (100.0%) | 38 (100.0%) | 56 ( 100.0%) |
| Ongoing | 17 ( 94.4%) | 34 ( 89.5%) | 51 ( 91.1%) |
| Discontinued | 1 (5.6%) | 4 (10.5%) | 5 (8.9%) |
| Reason for Discontinuation: Adverse Event | 0 ( 0.0%) | 3 (7.9%) | 3 (5.4%) |
| Reason for Discontinuation: Withdrawal By Subject | 1 (5.6%) | 1 ( 2.6%) | 2 ( 3.6%) |

|  | Placebo (N=18) n (%) | Govorestat (N=38) n (%) | Overall (N=56) n (%) |
|---|---|---|---|
| Treatment Emergent Adverse Events (number of patients reporting any adverse event during the study)[1] | 15 (83.3%) | 34 (89.5%) | 49 (87.5%) |
| Mild | 12 (66.7%) | 33 (86.8%) | 45 (80.4%) |
| Moderate | 5 (27.8%) | 8 ( 21.1%) | 13 (23.2%) |
| Severe | 0 (0.0%) | 1 (2.6%)[2] | 1 (1.8%)[2] |
| Serious Adverse Events | 0 (0.0%) | 1 (2.6%)[3] | 1 (1.8%)[3] |
| Deaths | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |

APPLIED THERAPEUTICS    1.some patients reported more than one adverse event, so the sum of mild, moderate and severe is larger than the number of patients reporting an adverse event; 2. the severe adverse event was a recurrence of a pre-existing condition; 3. the serious adverse event was a motorcycle accident.    31

# Inherited Neuropathy Consortium Centers of Excellence and Global CMT Registries Exist to Support Diagnosis and Treatment



Centers participating in INSPIRE Phase 2/3 trial

APPLIED THERAPEUTICS

www.rarediseasesnetwork.org/cms/inc/centers#CSMC.

32

## Aldose Reductase Inhibition Improves PMM2 Activity
## Govorestart Granted Orphan & Pediatric Rare Disease Designation for PMM2-CDG; Single-Patient IND Open – Phase 2 Ready

**PMM2-CDG[†]**, is an ultra-rare mutation of the PMM2 gene (phosphomannomutase) which **results in loss of PMM2 protein function and systemic deficient glycosylation of proteins, disrupting the function of critical tissues and organs**

Sorbitol is a biomarker of PMM2-CDG severity





- AR inhibition blocks the polyol pathway, restoring glucose flow through normal metabolic pathways
  - Promotes proper balance of precursor sugars necessary for protein glycosylation
  - Results in increased PMM2 activity and protein glycosylation

*High unmet need with no approved therapies; ~1K cases WW, 20% infant mortality*

 Program has received Orphan Designation and Pediatric Rare Disease Designation from FDA

33



AT-001

# DIABETIC CARDIOMYOPATHY

Phase 1/2 pilot study completed
Phase 3 study completed

Case 1:24-cv-09715-DLC    Document 102-1    Filed 06/27/25    Page 38 of 58

AT-001

DIABETIC
CARDIOMYOPATHY

Phase 1/2 pilot study completed
Phase 3 study completed

# Diabetic Cardiomyopathy (DbCM) is a Form of Heart Failure Affecting ~20% of Diabetics; Significant Unmet Need with No Approved Treatments

### Disease Overview

- Form of Heart Failure (Stage B) causing structural cardiac damage and resulting in decreased cardiac functional capacity
- Affects ~20% of diabetics
- Diagnosed by echocardiogram or elevated cardiac biomarkers (NTproBNP or troponin)

### Standard of Care

- No approved therapies to treat DbCM or prevent progression to overt heart failure/ death
- Once DbCM patients have developed overt HF, they are eligible for standard HF therapies in addition to standard diabetes treatments

### Mechanism of Disease

- Hyperactivation of the polyol pathway is a key underlying mechanism in DbCM
- Aldose Reductase activation causes intracellular sorbitol accumulation, osmotic stress, cell death, generation of ROS and impaired cardiac energetics
- Previous AR inhibitors demonstrated clinical efficacy, but were associated with off-target safety signals due to lack of selectivity

### Market Size/ Opportunity

- Blockbuster potential
- Addressable population of ~6M patients US, 5M in EU5
- Anticipated pricing in line with Entresto & SGLT2s
- Composition of matter IP through 2031 (not including extensions)

APPLIED THERAPEUTICS    Brownlee M. Diabetes Care. 2005;54(6):1615-1625; Miki T, et al. Heart Fail Rev. 2013;18(2):149-166.

