# EXHIBIT 2

EQUITY RESEARCH



RBC Capital Markets, LLC
**Brian Abrahams**, M.D. (Head of Global Healthcare Research)
(212) 858-7066, brian.abrahams@rbc.com
**Leonid Timashev**, Ph.D. (Analyst)
(212) 437-9931, leonid.timashev@rbccm.com
**Joe Kim**, Ph.D. (Senior Associate)
(646) 618-6868, joe.kim@rbccm.com
**Nevin Varghese**, Ph.D. (Associate)
(212) 301-1609, nevin.varghese@rbccm.com

August 7, 2024

# Applied Therapeutics

## 2Q24: Accel Approval Path for SORD, Galactosemia Reanalysis Positive, See Favorable NT Regulatory Setup

**Our view:** APLT reported 2Q24 earnings and we had a chance to catch up with the mgmt team. With a favorable data reanalysis and coming off the positive recent AdComm for a drug in the same division, we see favorable tailwinds for govorestat in galactosemia into the Oct 9 panel and Nov 28 PDUFA, and confirmation of an accelerated approval path in SORD deficiency is a win that could enable them to expand into an even larger indication more rapidly. While we acknowledge uncertainties around how a panel will view their drug vs. ZVRA's, data reliability given the reassessment, and complexity of a confirmatory SORD study, on balance we see a favorable setup and would be buyers into key 2H regulatory events, especially given govorestat's $700M LT opportunity.

### Key points:

**Financials:** R&D was $10.0M, lower than our $12.8M est, with SG&A at $10.6M, in line with our $10.9M expectations. Cash and cash equivalents were $122.2M, which the company expects to fund operations into 2026.

**SORD accelerated approval path confirmed following FDA minutes, will likely involve separate confirmatory study.** Following receipt of the meeting minutes, APLT confirmed that FDA is on board with filing for accelerated approval in SORD deficiency based on the existing data package showing sorbitol reductions and correlations to 10MWR - demonstrating a very surmountable initial approval bar, in our view, following sNDA submission early-1Q (following galactosemia approval). We believe the potential for AA filing underscores the FDA's flexibility on using biomarkers and correlations to functional measures in rare diseases, though the likely need for a separate subsequent confirmatory study with FDA's apparent preference for the 10MWR endpoint (where the drug performed less well) may add some very long-term risk. We believe SORD represents a $400M LT opportunity in outyears.

**Reanalysis of cognition endpoint net positive for galactosemia filing package, though may perpetuate some bear concerns around data reliability.** The company announced corrections to the formula used for their cognition and motor skill scores (initially had used adult, vs pediatric formula) from the ph.III galactosemia trial, resulting in improvement on a sensitivity analysis of the primary endpoint including cognition (cognition turned stat. sig.) We believe this may incrementally strengthen APLT's data package in anticipation of their AdComm - especially given GeMDAC's recent emphasis of the importance of cognition for a recently reviewed drug. While this delayed error identification may lead to questions about whether there may be additional mistakes in the rest of the data package (recall data integrity and presentation had been a concern for some),

*Continued on page 2...*

## Outperform
### Speculative Risk
NASDAQ: APLT; USD 6.10
### Price Target USD 12.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 2.00 | 6.10 | 12.00 | 18.00 |
| | ↓67% | | ↑97% | ↑195% |

*Implied Total Returns

### Key Statistics

| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 143.9 | Market Cap (MM): | 878 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,388,910 |

### RBC Estimates

| FY Dec | 2023A | 2024E | 2025E | 2026E |
| --- | --- | --- | --- | --- |
| **Revenue** | 10.0 | 0.6 | 55.0 | 187.7 |
| Prev. | | 2.0 | 58.9 | 191.6 |
| **EPS, Ops Diluted** | (1.42) | (0.93) | (0.56) | 0.18 |
| Prev. | | (1.19) | (0.57) | 0.19 |
| P/E | NM | NM | NM | 33.9x |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2023 | (0.19)A | (0.37)A | (0.47)A | (0.33)A |
| 2024 | (0.67)A | 0.02A | (0.16)E | (0.18)E |
| Prev. | | (0.17)E | (0.19)E | (0.20)E |
| **Revenue** | | | | |
| 2023 | 10.0A | 0.0A | 0.0A | 0.0A |
| 2024 | 0.1A | 0.1A | 0.0E | 0.3E |
| Prev. | | 0.0E | 0.3E | 1.5E |

All market data in USD; all financial data in USD; dividends paid in CAD.
Priced as of prior trading day's market close, EST (unless otherwise noted).



