**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | Case No. 1:24-CV-09715 (DLC) (VF)<br><br>**ECF Case** |

### NOTICE OF DEFENDANT SHOSHANA SHENDELMAN'S MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that upon (i) the Accompanying Memorandum of Law in Support of Defendant Shoshana Shendelman's Motion to Dismiss the Second Consolidated Amended Class Action Complaint, and (ii) the Declaration of Jules H. Cantor in Support of Defendant Shoshana Shendelman's Motion to Dismiss the Second Consolidated Amended Class Action Complaint, dated June 27, 2025, and the exhibits annexed thereto, the undersigned will move this Court before the Honorable Denise L. Cote, United States District Judge, Courtroom 18B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Consolidated Amended Class Action Complaint (ECF No. 99) in the above-captioned action in its entirety and with prejudice and for other and further relief the Court may deem just and proper.

[*Rest of the page left intentionally blank*]

Dated: June 27, 2025

Respectfully submitted,

/s/ Rachel M. Fritzler

Rachel M. Fritzler
Bella F. Gianani
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
Rachel.Fritzler@Kirkland.com
Bella.Gianani@Kirkland.com

Mark Filip, P.C.
Jules H. Cantor
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
Mark.Filip@Kirkland.com
Jules.Cantor@Kirkland.com

*Attorneys for Shoshana Shendelman*

2