**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | Case No. 1:24-CV-09715 (DLC) (VF) **ECF Case** |

**DECLARATION OF JULES H. CANTOR IN SUPPORT OF**
**DEFENDANT SHOSHANA SHENDELMAN'S MOTION TO DISMISS**
**THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Jules H. Cantor, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Defendant Shoshana Shendelman, Ph.D., in the above-captioned action. I submit this Declaration in Support of Defendant Shoshana Shendelman's Motion to Dismiss the Second Consolidated Amended Class Action Complaint dated June 13, 2025.

1.     Attached hereto as **Exhibit A** is a true and correct copy of the Results of the ACTION-Galactosemia Kids Study to Evaluate the Effects of Govorestat in Pediatric Patients with Classic Galactosemia (the "Pediatric Study Results") accepted for publication by the Journal of Clinical Pharmacology on November 6, 2024.

2.     Attached hereto as **Exhibit B** is a true and correct copy of the FDA's Warning Letter to Defendant Applied Therapeutics, Inc., dated November 27, 2024.

3.     Attached hereto as **Exhibit C** is a true and correct copy of the Form 4 filed by Shoshana Shendelman, Ph.D., with the Securities and Exchange Commission on March 18, 2024.

4.     Attached hereto as **Exhibit D** is a true and correct copy the Form 4 filed by Shoshana Shendelman, Ph.D., with the Securities and Exchange Commission on June 10, 2024.

5.      Attached hereto as **Exhibit E** is a true and correct copy of the Form 4 filed by Shoshana Shendelman, Ph.D., with the Securities and Exchange Commission on August 14, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: Chicago, IL
            June 27, 2025

/s/ _____
Jules H. Cantor

2