**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | Case No. 1:24-CV-09715 (DLC) (VF) <br><br> **ECF Case** |

**DECLARATION OF JULES H. CANTOR**
**IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT**
**OF DEFENDANT SHOSHANA SHENDELMAN'S MOTION TO DISMISS**
**THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Jules H. Cantor, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Defendant Shoshana Shendelman, Ph.D., in the above-captioned action. I submit this Declaration in support of the Reply Memorandum of Law in Support of Defendant Shoshana Shendelman's Motion to Dismiss the Second Consolidated Amended Class Action Complaint, dated June 13, 2025.

1.      Attached hereto as **Exhibit F** is a true and correct copy of the press release titled "Applied Therapeutics Announces MAA Validation and NDA Submission of Govorestat (AT-007) for Treatment of Classic Galactosemia" published January 3, 2024.

2.      Attached hereto as **Exhibit G** is a true and correct copy of the press release titled "Applied Therapeutics Provides FDA Update on PDUFA Target Action Date for Govorestat for the Treatment of Classic Galactosemia" published March 28, 2024.

3.      Attached hereto as **Exhibit H** is a true and correct copy of the press release titled "Applied Therapeutics Provides Regulatory Update on Govorestat for the Treatment of Classic Galactosemia" published September 18, 2024.

4.    Attached hereto as **Exhibit I** is a true and correct copy of the press release titled "Applied Therapeutics Reports Third Quarter 2024 Financial Results" published November 7, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: Chicago, IL
         July 18, 2025

_____
Jules H. Cantor

2