WILMERHALE

**Tamar Kaplan-Marans**

July 25, 2025

+1 212 230 8809 (t)
+1 212 230 8888 (f)
tamar.kaplan-marans@wilmerhale.com

<u>**VIA ECF**</u>

The Honorable Denise L. Cote
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In Re Applied Therapeutics Securities Litigation*, No. 1:24-cv-09715

Your Honor:

We represent defendant Applied Therapeutics, Inc. in the above-referenced matter.  We write to provide a status update regarding mediation.  We wish to inform you that the parties have set a mediation date of August 19, 2025.

Respectfully Submitted,

<u>*/s/ Tamar Kaplan-Marans*</u>
Tamar Kaplan-Marans

cc:  All counsel of record (via ECF)