**WOLF POPPER**

Joshua Ruthizer
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212-451-9668
jruthizer@wolfpopper.com
wolfpopper.com

August 22, 2025

**VIA ECF**
Hon. Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

  Re: *In re Applied Therapeutics Sec. Litig.*, **No. 1:24-cv-09715 (DLC) (VF)**

Dear Judge Cote:

  We represent Lead Plaintiff Dr. Martin Dietrich in the above-captioned securities class action. We, along with undersigned counsel for Defendants, respectfully submit this joint letter motion on behalf of all parties to notify the Court that the parties have reached a settlement and to request that the Court stay proceedings in this action pending the parties' documentation of that settlement. The settlement was reached after a full-day mediation on August 19, 2025. The parties will work expeditiously to execute a final Settlement Agreement, and Lead Plaintiff expects to file a motion for preliminary approval within 60 days, or by Tuesday, October 21, 2025.

  For the above-stated reasons, the parties respectfully request that the Court grant their joint letter motion and stay proceedings in this action through October 21, 2025, to allow the parties to finalize documentation of the settlement and to allow Lead Plaintiff to file a motion for preliminary approval.

            Respectfully submitted,

| **WOLF POPPER LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| By: */s/ Joshua W. Ruthizer* | By: */s/ Michael G. Bongiorno* |
| Joshua W. Ruthizer | Michael G. Bongiorno |
| jruthizer@wolfpopper.com | michael.bongiorno@wilmerhale.com |
| Robert C. Finkel | Tamar Kaplan-Marans |
| rfinkel@wolfpopper.com | tamar.kaplan-marans@wilmerhale.com |
| Carl L. Stine | Ripley Shiarella |
| cstine@wolfpopper.com | ripley.shiarella@wilmerhale.com |
| Emer Burke | 7 World Trade Center |
| eburke@wolfpopper.com | 250 Greenwich Street |
| Samuel Coffin | New York, New York 10007 |
| scoffin@wolfpopper.com | Telephone: (212) 230-8800 |
| 845 Third Avenue, 12th Floor | |
| New York, New York 10022 | |
| Telephone: (212) 759-4600 | *Counsel for Applied Therapeutics, Inc.* |

*Lead Counsel for Lead Plaintiff*

*and the Settlement Class*

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **MCGUIREWOODS, LLP** |
| By: */s/ Rachel M. Fritzler* <br> Rachel M. Fritzler <br> Rachel.Fritzler@kirkland.com <br> Bella F. Gianani <br> Bella.Gianani@kirkland.com <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br><br> Mark Filip, P.C. <br> Mark.Filip@kirkland.com <br> Jules H. Cantor <br> Jules.Cantor@kirkland.com <br> 333 W. Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br><br> *Counsel for Shoshana Shendelman* | By: */s/ Jeffrey J. Chapman* <br> Jeffrey J. Chapman <br> jchapman@mcguirewoods.com <br> Stephen G. Foresta <br> sforesta@mcguirewoods.com <br> Louis D. Greenstein <br> lgreenstein@mcguirewoods.com <br> Lauren H. Mann <br> lmann@mcguirewoods.com <br> 1251 Avenue of the Americas <br> 20th Floor <br> New York, New York 10020 <br> Telephone: (212) 548-7060 <br><br> *Counsel for Riccardo Perfetti* |