```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE APPLIED THERAPEUTICS SECURITIES    :      24cv9715(DLC)
LITIGATION                               :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that the parties have agreed to settle the above-captioned matter, it is hereby

ORDERED that lead plaintiff's counsel shall submit a motion for certification of the class for settlement purposes and for preliminary approval of the class action settlement agreement by **October 21, 2025.**

Dated:   New York, New York
         August 25, 2025

_____
DENISE COTE
United States District Judge