# WOLF POPPER

Joshua Ruthizer
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212-451-9668
jruthizer@wolfpopper.com
wolfpopper.com

October 16, 2025

**VIA ECF**
Hon. Denise L. Cote.
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

*Granted.*

*Denise Cote*

*10/16/25*

**Re:** *In re Applied Therapeutics Sec. Litig.*, No. 1:24-cv-09715 (DLC) (VF)

Dear Judge Cote:

We represent Lead Plaintiff Dr. Martin Dietrich in the above captioned securities class action. We, along with the undersigned counsel for Defendants, respectfully submit this joint letter motion on behalf of all parties and pursuant to Your Honor's Individual Practices in Civil Case Rules 1.D and 4.J to request a two week extension of time, from October 21, 2025 to November 4, 2025, for the deadline set in ECF No. 116 for Lead Plaintiff to file a motion for certification of the class for settlement purposes and for preliminary approval of the class action settlement (the "Preliminary Approval Motion").

Counsel to all parties have worked diligently to negotiate and finalize the proposed stipulation of settlement and exhibits thereto. The parties have exchanged multiple drafts of the stipulation of settlement and exhibits thereto, including a proposed preliminary approval order, proposed forms of notice, and a proposed final judgment. The parties have agreed on almost all terms in the proposed stipulation of settlement. However, certain elements of the settlement have proved more nuanced and complex than counsel originally anticipated when notifying the Court of the Settlement on August 22, 2025. As a result, the parties respectfully request that the Court grant an extension of time of two weeks, to November 4, 2025. All parties anticipate that they will be able to reach agreement on the outstanding elements and that Lead Plaintiff will be able to file the Preliminary Approval Motion on or before the revised deadline of November 4, 2025.

Pursuant to Your Honor's Individual Practices in Civil Case Rule 1.D, the parties state that (1) the original due date for the motion is October 21, 2025, (2) there have been no previous requests for adjournment or extensions of time to file the Preliminary Approval Motion, and (3) all parties make this request jointly and consent to the extension of time.

Respectfully submitted,

**WOLF POPPER LLP**

By: */s/ Joshua W. Ruthizer*
Robert C. Finkel
rfinkel@wolfpopper.com
Carl L. Stine
cstine@wolfpopper.com
Joshua W. Ruthizer

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/ Tamar Kaplan-Marans* (signed with permission by JWR)
Michael G. Bongiorno
michael.bongiorno@wilmerhale.com
Tamar Kaplan-Marans

New York | Puerto Rico | Washington, DC | Texas | Illinois | Massachusetts

# WOLFPOPPER

jruthizer@wolfpopper.com
Emer Burke
eburke@wolfpopper.com
Samuel Coffin
scoffin@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
Telephone: (212) 759-4600

*Lead Counsel for Lead Plaintiff
and the Settlement Class*

tamar.kaplan-marans@wilmerhale.com
Ripley Shiarella
ripley.shiarella@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

*Counsel for Applied Therapeutics, Inc.*

## KIRKLAND & ELLIS LLP

By: */s/ Jules H. Cantor* (signed with
permission by JWR)
Rachel M. Fritzler
Rachel.Fritzler@kirkland.com
Bella F. Gianani
Bella.Gianani@kirkland.com
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Mark Filip, P.C.
Mark.Filip@kirkland.com
Jules H. Cantor
Jules.Cantor@kirkland.com
333 W. Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Counsel for Shoshana Shendelman*

## MCGUIREWOODS, LLP

By: */s/ Jeffrey J. Chapman* (signed with
permission by JWR)
Jeffrey J. Chapman
jchapman@mcguirewoods.com
Stephen G. Foresta
sforesta@mcguirewoods.com
Louis D. Greenstein
lgreenstein@mcguirewoods.com
Lauren H. Mann
lmann@mcguirewoods.com
1251 Avenue of the Americas
20th Floor
New York, New York 10020
Telephone: (212) 548-7060

*Counsel for Riccardo Perfetti*