**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | ) ) ) ) ) | Case No. 1:24-cv-09715 (DLC) (VF) |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS AND (IV) SCHEDULING OF A FINAL APPROVAL HEARING**

PLEASE TAKE NOTICE that on a date and time to be set by the Court, in Courtroom 18B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street. New York, NY, 10007, Lead Plaintiff Dr. Martin Dietrich,[1] on his own behalf and on behalf of the proposed Class, and through his undersigned counsel, will move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order: (a) preliminarily approving the proposed class action Settlement; (b) preliminarily certifying the Class for settlement purposes only; (c) appointing Lead Plaintiff as Class Representative and Wolf Popper LLP as Class Counsel; (d) approving the proposed form of the Longform Notice, the Postcard Notice, the Summary Notice, and the Proof of Claim and Release; (e) approving the proposed methods of disseminating the Notices to the Class; (f) approving Angeion as Claims Administrator; (g) setting a schedule for Class members to submit Proof of Claims and objections to the Settlement (if any), for persons to opt-out of the Settlement (if any), and for the Court to hold a Settlement Hearing; and (h) such other and further relief as the Court deems just and proper. A proposed Preliminary Approval Order is attached to the Stipulation as Exhibit A and also submitted individualy herewith.

---

[1] All capitalized terms not otherwise defined herein have the same meanings as set forth in the Stipulation of Settlement dated October 21, 2025 (the "Stipulation"), filed herewith.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Lead Plaintiff submits the accompanying supporting memorandum of law filed herewith; the Stipulation and exhibits thereto; and the Declaration of Dr. Martin Dietrich in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of the Class for Settlement Purposes, and Approval of Notice to the Settlement Class, dated November 3, 2025, and filed herewith; and relies on all other filings in the above captioned matter.

Dated: November 4, 2025

Respectfully submitted,

**WOLF POPPER LLP**

By: */s/ Joshua W. Ruthizer*
Robert C. Finkel
rfinkel@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Emer Burke
eburke@wolfpopper.com
Samuel Coffin
scoffin@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
(212) 759-4600

*Attorneys for Court-Appointed Lead Plaintiff Dr. Martin Dietrich and Court-Appointed Lead Counsel to the Proposed Class*