UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE APPLIED THERAPEUTICS SECURITIES :          24cv9715(DLC)
LITIGATION                            :
                                      :             ORDER
------------------------------------- X

DENISE COTE, District Judge:

      The lead plaintiff having made a motion for preliminary

approval of the class action settlement agreement on November 4,

2025, it is hereby

      ORDERED that a conference will be held telephonically on

**November 19, 2025** at **11:00 a.m.**  The parties shall use the

following dial-in credentials for the telephone conference:

            Dial-in:       1-855-244-8681
            Access Code:   2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          November 13, 2025

                              _____
                                      DENISE COTE
                              United States District Judge