**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | No. 24-cv-09715 (DLC) |

**DECLARATION OF CHARLES BRIDGE REGARDING COMPLIANCE**
**WITH THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715(b)**

I, Charles Bridge, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel to Defendant Applied Therapeutics, Inc. ("Applied" or the "Company") in the above-captioned consolidated class action (the "Action").

2.      Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Applied, on behalf of all Defendants, has mailed the required notice of the settlement agreement in the Action (the "Notice") to all appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all U.S. states and territories.  The proposed settlement was filed with this Court on November 4, 2025. See ECF No. 119.  Defendants mailed the Notice on November 13, 2025, which is "[n]ot later than 10 days after [the] proposed settlement" was filed in this Court.  28 U.S.C. § 1715(b).

3.      The Notice enclosed all documents and other information required by 28 U.S.C. § 1715(b)(1)-(8), to the extent known to Defendants as of the date of the mailing.

4.      A true and accurate copy of the Notice, without its enclosures, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2

Dated: November 14, 2025                    */s/ Charles Bridge*
      New York, NY                              Charles Bridge

2