# EXHIBIT A

**WILMERHALE**

**VIA OVERNIGHT DELIVERY**

**Michael G. Bongiorno**
+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

November 13, 2025

The United States Attorney General and
All State and Territory Attorneys General
Identified on the Attached Service List

**Re:     Notice Under the Class Action Fairness Act Concerning Settlement of Litigation: *In re Applied Therapeutics Securities Litigation*, No. 24-cv-09715 (S.D.N.Y.)**

Dear Sir or Madam:

We are writing to you on behalf of Defendants Applied Therapeutics, Inc. ("Applied" or the "Company"), Dr. Shoshana Shendelman, and Dr. Riccardo Perfetti (together, "Defendants") to notify you of the proposed settlement of the above-referenced matter (the "Action") pursuant to the procedures specified in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).  Applied is represented by Wilmer Cutler Pickering Hale and Dorr LLP.  Dr. Shoshana Shendelman is represented by Kirkland & Ellis LLP.  Dr. Riccardo Perfetti is represented by McGuireWoods LLP.

We are providing you with a CD containing certain documents, in ".pdf" format, as required by the Class Action Fairness Act.  These include the following enclosures:

1. Two class action complaints that were filed against Applied in December 2024, which the Court later consolidated under the above-referenced case number and caption;

2. The Consolidated Amended Class Action Complaint filed on May 2, 2025;

3. The Second Consolidated Amended Class Action Complaint filed on June 13, 2025 (the "Complaint");

4. Lead Plaintiff's unopposed motion for preliminary approval of the settlement; and

5. The Stipulation of Settlement (including proposed forms of notice, judgment, and claim, and the Warrant Agreement) and the confidential Supplemental Agreement as described in paragraph 9.3 of the Stipulation of Settlement, each dated November 4, 2025.

The operative Complaint and any materials filed with the Complaint, as well as all other public filings in the Action, may be accessed online via the Federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov.

WILMERHALE

November 13, 2025
Page 2

As of the date of this mailing, the District Court has not yet set a date for a hearing on Lead Plaintiff's motion for preliminary approval of the proposed settlement or a date for a final approval hearing and has not issued a final judgment or notice of dismissal concerning the proposed settlement of the Action. Additionally, as of the date of mailing, no written judicial opinions have been issued relating to the foregoing settlement materials or the materials described in 28 U.S.C. § 1715(b)(3)-(6).

At this time, Defendants do not know and cannot feasibly determine the names of the class members residing in each state, and therefore cannot feasibly estimate the "proportionate share of the claims of such members to the entire settlement" pursuant to 28 U.S.C. § 1715(b)(7)(A)-(B). In this Action, the names and residences of the class members will not be known until after notice of the proposed settlement has been given and potential class members have submitted claim forms, so it is not feasible at this time to provide (1) a list of class members by state of residence, (2) a reasonable estimate of the number of class members residing in each state, or (3) a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.

The foregoing information is provided based on information currently available to Defendants and their counsel, and the status of the proceedings at the time of the submission of this notification.

Should you have any questions regarding this notice, the Action, or any of the enclosed information, please feel free to contact the undersigned Defendants' counsel directly.

Sincerely,

*/s/* Michael G. Bongiorno
Michael G. Bongiorno
Tamar Kaplan-Marans
Ripley Shiarella
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com
ripley.shiarella@wilmerhale.com

*Counsel for Applied Therapeutics, Inc.*

*/s/* Rachel M. Fritzler
Rachel M. Fritzler
Bella F. Gianani
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(t) (212) 446-4800
rachel.fritzler@kirkland.com
bella.gianani@kirkland.com

Mark Filip, P.C.
Jules H. Cantor
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654

WILMERHALE

November 13, 2025
Page 3

(t) (312) 862-2000
mark.filip@kirkland.com
jules.cantor@kirkland.com

*Counsel for Dr. Shoshana Shendelman*

/s/ Jeffrey J. Chapman
Jeffrey J. Chapman
Stephen G. Foresta
Louis D. Greenstein
Lauren H. Mann
MCGUIREWOODS LLP
1251 Avenue of the Americas
New York, NY 10020
(t) (212) 548-7060
jchapman@mcguirewoods.com
sforesta@mcguirewoods.com
lgreenstein@mcguirewoods.com
lmann@mcguirewoods.com

*Counsel for Dr. Riccardo Perfetti*

## SERVICE LIST

| U.S. ATTORNEY GENERAL |
| --- |
| Hon. Pamela Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

| STATE ATTORNEYS GENERAL | |
| --- | --- |
| **Alabama**<br>Hon. Steve Marshall<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 | **Alaska**<br>Hon. Stephen J. Cox<br>Office of the Attorney General, Alaska<br>Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| **American Samoa**<br>Hon. Gwen Tauiliili-Langkilde<br>Office of the Attorney General<br>P.O. Box 7<br>Pago Pago, AS 96799 | **Arizona**<br>Hon. Kris Mayes<br>Office of the Attorney General<br>2005 North Central Avenue<br>Phoenix, AZ 85004-2926 |
| **Arkansas**<br>Hon. Tim Griffin<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 | **California**<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |
| **Colorado**<br>Hon. Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | **Connecticut**<br>Hon. William Tong<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| **Delaware**<br>Hon. Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE 19801 | **District of Columbia**<br>Hon. Brian Schwalb<br>Office of the Attorney General<br>400 6th Street, NW<br>Washington, DC 20001 |

