**WOLFPOPPER**

Joshua Ruthizer
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212-451-9668
jruthizer@wolfpopper.com
wolfpopper.com

December 15, 2025

**VIA ECF**
Hon. Denise Cote
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

Re:    ***In re Applied Therapeutics Sec. Litig.*, No. 1:24-cv-09715 (DLC) (VF)**

Dear Judge Cote:

We represent Lead Plaintiff Dr. Martin Dietrich as Court-appointed Lead Counsel in the above captioned securities class action. We, along with the undersigned counsel for Defendants, respectfully submit this joint letter motion pursuant to Your Honor's Individual Practices in Civil Cases Rule 4.J to request that the Court so order and approve an amendment to the Longform Notice (as defined below) based on recent events, or in the alternative, to schedule a conference to discuss the parties' joint request.

On November 20, 2025, Your Honor issued an Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1), Certifying Class for Settlement Purposes, and Approving Form of Notice and Directing Notice to the Class (ECF No. 127, the "Preliminary Approval Order"). The Preliminary Approval Order, among other things, approved the form of, and directed the dissemination of, the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Longform Notice"). The Longform Notice states that as part of the Settlement[1] consideration, defendant Applied Therapeutics, Inc. ("Applied") agreed to issue Warrants to the Class to purchase 1 million shares of Applied common stock at an exercise price of $0.48 per share, the closing price of Applied common stock on August 19, 2025, the date when a settlement in principle was reached.

On Thursday, December 11, 2025, after the Preliminary Approval Order was entered and while Lead Counsel and the Claims Administrator were preparing for dissemination of the Notices by the December 19, 2025 Notice Date, defendant Applied issued a press release announcing that it had entered into a merger agreement with Cycle Group Holdings Limited ("Cycle") pursuant to which Cycle will commence a tender offer to acquire all of the outstanding shares of Applied common stock for a per share price of $0.088 per share in cash payable at closing plus one non-transferrable contingent value right ("CVR") that entitles the holder to receive potential additional payments (the "Transaction"). A copy of Applied's announcement is attached hereto as Exhibit 1.

The parties request that the following paragraph be added to the Longform Notice so that the Class can be informed of this event:

---

[1] Capitalized terms not defined herein have the meaning set forth in the Amended Stipulation of Settlement, dated November 20, 2025 (ECF No. 126).

**WOLF**POPPER

On Thursday, December 11, 2025, Applied issued a press release announcing that it had entered into a merger agreement with Cycle Group Holdings Limited ("Cycle") pursuant to which Cycle will commence a tender offer to acquire all of the outstanding shares of Applied common stock for a per share price of $0.088 per share in cash payable at closing plus one non-transferrable contingent value right ("CVR") that entitles the holder to receive potential additional payments (the "Transaction"). The Transaction is subject to the tender of a majority of the outstanding shares of Applied common stock and is expected to close in the first quarter of 2026.

The parties have also added that the term of the Warrants is one year after the Effective Date of the Settlement.

Attached as Exhibit 2 to this letter is a redline comparison showing the addition of the above information on page 4 of the Longform Notice. The parties do not believe that the Postcard Notice or the Summary Notice need to be updated in light of the Transaction. The Postcard Notice and Summary Notice will direct potential Class Members to the Settlement Website, where the Longform Notice can be downloaded.

The parties do not believe that an extension of the December 19, 2025 Notice Date is warranted.

Counsel to the parties are available for a conference, if the Court considers it necessary.

Respectfully submitted,

<table>
<tr><td>

**WOLF POPPER LLP**

By: */s/ Joshua W. Ruthizer*
Robert C. Finkel
rfinkel@wolfpopper.com
Carl L. Stine
cstine@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Emer Burke
eburke@wolfpopper.com
Samuel Coffin
scoffin@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
Telephone: (212) 759-4600

*Lead Counsel for Lead Plaintiff
and the Settlement Class*

</td><td>

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**

By: */s/ Tamar Kaplan-Marans* (signed with permission by JWR)
Michael G. Bongiorno
michael.bongiorno@wilmerhale.com
Tamar Kaplan-Marans
tamar.kaplan-marans@wilmerhale.com
Ripley Shiarella
ripley.shiarella@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

*Counsel for Applied Therapeutics, Inc.*

</td></tr>
<tr><td>

**KIRKLAND & ELLIS LLP**

By: */s/ Rachel M. Fritzler* (signed with permission by JWR)
Rachel M. Fritzler

</td><td>

**MCGUIREWOODS, LLP**

By: */s/ Jeffrey J. Chapman* (signed with permission by JWR)
Jeffrey J. Chapman

</td></tr>
</table>

WOLFPOPPER

Rachel.Fritzler@kirkland.com
Bella F. Gianani
Bella.Gianani@kirkland.com
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Mark Filip, P.C.
Mark.Filip@kirkland.com
Jules H. Cantor
Jules.Cantor@kirkland.com
333 W. Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Counsel for Shoshana Shendelman*

jchapman@mcguirewoods.com
Stephen G. Foresta
sforesta@mcguirewoods.com
Louis D. Greenstein
lgreenstein@mcguirewoods.com
Lauren H. Mann
lmann@mcguirewoods.com
1251 Avenue of the Americas
20th Floor
New York, New York 10020
Telephone: (212) 548-7060

*Counsel for Riccardo Perfetti*