# EXHIBIT 1



## Cycle Pharmaceuticals to Acquire Applied Therapeutics

December 11, 2025

**Applied Therapeutic's lead drug candidate, govorestat, is a novel central nervous system penetrant Aldose Reductase Inhibitor for the treatment of CNS rare metabolic diseases**

NEW YORK, Dec. 11, 2025 (GLOBE NEWSWIRE) -- App ed Therapeut cs, Inc. (Nasdaq: APLT; "App ed"), a c n ca -stage b opharmaceut ca company ded cated to creat ng transformat ve treatments for rare d seases, today announced a def n t ve agreement for Cyc e Group Ho d ngs L m ted ("Cyc e") to acqu re App ed Therapeut cs.

App ed Therapeut cs s a c n ca -stage b opharmaceut ca company comm tted to the deve opment of nove drug cand dates aga nst va dated mo ecu ar targets n rare d seases. App ed's ead drug cand date, govorestat, s a nove centra nervous system (CNS) penetrant A dose Reductase Inh b tor (ARI) for the treatment of CNS rare metabo c d seases, nc ud ng C ass c Ga actosem a, Charcot-Mar e-Tooth Sorb to Dehydrogenase Def c ency (CMT-SORD) and phosphomannomutase 2 congen ta d sorder of g ycosy at on (PMM2-CDG).

"We are conf dent that Cyc e has the resources and capab t es to move govorestat forward towards the u t mate goa of br ng ng a fe-chang ng treatment to the pat ents suffer ng from C ass c Ga actosem a, CMT-SORD and PMM2-CDG, who have a ways been at the center of everyth ng we do at App ed," sa d Les Funt eyder, Inter m Ch ef Execut ve Off cer and Ch ef F nanc a Off cer of App ed. "I want to thank the ent re App ed team for the r perseverance and comm tment. We are a so gratefu to the nvest gators and pat ents who have contr buted to the deve opment of govorestat."

Under the terms of the merger agreement, Cyc e w commence a tender offer to acqu re a of the outstand ng shares of App ed common stock for a per share pr ce of $0.088 per share n cash payab e at c os ng p us one non-transferrab e cont ngent va ue r ght (CVR) that ent t es the ho der to rece ve potent a add t ona payments.

The CVR prov des payments based on the fo ow ng:

- Up to $0.10 per CVR in cash payable upon FDA approval of a new drug application for any galactosemia indication prior to the eighth anniversary of closing.

- Up to $0.10 per CVR in cash payable upon FDA approval of a new drug application for the CMT-SORD indication prior to the eighth anniversary of closing.

- Up to $0.20 per CVR in cash payable upon the first achievement of worldwide net sales of any product covered by the CVR by Cycle, its affiliates or licensees equal to or exceeding $200 million dollars in any four-quarter fiscal period prior to the tenth anniversary of closing.

- Each CVR holder will also be entitled to receive their pro rata share of any cash of Applied in excess of $500,000 at closing (capped at $1.5 million) ("Closing Cash Payment").

- Each such CVR and Closing Cash Payment will be paid only once, if at all.

The transact on s subject to customary c os ng cond t ons conta ned n the merger agreement that w be f ed w th the SEC, nc ud ng the tender of a major ty of the outstand ng shares of App ed common stock. The merger agreement does not nc ude a f nanc ng cond t on. The transact on s expected to c ose n the f rst quarter of 2026, subject to sat sfact on of the c os ng cond t ons. If the tender offer c oses, then Cyc e wou d acqu re untendered shares of App ed through a second-step merger for the same cons derat on.

App ed a so ssued a Prom ssory Note (the "Prom ssory Note") to Cyc e. The Prom ssory Note s unsecured and enab es App ed to rece ve oans aggregat ng up to $8.5 m on from Cyc e, to fund App ed's work ng cap ta needs under an approved budget. Cyc e's fund ng ob gat ons cease, and amounts borrowed mmed ate y becomes repayab e, f the transact on s term nated for certa n reasons. Absent funds prov ded by Cyc e under the Prom ssory Note or from another source, App ed wou d be unab e to cont nue to fund ts act v t es for more than a m ted number of days and App ed wou d ant c pate proceed ng to w nd down operat ons.

The transact on was unan mous y approved by the App ed Board of D rectors fo ow ng an extens ve eva uat on of strateg c a ternat ves. Th s eva uat on process nc uded numerous d scuss ons w th potent a counterpart es. The App ed Board of D rectors determ ned that enter ng nto the merger agreement w th Cyc e represented the path that best advanced the nterests of App ed and ts stockho ders.

