WILMERHALE

February 3, 2026

**Tamar Kaplan-Marans**

+1 212 230 8809 (t)
+1 212 230 8888 (f)
tamar.kaplan-marans@wilmerhale.com

**VIA ECF**

Hon. Denise Cote
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

      Re:    *In re Applied Therapeutics Sec. Litig.*, Case No. 1:24-cv-09715-DLC

Dear Judge Cote:

      We represent Defendant Applied Therapeutics, Inc. ("Applied") in the above-captioned securities class action.  We respectfully submit this letter to provide a status update to the Court.

      As noted in a prior letter to the Court (ECF No. 130), Applied announced on December 11, 2025 that it had entered into a definitive merger agreement pursuant to which Cycle Group Holdings Limited ("Cycle") would acquire Applied.  Ex. A.  Pursuant to that agreement, Cycle extended a tender offer to purchase all outstanding shares of Applied's common stock.  After a majority of those shares were validly tendered, Cycle acquired all remaining untendered shares through a second-step merger for the same consideration.  *See id.*, at 1.  On February 3, 2026, Cycle announced that "it has completed the acquisition of" Applied.  Ex. B, at 1.

      We are available at the Court's convenience should Your Honor have any questions.

            Respectfully submitted,

            */s/ Tamar Kaplan-Marans*
            Michael G. Bongiorno
            Tamar Kaplan-Marans
            WILMER CUTLER PICKERING
              HALE AND DORR LLP
            7 World Trade Center
            250 Greenwich Street
            New York, NY 10007
            (t) (212) 230-8800
            michael.bongiorno@wilmerhale.com
            tamar.kaplan-marans@wilmerhale.com

            *Counsel for Applied Therapeutics, Inc.*