# WOLF POPPER

Joshua W. Ruthizer
845 Third Avenue
New York, NY 10022
212-451-9668
jruthizer@wolfpopper.com
wolfpopper.com

March 5, 2026

**VIA ECF**
Hon. Denise Cote
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

Re: *In re Applied Therapeutics Sec. Litig.*, No. 1:24-cv-09715 (DLC) (VF)

Dear Judge Cote:

This firm represents Lead Plaintiff Dr. Martin Dietrich as Court-appointed Lead Counsel in the above captioned securities class action. On November 20, 2025, Your Honor issued an Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1), Certifying Class for Settlement Purposes, and Approving Form of Notice and Directing Notice to the Class (ECF No. 127, the "Preliminary Approval Order").

Among other things, the Preliminary Approval Order directed that "[n]o later than March 5, 2026 … Lead Plaintiff shall file with the Court a list of Persons who have submitted valid and timely requests for exclusion." ECF No. 127, ¶ 17. There was one request for exclusion received, as noted in the list attached hereto as Exhibit 1.

Respectfully submitted,

**WOLF POPPER LLP**

By: */s/ Joshua W. Ruthizer*
Joshua W. Ruthizer
Robert C. Finkel
Emer Burke
Samuel Coffin
845 Third Avenue, 12th Floor
New York, New York 10022
(212) 759-4600
jruthizer@wolfpopper.com

*Attorneys for Class Representative Dr. Martin Dietrich and the Settlement Class*

**Exhibit 1**

**List of Persons Requesting Exclusion from the Settlement Class**

| Name | City, State, Country |
|------|----------------------|
| 1. Raymond M. Coggins | New York, NY, USA |