# Diabetic Cardiomyopathy: Mechanism of Disease



Both Type 1 and Type 2 diabetes results in hyperglycemia; the polyol pathway is then hyperactivated to rid the body of the excess glucose

Aldose Reductase, the first and rate limiting enzyme in the polyol pathway, converts this glucose into sorbitol and eventually fructose

Excess sorbitol and fructose cause several downstream processes that result in cell death, including osmotic dysregulation and ROS formation

AR activation also detracts glucose from the energy efficient hexokinase/glycolytic pathway, resulting in less energy production for cardiomyocytes

This results in heart fibrosis, a "hardening" of the heart muscle, which means it cannot effectively pump blood to the rest of the body



## AT-001 Has Demonstrated Effectiveness *in vitro*, *in vivo*, and in Phase 1/2 Clinical Trials; Phase 3 Completed



**Phase 3 Study**
- ARISE-HF Phase 3 study topline data available
- Strong trend on primary endpoint; statistically significant in subgroup of patients not on SGLT2 or GLP1

**Phase 1/2**
- Normalizes sorbitol (PD biomarker) to healthy volunteer levels in patients with T2DM
- Reduces levels of cardiac stress biomarker (NT-proBNP)
- Safe/ well tolerated

**Animal Model**
- Improves cardiac energetics and prevents cardiac functional abnormalities in a DbCM mouse model

**Cell Culture**
- Prevents ROS formation, mitochondrial dysfunction and senescence in cells in culture

**in vitro**
- Aldose Reductase inhibition: 1,000X greater potency
- Selectivity: no off-target aldehyde reductase inhibition

APPLIED THERAPEUTICS

37

# In Vitro: AT-001 Provides Greater Potency and Improved Target Selectivity vs. "Old" Aldose Reductase Inhibitors

Applied Therapeutics' **AT-001** was developed to selectively inhibit Aldose Reductase with 1,000X greater potency and *without* off-target inhibition of Aldehyde Reductase[2]



| Compound | $IC_{50}$ | MTD in animals | Systemic/ Heart | Nerve | Retina | CNS |
|---|---|---|---|---|---|---|
| AT-001 | 30pM | >2,000mg/kg | ✓ | ✓ | ✓ | ✗ |
| zopolrestat | 10nM | 100mg/kg | ✓ | ✓ | ✗ | ✗ |

**Tissue Penetration (in rats)**

**AT-001 demonstrated improved $IC_{50}$ and $IC_{90}$ vs. zopolrestat**



Data based on In Vitro Enzyme Inhibition & Cultured Hepatocytes

**Unlike zopolrestat, AT-001 does not inhibit Aldehyde Reductase**



 APPLIED THERAPEUTICS     Poster # 632: "Addressing safety and specificity with aldose reductase inhibition: development of AT-001 for diabetic cardiomyopathy" 56th Annual Meeting of the European Association for the Study of Diabetes (EASD) Sept 2020     38

# AT-001 Treatment Prevents Reactive Oxygen Species Generation & Mitochondrial Stress Caused by High Glucose Exposure

### Dihydroethidium (DHE) Staining for Cytosolic ROS



### MitoSOX™ Staining for Mitochondrial ROS



**HG**- NHK cells exposed to 25mM glucose (high glucose) for 48hrs
**HG + AT-001** - cells treated with 0.18nM AT-001 along with above mentioned HG exposure

### Quantitation of Cell Senescence Via SA-β-gal Staining



- In patients with diabetes, metabolism of glucose through the polyol pathway results in generation of Reactive Oxygen Species (ROS), which has been identified as a key mediator of tissue damage and causal in diabetic complications. Selective inhibition of AR reduces oxidative stress and mitigates these complications.

- AT-001 prevents the production and accumulation of ROS as assessed by both DHE quantitation and MitoSOX™ staining, demonstrating effective reduction of oxidative damage in the cytosol and mitochondria of cells.