*...continued from cover*

the company emphasized that this is isolated to a single toolbox of tests done by a third party and that their careful audit of the rest of the package did not reveal any other discrepancies.

**GeMDAC AdComm tentatively scheduled, and we lean favorably on likelihood of positive vote given ZVRA readthroughs.** The GeMDAC AdComm on govorestat in galactosemia is now tentatively scheduled for Oct 9th, giving the company an opportunity to make their case for a complex dataset in a rare disease. Recall that the same newly formed AdComm discussed Zevra's arimoclomol application for NPC disease and voted 11-5 in favor considering the totality of the package, where ZVRA hit on the primary and provided additional confirmatory data to support their application. While there are key differences in the datasets and indications, we believe this supports an increasing likelihood APLT's AdComm will also view govorestat favorably.

August 7, 2024                                                                **Brian Abrahams, M.D.** (212) 858-7066; brian.abrahams@rbc.com    2

**Applied Therapeutics**

## Exhibit 1 - APLT Income Statement

| APLT Income Statement ($ in thousands except price) | 2022A | 2023A | 1Q24A | 2Q24A | 3Q24E | 4Q24E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Govorestat | | | | | - | 250 | 250 | 49,976 | 157,686 | 272,796 | 379,722 | 468,976 | 537,305 | 597,598 | 650,958 | 706,399 |
| Galactosemia | | - | | | - | 250 | 250 | 39,411 | 93,486 | 144,548 | 189,858 | 221,747 | 237,967 | 252,491 | 267,598 | 283,311 |
| SORD | | - | | | | | - | 10,566 | 64,200 | 128,249 | 189,864 | 247,229 | 299,339 | 345,108 | 383,359 | 423,088 |
| AT-001 Royalties | | | | | | | | | | | | | 4,236 | 21,676 | 53,541 | 117,537 |
| Milestones | | - | | | | | - | 5,000 | 30,000 | - | 5,000 | 5,000 | 5,000 | - | - | 10,000 |
| License Revenue | | 9,993 | 190 | 144 | | | 334 | | | | | | | | | |
| Total revenues, net | - | 9,993 | 190 | 144 | - | 250 | 584 | 54,976 | 187,686 | 272,796 | 384,722 | 473,976 | 546,541 | 619,274 | 704,499 | 833,936 |
| Costs of goods | | | | | | 12 | 12 | 6,813 | 9,647 | 18,033 | 23,953 | 29,897 | 34,698 | 38,967 | 42,681 | 46,562 |
| Research and development | 55,634 | 53,905 | 12,217 | 10,004 | 10,704 | 11,775 | 44,700 | 54,534 | 49,081 | 45,645 | 47,927 | 49,844 | 51,838 | 53,393 | 54,995 | 56,645 |
| Selling, general and administrative | 27,316 | 20,623 | 9,066 | 10,580 | 12,696 | 15,235 | 47,577 | 76,124 | 98,961 | 123,701 | 136,071 | 142,874 | 150,018 | 156,019 | 160,699 | 165,520 |
| Total operating expenses | 82,950 | 74,528 | 21,283 | 20,584 | 23,400 | 27,022 | 92,290 | 137,470 | 157,688 | 187,379 | 207,951 | 222,616 | 236,554 | 248,379 | 258,375 | 268,727 |
| Income/loss from operations | (82,950) | (64,535) | (21,093) | (20,440) | (23,400) | (26,773) | (91,706) | (82,494) | 29,999 | 85,418 | 176,771 | 251,360 | 309,988 | 370,896 | 446,124 | 565,209 |
| Interest and other income | 685 | 1,372 | 586 | 628 | 833 | 654 | 2,701 | 557 | 916 | 1,692 | 2,108 | 3,277 | 4,729 | 6,376 | 8,212 | 10,394 |
| Change in fair value of warrant liabilities | (66) | (56,573) | (63,405) | 22,744 | | | (40,661) | | | | | | | | | |
| Other income (expense), net | (177) | (27) | (26) | (34) | (34) | (34) | (128) | (128) | (128) | (128) | (128) | (128) | (128) | (128) | (128) | (128) |
| Net pre-tax income | (82,508) | (119,763) | (83,938) | 2,898 | (22,601) | (26,153) | (129,794) | (82,065) | 30,786 | 86,982 | 178,751 | 254,508 | 314,589 | 377,143 | 454,208 | 575,475 |
| Income tax provision | - | - | - | - | - | - | - | - | - | - | - | 5,090 | 25,167 | 52,800 | 90,842 | 115,095 |
| Net income (loss) | (82,508) | (119,763) | (83,938) | 2,898 | (22,601) | (26,153) | (129,794) | (82,065) | 30,786 | 86,982 | 178,751 | 249,418 | 289,422 | 324,343 | 363,367 | 460,380 |
| Earnings per share (non-GAAP) | ($2.18) | ($1.42) | ($0.67) | $0.02 | ($0.16) | ($0.18) | ($0.93) | ($0.56) | $0.18 | $0.51 | $1.04 | $1.45 | $1.67 | $1.87 | $2.08 | $2.63 |
| Shares Outstanding (Basic) | 37,825 | 84,244 | 125,319 | 143,934 | 144,634 | 145,334 | 139,805 | 146,834 | 147,972 | 148,334 | 149,472 | 149,834 | 150,972 | 151,334 | 152,472 | 152,834 |
| Shares Outstanding (Diluted) | 73,641 | 112,683 | 147,458 | 163,267 | 166,773 | 167,473 | 161,243 | 168,973 | 170,111 | 170,473 | 171,611 | 171,973 | 173,111 | 173,473 | 174,611 | 174,973 |