| STATE ATTORNEYS GENERAL | |
|---|---|
| **Florida**<br>Hon. James Uthmeier<br>Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | **Georgia**<br>Hon. Christopher M. Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| **Guam**<br>Hon. Douglas Moylan<br>Bank of Hawaii Building<br>134 West Soledad Avenue, 4th Floor, Suite 412<br>Hagatna, GU 96910 | **Hawaii**<br>Hon. Anne E. Lopez<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| **Idaho**<br>Hon. Raúl Labrador<br>Office of the Attorney General<br>700 West Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 | **Illinois**<br>Hon. Kwame Raoul<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62701 |
| **Indiana**<br>Hon. Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 | **Iowa**<br>Hon. Brenna Bird<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| **Kansas**<br>Hon. Kris Kobach<br>Office of the Attorney General<br>120 Southwest 10th Avenue, 2nd Floor<br>Topeka, KS 66612 | **Kentucky**<br>Hon. Russell Coleman<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 |
| **Louisiana**<br>Hon. Liz Murrill<br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 | **Maine**<br>Hon. Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| **Maryland**<br>Hon. Anthony G. Brown<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, MD 21202 | **Massachusetts**<br>Hon. Andrea Joy Campbell<br>Office of the Attorney General<br>ATTN: CAFA Coordinator / General<br>Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 |

| STATE ATTORNEYS GENERAL | |
|---|---|
| **Michigan**<br>Hon. Dana Nessel<br>Department of Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909 | **Minnesota**<br>Hon. Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 600<br>Saint Paul, MN 55101-2131 |
| **Mississippi**<br>Hon. Lynn Fitch<br>Office of the Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 | **Missouri**<br>Hon. Catherine L. Hanaway<br>Office of the Attorney General<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65101-1516 |
| **Montana**<br>Hon. Austin Knudsen<br>Office of the Attorney General<br>215 North Sanders, 3rd Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401 | **Nebraska**<br>Hon. Mike Hilgers<br>Office of the Attorney General<br>1445 K Street, Room 2115<br>P.O. Box 98920<br>Lincoln, NE 68508 |
| **Nevada**<br>Hon. Aaron D. Ford<br>ATTN: CAFA Coordinator<br>Office of the Attorney General, Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717 | **New Hampshire**<br>Hon. John Formella<br>Office of the Attorney General<br>New Hampshire Department of Justice<br>1 Granite Place South<br>Concord, NH 03301 |
| **New Jersey**<br>Hon. Matthew J. Platkin<br>Office of The Attorney General<br>Richard J. Hughes Justice Complex<br>8th Floor, West Wing<br>25 Market Street<br>Trenton, NJ 08625-0080 | **New Mexico**<br>Hon. Raul Torrez<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| **New York**<br>CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | **North Carolina**<br>Hon. Jeff Jackson<br>Attorney General's Office<br>North Carolina Department of Justice<br>114 West Edenton Street<br>Raleigh, NC 27603 |

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

| STATE ATTORNEYS GENERAL | |
|---|---|
| **North Dakota**<br>Hon. Drew Wrigley<br>Office of the Attorney General<br>600 East Boulevard Avenue, Department 125<br>Bismarck, ND 58505-0040 | **Northern Mariana Islands**<br>Hon. Edward E. Manibusan<br>Office of the Attorney General<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| **Ohio**<br>Hon. Dave Yost<br>Office of the Attorney General<br>State Office Tower<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43215 | **Oklahoma**<br>Hon. Gentner Drummond<br>Office of the Attorney General<br>313 Northeast 21st Street<br>Oklahoma City, OK 73105-3207 |
| **Oregon**<br>Hon. Dan Rayfield<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 | **Pennsylvania**<br>Hon. Dave Sunday<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| **Puerto Rico**<br>Hon. Lourdes Lynnette Gómez Torres<br>Edificio Principal del Departamento de Justicia<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | **Rhode Island**<br>Hon. Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| **South Carolina**<br>Hon. Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 | **South Dakota**<br>Hon. Marty J. Jackley<br>Office of the Attorney General<br>1302 South Dakota East Highway 1889, Suite 1<br>Pierre, SD 57501-8501 |
| **Tennessee**<br>Hon. Jonathan Skrmetti<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | **Texas**<br>Hon. Ken Paxton<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| **Utah**<br>Hon. Derek Brown<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 | **Vermont**<br>Hon. Charity R. Clark<br>Vermont Attorney General's Office<br>Pavilion Office Building<br>109 State Street<br>Montpelier, VT 05609-1001 |

| STATE ATTORNEYS GENERAL | |
|---|---|
| **Virginia**<br>Hon. Jason Miyares<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 | **Virgin Islands**<br>Hon. Gordon Rhea<br>Office of the Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>Saint Thomas, VI 00802 |
| **Washington**<br>Hon. Nick Brown<br>Office of the Attorney General<br>1125 Washington Street, SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | **West Virginia**<br>Hon. John B. McCuskey<br>Office of the Attorney General<br>State Capitol Complex, East<br>Building 1, Room E-26<br>1900 Kanawha Boulevard E<br>Charleston, WV 25305 |
| **Wisconsin**<br>Hon. Josh Kaul<br>Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 | **Wyoming**<br>Hon. Keith G. Kautz<br>Office of the Attorney General<br>109 State Capitol<br>200 West 24th Street<br>Cheyenne, WY 82002 |
| **Marshall Islands**<br>Hon. Richard Hickson<br>Office of the Attorney General<br>P.O. Box 890<br>Delap-Uliga-Djarrit<br>Majuro, MH 96960 | **Federated States of Micronesia**<br>Hon. Leonito Bacalando, Jr.<br>Department of Justice<br>P.O. Box PS105<br>Palikir<br>Pohnpei State, FM 96941 |
| **Palau**<br>Hon. Ernestine Rengiil<br>Office of the Attorney General<br>P.O. Box 6051<br>Koror, PW 96940 | |