For Cyc e, Goodw n Procter LLP s act ng as ega counse . For App ed, Aqu o Partners, L.P. prov ded a fa rness op n on, and Ropes & Gray LLP s act ng as ega counse .

### About Cycle Pharmaceuticals

Cyc e was founded n 2012 w th the so e a m of de ver ng drug treatments and product support to the underserved rare d sease commun ty. Cyc e focuses on rare genet c cond t ons n metabo c, mmuno ogy, uro ogy, and onco ogy. In neuro ogy, Cyc e focuses on mu t p e sc eros s. Cyc e s headquartered n Cambr dge, UK and has off ces n Detro t, M ch gan. For more nformat on, p ease v s t www.cyc epharma.com and fo ow us on X, L nkedIn and Facebook.

**About Applied Therapeutics**

App ed Therapeut cs, Inc. s a c n ca -stage b opharmaceut ca company comm tted to the deve opment of nove drug cand dates aga nst va dated mo ecu ar targets n rare d seases. The Company's ead drug cand date, govorestat, s a nove centra nervous system (CNS) penetrant A dose Reductase Inh b tor (ARI) for the treatment of CNS rare metabo c d seases, nc ud ng C ass c Ga actosem a, Charcot-Mar e-Tooth Sorb to Dehydrogenase Def c ency (CMT-SORD) and phosphomannomutase 2 congen ta d sorder of g ycosy at on (PMM2-CDG).

**Additional Information and Where to Find it**

The tender offer referred to n th s document has not yet commenced. Th s document s for nformat ona purposes on y and s ne ther an offer to purchase nor a so c tat on of an offer to se shares, nor s t a subst tute for the tender offer mater a s that Cyc e Group Ho d ngs L m ted ("Parent") and AT2B, Inc., an nd rect who y owned subs d ary of Parent ("Purchaser") w f e w th the SEC upon commencement of the tender offer. At the t me the tender offer s commenced, Parent and Purchaser w cause to be f ed a tender offer statement on Schedu e TO w th the SEC, and App ed Therapeut cs w f e a so c tat on/recommendat on statement on Schedu e 14D-9 w th respect to the tender offer.

THE TENDER OFFER MATERIALS (INCLUDING AN OFFER TO PURCHASE, A RELATED LETTER OF TRANSMITTAL AND CERTAIN OTHER OFFER DOCUMENTS) AND THE SOLICITATION/RECOMMENDATION STATEMENT ON SCHEDULE 14D-9 WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED ACQUISITION AND THE PARTIES THERETO. INVESTORS AND STOCKHOLDERS OF APPLIED THERAPEUTICS ARE URGED TO READ THESE DOCUMENTS CAREFULLY WHEN THEY BECOME AVAILABLE (AND EACH AS IT MAY BE AMENDED OR SUPPLEMENTED FROM TIME TO TIME) BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION THAT INVESTORS AND STOCKHOLDERS SHOULD CONSIDER BEFORE MAKING ANY DECISION REGARDING TENDERING THEIR SHARES OF COMMON STOCK IN THE OFFER.

Both the tender offer statement and the so c tat on/recommendat on statement w be ma ed to App ed Therapeut cs' stockho ders free of charge. A free copy of the tender offer statement and the so c tat on/recommendat on statement w a so be made ava ab e to a stockho ders of App es Therapeut cs by access ng https:// r app edtherapeut cs.com/ or by contact ng Investor Re at ons at app edtherapeut cs@argotpartners.com. In add t on, the tender offer statement and the so c tat on/recommendat on statement (and a other documents f ed w th the SEC) w be ava ab e at no charge on the SEC's webs te: www.sec.gov, upon f ng w th the SEC.

APPLIED THERAPEUTICS' STOCKHOLDERS ARE ADVISED TO READ THE SCHEDULE TO AND THE SCHEDULE 14D-9, AS EACH MAY BE AMENDED OR SUPPLEMENTED FROM TIME TO TIME, AND ANY OTHER RELEVANT DOCUMENTS FILED WITH THE SEC WHEN THEY BECOME AVAILABLE BEFORE THEY MAKE ANY DECISION WITH RESPECT TO THE TENDER OFFER, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION AND THE PARTIES THERETO.