- Evaluation via SA-β-gal staining showed less senescence in cells exposed to high glucose in the presence of AT-001



APPLIED THERAPEUTICS    Poster #629: "AT-001 a new aldose reductase inhibitor with improved selectivity and specificity protects from cellular damage" 56th Annual Meeting of the European Association for the Study of Diabetes (EASD) Sept 2020

# AT-001 Improves Cardiac Energetics, Prevents Cardiac Dysfunction and Prevents Fibrosis in an Animal Model of DbCM

## AT-001 Treatment in a DbCM Mouse Model (Design)



## AT-001 Improves Cardiac Energetics



## AT-001 Improves Cardiac Function and Prevents LVH



## AT-001 Prevents Fibrosis and Adverse Remodeling



Scale: 100 µm          * = p<0.01

APPLIED THERAPEUTICS    Keshav et al Pharmacological Inhibition of Aldose Reductase by AT-001 Prevents Abnormal Cardiac Energy Metabolism and Improves Heart Function in an Animal Model of Diabetic Cardiomyopathy, AHA 2020; Keshav et Al Aldose Reductase Inhibition By At-001 Alleviates Fibrosis and Adverse Remodeling In Diabetic Cardiomyopathy By Reducing Myocardial Fatty Acid Oxidation, AHA 2022    40



# DbCM Phase 3 Study (ARISE-HF) Design

Randomized, Placebo-Controlled Study in DbCM Patients at High Risk of Progression

**1:1:1 Randomization**

Placebo

AT-001 1,000 mg

AT-001 1,500 mg

## Efficacy (15 Months)

**Primary Endpoint:** Cardiac Functional Capacity (as measured by Peak $VO_2$ change from baseline)

Prespecified subgroup analysis of patients not on SGLT2 or GLP1

Secondary Endpoints:
- Clinically significant worsening ($\geq$6% $\Delta$ in Peak $VO_2$)
- NT-ProBNP
- KCCQ
- PASE

- Enrolled patients with DbCM at high risk of progression to overt heart failure
- n=675 (225/arm)
- Twice-daily oral dosing
- Add-on to standard of care diabetes therapies

Key Inclusion Criteria:
- Diagnosis of Type 2 Diabetes
- Age: ≥60 years, or ≥40 years with duration of diabetes >10 years
- Demonstration of DbCM/ Stage B Heart Failure
- LVEF> 45% and at least one of the following: echocardiographic abnormalities or NTProBNP > 50 pg/ml, or HsTNT > 6 ng/L
- RER > 1.05
- Peak VO2 <75% of age/gender predicted normal

Key Exclusion Criteria:
- Diagnosis or signs of overt/symptomatic heart failure
- Use of a loop diuretic
- History of CAD, MI, ACS, CABG, PCI, stroke
- History of severe valve disease, clinically significant arrhythmia, or other cause of cardiomyopathy
- Severe disease impacting implementation of the protocol or performance of a CPET
- SBP >140 mmHg or DBP >90 mmHg
- BMI >45 kg/m2
- HbA1c >8.5%
- eGFR <45 mL/min/1.73 m2

# DbCM Phase 3 Topline Results

**Positive Effect of AT-001 on Cardiac Functional Capacity; Statistically Significant in Patients not on SGLT2/GLP1**





| | Placebo (N=230) | AT-001 1000mg (N=228) | AT-001 1500mg (N=231) |
|---|---|---|---|
| Serious Adverse Events (SAEs) | 33 (14%) | 28 (12%) | 40 (17%) |
| Treatment-Emergent Adverse Events (TEAEs) | 182 (79%) | 186 (82%) | 187 (81%) |
| Treatment-Related Discontinuations | 9 (3.9%) | 22 (9.6%) | 22 (9.5%) |

- AT-001500mg stabilized cardiac functional capacity, as measured by Peak VO2, (-0.01ml/kg/min) while the placebo group declined (-0.31ml/kg/min) (p=0.210)

- Impact of AT-001 was statistically significant in a prespecified subgroup analysis of patients not on SGLT2 or GLP1 treatment: placebo declined (-0.54 ml/kg/min), while the AT-001 high dose group improved (+0.08 ml/kg/min) (p=0.040)

- Patients with clinically significant worsening ($\geq$6% on Peak VO$_2$) was substantially higher in the placebo group (46%) as compared to the AT-001 high dose group (32.7%), odds ratio 0.56 (p=0.035).