Source: RBC Capital Markets estimates; APLT company reports

**Brian Abrahams, M.D.** (212) 858-7060; brian.abrahams@rbc.com    3

**Capital Markets** RBC®

Exhibit 2 - APLT Pipemile

| Milestones | | |
|---|---|---|
| **Product** | **Event** | **Timeline** |
| **Govorestat** | AdComm for govorestat in galactosemia | Oct. 9, 2024 |
| | PDUFA for govorestat in galactosemia | 28-Nov-24 |
| | Pre-NDA meeting(s) to discuss SORD accelerated approval | 2H24 |
| | EMA decision on govorestat in galactosemia | Early-1Q25 |
| | sNDA submission in SORD | Early-1Q25 |
| **AT-001** | Data from DPN substudy | 2024 |
| | FDA meeting and disclose next steps | 2024 |

| Pipeline | | |
|---|---|---|
| **Product** | **Indication** | **Status** |
| **Govorestat** | Galactosemia, SORD, PMM2-CDG | Under Review, Ph.III |
| **AT-001** | Diabetic cardiomyopathy | Ph.III |
| **AT-003** | Diabetic retinopathy | Ph.I ready |

Source: RBC Capital Markets estimates; APLT company reports

**Capital Markets** RBC®

# Key fundamental questions

**Our view**

**Is the data for govorestat sufficient for an approval in galactosemia?**

Despite the rocky regulatory road and miss on the primary endpoint for govorestat in galactosemia, we believe the clear reductions in galactitol – a causative agent of the disease phenotype – combined with functional benefits across nearly all domains, should be sufficient to convince regulators that the drug has a favorable benefit/risk profile in a disease with limited treatment options. We find the explanations for the primary endpoint miss (driven by speech domains which may have been confounded by speech therapy) as plausible, and find the extensive sensitivity analyses, including correlations between galactitol and function, as providing sufficient support, especially at a time the Agency is moving towards greater flexibility for rare disease indications.

**Is the initial functional correlation data sufficient to secure an accelerated approval in SORD?**

While we acknowledge that the SORD trial was not stopped early for efficacy at the interim, we do see evidence of functional impact, with the ph.III showing a pre-specified correlation between sorbitol reduction and functional trends at 1yr. The fact that all functional domains and patient reported outcomes trend in favor of the drug, coupled with the significant body of evidence sorbitol is the key disease driver, may be sufficient to convince the FDA the accelerated approval pathway should be applied, especially with 2-year confirmatory data on track for early-'25, and we believe the confirmatory data is likely to show clear benefits on key outcome measures, even if not stat. sig.