**Cautionary Statement Regarding Forward-Looking Statements**

Th s document nc udes forward- ook ng statements that are subject to r sks, uncerta nt es, and other factors that cou d cause actua resu ts to d ffer mater a y from those expressed or mp ed by the forward- ook ng statements, nc ud ng, w thout m tat on, statements regard ng the proposed acqu s t on of App ed Therapeut cs by Parent, the expected t metab e for comp et ng the transact on, and App ed Therapeut cs' future f nanc a or operat ng performance. These forward- ook ng statements typ ca y can be dent f ed by words such as "be eve," "expect," "est mate," "pred ct," "target," "potent a ," " ke y," "cont nue," "ongo ng," "cou d," "shou d," " ntend," "may," "m ght," "p an," "seek," "ant c pate," "project" and s m ar express ons, as we as var at ons or negat ves of these words. Forward- ook ng statements nc ude, w thout m tat on, statements regard ng the proposed acqu s t on of App ed Therapeut cs by Parent, s m ar transact ons, prospect ve performance, future p ans, events, expectat ons, object ves, opportun t es, and the out ook for App ed Therapeut cs; the expected t m ng of the comp et on of the transact on; the ab ty to comp ete the transact on cons der ng the var ous c os ng cond t ons; and the accuracy of any assumpt ons under y ng any of the forego ng. Investors are caut oned that any such forward- ook ng statements are not guarantees of future performance and nvo ve r sks and uncerta nt es; accord ng y, nvestors are caut oned not to p ace undue re ance on forward- ook ng statements. Actua resu ts may d ffer mater a y due to severa factors. Factors that cou d cause future resu ts to d ffer mater a y nc ude: r sks assoc ated w th the t m ng of the c os ng of the proposed transact on, nc ud ng the r sks that a cond t on to c os ng wou d not be sat sf ed w th n the expected t meframe or at a or that the c os ng of the proposed transact on w not occur; uncerta nt es as to how many of App ed Therapeut cs' stockho ders w tender the r shares n the offer; the poss b ty that compet ng offers w be made; the occurrence of any event, change, or other c rcumstance that cou d g ve r se to the term nat on of the Merger Agreement, nc ud ng c rcumstances requ r ng the Company to pay a term nat on fee pursuant to the Merger Agreement; the outcome of any ega proceed ngs that may be nst tuted aga nst the part es and others re ated to the merger agreement; unant c pated d ff cu t es or expend tures re at ng to the proposed transact on; the response of bus ness partners to the announcement of the proposed transact on, and/or potent a d ff cu t es n emp oyee retent on as a resu t of the announcement and pendency of the proposed transact on; the poss b ty that the m estone payments re ated to the CVR w never be ach eved and that no m estone payment may be made or f made the amount of such m estone payment made; the r sk that any equ tyho der t gat on n connect on w th the proposed transact ons may resu t n s gn f cant costs of defense, ndemn f cat on and ab ty; App ed Therapeut cs' ab ty to successfu y demonstrate the eff cacy and safety of ts drug or drug cand dates, and the prec n ca or c n ca resu ts for ts product cand dates, wh ch may not support further deve opment of such product cand dates; comments, feedback and act ons of regu atory agenc es; App ed Therapeut cs' dependence on the successfu c n ca deve opment, regu atory approva and commerc a zat on of ts product cand dates; the nherent uncerta nt es assoc ated w th deve op ng new products or techno og es and operat ng as a c n ca stage company; the Company's ob gat ons under the Prom ssory Note and ts ab ty to sat sfy such ob gat ons; the Company's ab ty to rece ve oans from Parent under the Prom ssory Note; the Company's cash suff c ency and runway; and other r sks dent f ed n App ed Therapeut cs' SEC f ngs, nc ud ng App ed Therapeut cs' Annua Report on Form 10-K for the year ended December 31, 2024, Quarter y Reports for the quarters ended March 31, 2025, June 30, 2025 and September 30, 2025 and subsequent f ngs w th the SEC. App ed Therapeut cs caut ons you not to p ace undue re ance on any forward- ook ng statements, wh ch speak on y as of the date they are made. The forward- ook ng statements n th s document speak on y as of the date of th s document. App ed Therapeut cs undertakes no ob gat on to update any forward- ook ng statement, whether as a resu t of new nformat on, future deve opments, or otherw se, except as may be requ red by app cab e aw.

**Contacts**

**Investors:**
Ju e Se de / Andrew Vu s
(212) 600-1902

appl1edtherapeut1cs@argotpartners.com

**Media:**
med1a@app1edtherapeut1cs.com