- Effect of AT-001 was dose dependent; low dose demonstrated an intermediate effect between the high dose and placebo

- Favorable safety and tolerability profile



APPLIED THERAPEUTICS

# Applying Science to Transform Lives

Our mission is to create transformative, life-changing treatments for patients who desperately need them

## SCIENCE



Targeting pathways with
known roles in pathogenesis

Novel compounds with
improved potency/selectivity

## DEVELOPMENT



Clinical efficacy
confirmed via biomarkers

Pursuing expedited
regulatory pathways

## MARKET



Fatal or debilitating diseases
with no approved therapies

Limited / no competition



APPLIED
THERAPEUTICS

43

Exhibit 99.2



# Applied Therapeutics

SORD 12 Month Interim Data Analysis
March 2024



# Forward Looking Statements

Various statements in this presentation concerning the Company's future expectations, plans and prospects constitute forward-looking statements. The use of words such as "may," "might," "will," "should," "expect," "plan," "anticipate," "believe," "estimate," "project," "intend," "future," "potential," or "continue," the negative of these and other similar expressions are intended to identify such forward looking statements. Such statements, based as they are on the current analysis and expectations of management, inherently involve numerous risks and uncertainties, known and unknown, many of which are beyond the Company's control. Such risks include, but are not limited to: the impact of general economic conditions, general conditions in the biopharmaceutical industries, changes in the global and regional regulatory environments in the jurisdictions in which the Company does or plans to do business, market volatility, fluctuations in costs and changes to the competitive environment, the Company's ability to fund its working capital requirements and expectations regarding the sufficiency of our capital resources and the Company's ability to achieve the anticipated benefits from the agreements entered into in connection with our partnership with Advanz Pharma. Consequently, actual future results may differ materially from the anticipated results expressed in the forward-looking statements. In the case of forward-looking statements regarding investigational product candidates and continuing further development efforts, specific risks which could cause actual results to differ materially from the Company's current analysis and expectations include: failure to demonstrate the safety, tolerability and efficacy of our product candidates; final and quality controlled verification of data and the related analyses; the expense and uncertainty of obtaining regulatory approval, including from the U.S. Food and Drug Administration and European Medicines Agency; the possibility of having to conduct additional clinical trials and our reliance on third parties such as our licensors and collaboration partners regarding our suite of technologies and product candidates; the Company's ability to take advantage of expedited regulatory pathways for any of our product candidates; the Company's intellectual property position and the duration of its patent rights; developments or disputes concerning the Company's intellectual property or other proprietary rights. Further, even if regulatory approval is obtained, biopharmaceutical products are generally subject to stringent on-going governmental regulation, challenges in gaining market acceptance and competition.

These risks and uncertainties are described more fully under the caption "Risk Factors" in the Company's filings with the Securities and Exchange Commission. Other risks and uncertainties of which the Company is not currently aware may also affect Company's forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and the Company is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.



# INSPIRE Trial 12 Month Interim Topline Data

**Co-primary endpoints at 12 month analysis:**
- **Primary clinical efficacy endpoint**: Statistically significant correlation between sorbitol levels and change in clinical outcomes at 12 months of treatment on combined measures of the CMT Functional Outcome Measures (CMT-FOM) lower limb domain (10 meter walk-run test, 4 stair climb, and sit to stand test), 6-minute walk test and dorsiflexion  (p=0.05)
- **Primary pharmacodynamic/ biomarker endpoint**: Sustained reduction in sorbitol level in patients treated with govorestat at 12 months, which was statistically significant compared to placebo (p<0.001).

**Secondary Endpoints**

- Highly statistically significant effect (p=0.01) impact of govorestat on the CMT Health Index (CMT-HI), an important patient-reported outcome measure of disease severity and well-being; aspects of the CMT-HI that demonstrated a treatment effect included lower limb function, mobility, fatigue, pain, sensory function, and upper limb function.

- Trends (not statistically significant) on CMT-FOM measures linked to walking ability, such as 10MWR, dorsiflexion and 6 minute walk test

  o   No substantial effect on stair climb or sit-to-stand test

**Safety**

- Govorestat was safe and well tolerated, with similar incidence of adverse events between active and placebo-treated groups

Study will continue in blinded format to 24 months

 APPLIED THERAPEUTICS

3

# Correlation of Sorbitol with CMT-FOM Lower Limb Measures

Lower sorbitol level at 12 months correlated with greater improvement in clinical outcomes (sum of change from baseline to 12 months across 10MWR, 4 stair climb, sit-to-stand test, 6-minute walk, dorsiflexion)





- Correlation analysis performed on govorestat treated patients
- *improved to p=0.03 when 3 patients with major protocol deviations were removed from analysis
- Directionality of 10MWR and 4-stair climb was flipped so that improvement aligned with other tests
- Statistical threshold defined as p<0.10 in statistical analysis plan