**Is there a sufficient market for a drug with govorestat's profile in these rare diseases?**

We see a TAM of ~3k patients each for galactosemia and SORD in the U.S., and given high specialist concentration and overlap in treating physicians, we believe even a smaller company like APLT can execute a successful launch in these rare disease indications by leveraging a small targeted salesforce and premium pricing. While we acknowledge potential challenges such as patient identification – especially in the relatively newer SORD indication – and heterogeneity particularly in galactosemia, detailing around govorestat's potential benefits should grow over time, and we believe there is sufficient KOL receptivity to enable a $600M+ LT U.S. opportunity.

 **Applied Therapeutics**

# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Like many other early clinical stage biotechs, APLT faces issues such as green laboratory practices and manufacturing, proper clinical trial conduct, data transparency, diversity of the management team, and hiring and maintaining a diverse set of employees. In the future, we would anticipate that the company will also contend with many of the same ESG topics that impact the broader sector, chiefly drug pricing, access to medication, and responsible product marketing

**Does the company integrate ESG considerations into its strategy?**

ESG is currently not an area of active focus for APLT given its capital constraints and focus on progressing drugs through clinical and regulatory development, which is typical of similarly sized biotech companies.

**What is diversity like at the board/ management level?**

The CEO of APLT is a woman, uncommon for biotech. One out of 5 senior management members is a woman and none are people of color; three out of six board members are women and none are people of color.

**Is APLT treating diseases with a significant patient health burden where the potential benefits to patients outweigh the risks?**

APLT's clinical programs focus on treating rare genetic diseases where there are no other approved therapies, highlighting a commitment to improving the well-being of underserved patients. As such, we see a high societal value in the company's work.

**How will the company ensure access and affordability of its medications?**

We acknowledge that rare disease drugs tend to be priced at a premium, making them out of reach without insurance or company support. That said, we expect the company to employ industry-standard, value-based pricing, co-pay cards, and patient outreach programs to help those who need the drugs to be able to access and afford them.

**How is APLT managing data transparency and disclosures?**

APLT currently releases data through company press releases, presentations, and conferences. We believe that former issues with inconsistent data across presentations appear to have largely been resolved, and have sometimes occurred historically among smaller biotechs running lean operations. We expect additional meaningful disclosures as the company advances its clinical development.

**RBC Capital Markets**

## Target/Upside/Downside Scenarios

Applied Therapeutics



Source: Bloomberg and RBC Capital Markets estimates for Target

## Valuation

Our $12 price target blends DCF (using an 11% discount rate and a 2.5% terminal growth rate) and sales multiple (30x on 2033E adjusted EPS discounted at 11%) analyses – comparable to other commercial stage biotechs. This price target supports our Outperform, Speculative Risk rating. We assign a Speculative Risk qualifier given unpredictability of future revenues and expenses, non-revenue-generating status, and stock price volatility that could result in substantial upside/downside swings not anticipated in our valuation.

## Upside scenario

Regulatory success with govorestat in galactosemia and/or SORD, successful completion of the 24-month SORD trial with a hit on the primary endpoint, and potential partnering of the AT-001 asset could all drive upside, in which case we could see the share price approach $18/sh.

## Downside scenario

Failure to secure regulatory approval for govorestat in galactosemia and/or SORD, any unexpected safety signals emerging, or govorestat not achieving clinically meaningful results in the ongoing ph.III SORD trial could drive shares lower, and we see downside as ~$2/sh.

## Investment summary

We like APLT, as we see data from govorestat in galactosemia as likely sufficient to make it over the regulatory line given convincing biomarker improvements and clear trends towards meaningful functional benefits. We believe rare disease flexibility will enable govorestat to make it to the market, where we would expect a rapid pace of uptake. We expect similar dynamics to play out in SORD - where positively trending data with clear biological correlates can potentially enable an accelerated approval. While we acknowledge that there remains regulatory risk and that the benefits may be of uncertain magnitude given less well-defined natural history in these diseases, we believe APLT can ultimately see a $650M+ out-year revenue opportunity not fully appreciated at current valuations.

**Key positives:** (1) Govorestat has consistently driven clear improvements on biomarkers of both galactosemia and SORD; (2) Rare disease indications mean we can expect greater regulatory flexibility; (3) Rare disease indication suggests we could see rapid uptake of the drug with a smaller salesforce; (4) No major safety concerns with one completed ph.III and another in progress.

**Key risks:** (1) Govorestat missed on its primary endpoint in galactosemia and was not successfully stopped at the interim in SORD, adding risk to regulatory interpretation of the totality of the data; (2) Both galactosemia and SORD are newer diseases where patient finding may be required; (3) Slower disease progression and symptom heterogeneity make it more difficult to parse out clinically meaningful benefits.