APPLIED THERAPEUTICS

4

## Govorestat Treated Patients Demonstrated a Statistically Significant Improvement in CMT-Health Index (CMT-HI) Scores at 12 Months (p=0.01 vs. placebo)



Lower score (negative change from baseline) represents improvement in disease symptoms; measures with "8" were statistically significant vs. placebo with p<0.05



APPLIED THERAPEUTICS

5



# Govorestat Treated Patients Demonstrated Trend Towards Improvement in 10MWR, Dorsiflexion and 6 Minute Walk at 12 Months





# CMT-FOM Change from Baseline at 12 Months

Govorestat treated group improved compared to placebo on 10MWR, dorsiflexion and 6 minute walk; no effect on 4-stair climb or sit-to-stand test (not shown)









# Baseline Demographics

| | | Placebo N=18 n (%) | Govorestat N=38 n (%) | Combined N=56 n (%) |
|---|---|---|---|---|
| Age Mean (SD) | | 36.0 (9.23) | 33.6 (11.70) | 34.4 (10.94) |
| BMI Mean (SD) | | 23.9 (3.57) | 24.3 (4.15) | 24.2 (3.94) |
| Race | White | 16 (88.9%) | 36 (94.7%) | 52 (92.9%) |
| | Asian | 1 (5.6%) | 1 (2.6%) | 2 (3.6%) |
| | Black | 1 (5.6%) | 0 (0.0%) | 1 (1.8%) |
| | Other | 0 (0.0%) | 1 (2.6%) | 1 (1.8%) |
| Sex | Male | 12 (66.7%) | 25 (65.8%) | 37 (66.1%) |
| | Female | 6 (33.3%) | 13 (34.2%) | 19 (33.9%) |
| Stage of Disease Progression (defined by 10MWR speed at baseline) | Mild ($\leq$5s) | 12 (66.7%) | 23 (60.5%) | 35 (62.5%) |
| | Moderate (5.1-7.5s) | 3 (16.7%) | 9 (23.7%) | 12 (21.4%) |
| | Severe (7.6-15s) | 3 (16.7%) | 6 (15.8%) | 9 (16.1%) |
| Sorbitol* | | 27,971ng/ml (SD=5,950) | 30,934ng/ml (SD=4,360) | 29,965ng/ml (SD=5,074) |

*For sorbitol values at baseline N=52, as samples for 4 patients were missing (not processed correctly)

 APPLIED THERAPEUTICS

9

## Patient Disposition

| | Placebo N=18 n (%) | Govorestat N=38 n (%) | Combined N=56 n (%) |
|---|---|---|---|
| Randomized | 18 (100.0%) | 38 (100.0%) | 56 ( 100.0%) |
| Ongoing | 17 ( 94.4%) | 34 ( 89.5%) | 51 ( 91.1%) |
| Discontinued | 1 (5.6%) | 4 (10.5%) | 5 (8.9%) |
| Reason for Discontinuation: Adverse Event | 0 ( 0.0%) | 3 (7.9%) | 3 (5.4%) |
| Reason for Discontinuation: Withdrawal By Subject | 1 (5.6%) | 1 ( 2.6%) | 2 ( 3.6%) |

APPLIED THERAPEUTICS

## Safety

Safe and well-tolerated; adverse events were well-balanced between govorestat and placebo treated groups

| | Placebo (N=18) n (%) | Govorestat (N=38) n (%) | Overall (N=56) n (%) |
|---|---|---|---|
| Treatment Emergent Adverse Events (number of patients reporting any adverse event during the study)[1] | 15 (83.3%) | 34 (89.5%) | 49 (87.5%) |
| Mild | 12 (66.7%) | 33 (86.8%) | 45 (80.4%) |
| Moderate | 5 (27.8%) | 8 ( 21.1%) | 13 (23.2%) |
| Severe | 0 (0.0%) | 1 (2.6%)[2] | 1 (1.8%) [2] |
| Serious Adverse Events | 0 (0.0%) | 1 (2.6%)[3] | 1 (1.8%)[3] |
| Deaths | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |

1.Some patients reported more than one adverse event, so the sum of mild, moderate and severe is larger than the number of patients reporting an adverse event; 2. The severe adverse event was a recurrence of a pre-existing condition; 3. The serious adverse event was a motorcycle accident.

 APPLIED THERAPEUTICS