**Key upcoming potential catalysts:** (1) AdComm for govorestat in galactosemia (Oct. 9); (2) PDUFA date for govorestat in galactosemia (11/28/24); (3) sNDA submission of govorestat in SORD (early-1Q25); (4) 2yr primary endpoint data from SORD ph.III (early-'25).

## Risks to rating and price target

Risks include emergence of unexpected safety signals, failure of clinical trials to demonstrate sufficient efficacy to warrant continued development or regulatory submission, failure to successfully commercialize its products, inability to maintain a salesforce, entry of generic competitors, failure to garner regulatory approval, failure to manufacture sufficient material in accordance with regulatory standards, counterparty risk with respect to successful ex-US commercialization, and an inability to finance ongoing operations given significant outlays required for commercialization.

**Capital Markets**
**RBC**®

## Company description

APLT is a clinical stage biotech that is developing aldose reductase inhibitors to treat primary rare genetic diseases, though the company has explored larger indications such as diabetic cardiomyopathy. APLT was founded in 2016. The company's lead asset is govorestat (AT-007), an aldose reductase inhibitor that has completed ph.III trials in some indications and is being explored for galactosemia, SORD deficiency, and PMM2-COG. The company is headquartered in New York, New York.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for Applied Therapeutics Inc in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from Applied Therapeutics Inc in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from Applied Therapeutics Inc in the next three months.

RBC Capital Markets, LLC makes a market in the securities of Applied Therapeutics Inc.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings RBC Capital Markets, Equity Research As of 30-Jun-2024 | | | | |
|---|---|---|---|---|
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 857 | 57.44 | 271 | 31.62 |
| HOLD [Sector Perform] | 588 | 39.41 | 146 | 24.83 |
| SELL [Underperform] | 47 | 3.15 | 5 | 10.64 |



**Rating and price target history for: Applied Therapeutics Inc, APLT US as of 06-Aug-2024 (in USD)**

25-Mar-2024
Rtg:I:O
Target: 12.00

Legend:
O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage;
NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List. As of April 3, 2023, U.S. RBC Wealth Management's quarterly reports will serve as the primary communication for its models and will highlight any changes to the model made during the quarter.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Applied Therapeutics Inc**
### Valuation

Our $12 price target blends DCF (using an 11% discount rate and a 2.5% terminal growth rate) and sales multiple (30x on 2033E adjusted EPS discounted at 11%) analyses – comparable to other commercial stage biotechs. This price target supports our Outperform, Speculative Risk rating. We assign a Speculative Risk qualifier given unpredictability of future revenues and expenses,



non-revenue-generating status, and stock price volatility that could result in substantial upside/downside swings not anticipated in our valuation.

## Risks to rating and price target

Risks include emergence of unexpected safety signals, failure of clinical trials to demonstrate sufficient efficacy to warrant continued development or regulatory submission, failure to successfully commercialize its products, inability to maintain a salesforce, entry of generic competitors, failure to garner regulatory approval, failure to manufacture sufficient material in accordance with regulatory standards, counterparty risk with respect to successful ex-US commercialization, and an inability to finance ongoing operations given significant outlays required for commercialization.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Research Reports on the Firm's proprietary INSIGHT website, via email and via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of Quick Takes can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch, Royal Bank of Canada, Singapore Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets'' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set

**Capital Markets**
**RBC**®

**Applied Therapeutics**

forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member CIRO). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To persons receiving this from Royal Bank of Canada, Hong Kong Branch:**
This document is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission. This document is not for distribution in Hong Kong, to investors who are not "professional investors", as defined in the Securities and Futures Ordinance (Cap. 571 of Hong Kong) and any rules made under that Ordinance. This document has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. Past performance is not indicative of future performance. WARNING: The contents of this document have not been reviewed by any regulatory authority in Hong Kong. Investors are advised to exercise caution in relation to the investment. If you are in doubt about any of the contents of this document, you should obtain independent professional advice.

**To persons receiving this from Royal Bank of Canada, Singapore Branch:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This publication is not for distribution in Singapore, to investors who are not "accredited investors" and "institutional investors", as defined in the Securities and Futures Act 2001 of Singapore. This publication has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® **Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2024 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2024 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2024**
**Copyright © Royal Bank of Canada 2024**
**All rights reserved**