# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE APPLIED THERAPEUTICS SECURITIES LITIGATION | Case No. 1:24-cv-09715 (DLC) (VF) |
|  | CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF DAWN M. CODY**
**REGARDING: (I) MAILING AND EMAILING OF NOTICE; (II) REPORT ON**
**REQUESTS FOR EXCLUSION; AND (III) CLAIMS RECEIVED TO DATE**

I, Dawn M. Cody, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am a Project Manager at Angeion Group LLC ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  Pursuant to the Court's November 20, 2025 Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1), Certifying Class for Settlement Purposes, and Approving Form of Notice and Directing Class Notice to the Class (ECF No. 127) (the "Preliminary Approval Order"), Angeion was appointed as the Claims Administrator in connection with the Settlement in the above-captioned Action.[1] ECF No. 127 ¶ 7.

2.      I submit this declaration as a supplement to my earlier submitted declaration, the Declaration of Dawn M. Cody Regarding: (I) Mailing and Emailing of Notice; (II) Publication of the Summary Notice; and (III) Report on Requests for Exclusion Received to Date, dated February 11, 2026 (the "Initial Mailing Declaration," ECF No. 135-1).  I am over 21 years of age and am not a party to this Action.  I am familiar with the facts set forth herein based on personal knowledge, as well as information provided to me by my colleagues in the ordinary course of business at Angeion.

---

[1] Capitalized terms not defined herein have the meaning set forth in the Amended Stipulation of Settlement, dated November 20, 2025 (the "Stipulation," ECF No. 126).

1

**UPDATE ON DISSEMINATION OF THE POSTCARD NOTICE**

3. As more fully stated in my Initial Mailing Declaration, as of February 10, 2026, a total of 60,382 notifications had been disseminated to potential Class Members and their nominees, including 39,864 Postcard Notices sent via First-Class Mail and 20,518 links to the Postcard Notice and Claim Form sent via email.

4. From February 11, 2026, through March 11, 2026, Angeion has not received any additional requests to mail or email the Postcard Notice to potential Class Members or for copies of the Postcard Notice or links to the Postcard Notice and Claim Form.

5. In addition, as stated in the Initial Mailing Declaration, as of February 10, 2026, a total of 6 Postcard Notices were returned by the USPS as undeliverable without a forwarding address, and Angeion was able to remail Postcard Notices to 5 of those potential Class Members for whom updated addresses were obtained through address verification searches.

6. From February 11, 2026, through March 11, 2026, no additional Postcard Notices were returned by the United States Postal Service as undeliverable without a forwarding address and Angeion has not remailed any Postcard Notices.

7. In total, through March 11, 2026, 6 Postcard Notices were returned by the USPS as undeliverable without a forwarding address, and Angeion was able to locate a potential address for, and remail, 5 of those Postcard Notices.

**UPDATE ON TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS**

8. Angeion continues to maintain the toll-free telephone number established on December 19, 2025 (833-703-4229) and Interactive Voice Response ("IVR") system to accommodate any inquiries from potential Class Members with question about the Action and the Settlement.

2

9. As stated in the Initial Mailing Declaration, as of February 10, 2026, 54 calls were made to the case specific toll-free phone number, and 15 calls were handled by live operators.

10. From February 11, 2026, through March 11, 2026, 15 calls were made to the case specific toll-free phone number, and 10 calls were handled by live operators

11. In total, through March 11, 2026, 69 calls have been made to the case specific toll-free phone number, and 25 calls have been handled by live operators. All calls not handled by live operators did not require further assistance beyond the IVR .

12. Angeion continues to maintain the telephone number and will continue to update the IVR system as necessary throughout the administration of the Settlement.

13. Angeion also continues to maintain the email address Info@APLTSecuritiesSettlement.com, established on December 19, 2026, for the Settlement. As discussed in the Initial Mailing Declaration, as of February 10, 2026, Angeion had received 112 emails to the settlement specific email address.

14. From February 11, 2026, through March 11, 2026, Angeion received 26 emails to the settlement email address.

15. In total, through March 11, 2026, Angeion received 138 emails at the settlement email address, including broker requests for copies of the Notice and questions regarding the claims process, each of which has received a response. Angeion will continue to monitor the settlement email address throughout the administration of the Settlement and will respond promptly to any email messages received.

3

**UPDATE ON SETTLEMENT WEBSITE**

16.     As reported in the Initial Mailing Declaration, Angeion designed, implemented, and currently maintains a case-specific website, www.APLTSecuritiesSettlement.com which became operational on December 19, 2025.

17.     At the request of Lead Counsel, shortly after their filing with the Court on February 12, 2026, Angeion posted downloadable copies of the following documents on the website: (a) Notice of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and an Award of Attorneys' Fees and Litigation Expenses (ECF No. 133); (b) Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation and an Award of Attorneys' Fees and Litigation Expenses (ECF No. 134); and (c) Declaration of Joshua W. Ruthizer in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and an Award of Attorneys' Fees and Litigation Expenses, and all exhibits thereto (ECF No. 135).

18.     Also, at the request of Lead Counsel, on March 6, 2026, Angeion posted a downloadable copy of Lead Counsel's March 5, 2026 letter to the Court advising the Court that there had been one request for exclusion received in connection with the Settlement (ECF No. 136).

19.     As stated in the Initial Mailing Declaration, as of February 10, 2026, the Settlement Website was visited 2,335 times. From February 11, 2026, through March 11, 2026, the Settlement Website was visited 861 times.

20.     In total, through March 11, 2026, the Settlement Website was visited 3,196 times.

21.     Angeion will continue to update the website with relevant information and Court Documents throughout the administration of the Settlement.

**UPDATE ON REQUESTS FOR**
**COPIES OF LONGFORM NOTICE AND CLAIM FORM**

22.     As previously stated in my Initial Mailing Declaration of February 10, 2026, Angeion had received 2 requests for copies of the Longform Notice and Claim Form by phone.

23.     From February 11, 2026 through March 11, 2026, Angeion has received 3 additional requests for copies of the Longform Notice and Claim Form by phone. In total, Angeion received 5 requests for copies of the Longform Notice and Claim Form by phone.

24.     Angeion mailed or emailed copies of the Longform Notice or Claim Form in response to each of these requests, and will continue to respond to such requests throughout the administration of the Settlement

**UPDATE ON REPORT OF REQUESTS FOR EXCLUSION AND OBJECTIONS**

25.     The Postcard Notice and Longform Notice informed potential Class Members that requests for exclusion from the Class were to be mailed and addressed to Applied Therapeutics Securities Settlement, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, such that they are received no later than February 26, 2026. That deadline has passed.

26.     Angeion has been monitoring all mail received for the Settlement. As of March 11, 2026, Angeion has received one (1) Request for Exclusion. On February 18, 2026, this request was sent by email to info@APLTSecuritiesSettlement.com, an email account Angeion created to communicate with Class Members concerning the administration of the Settlement. The Claims Administrator responded to this email with instructions from the Longform Notice on how to request exclusion, including the requirement that requests for exclusion be sent by mail. On February 20, 2026, the request was received by USPS Express Mail. A redacted copy of the request is attached hereto as Exhibit 1.

27.     Class Members seeking to object to the proposed Settlement, the proposed Plan of Allocation and/or Lead Counsel's Fee and Expense Application were required to submit their objection in writing by mail or delivered such that it was received by the Court and Lead Counsel no later than February 26, 2026. Despite these instructions, Class Members sometimes send objections to the Claims Administrator instead.  As of March 11, 2026, Angeion has not received any objections, and is not aware of any objections being filed with the Court.

## UPDATE ON CLAIMS PROCESS

28.     Pursuant to the Preliminary Approval Order, Claims are to be submitted no later than April 8, 2026.  ECF No. 127, ¶ 14. As of March 11, 2026, Angeion has received 259 Claims from potential Class Members.

29.     Based on our experience administering class action settlements in similar cases of this nature, we anticipate the vast majority of Claims to be submitted on or around the claim filing deadline.  During the claims administration process, Angeion will review and process all Claims received, will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims, if applicable, and, with Court approval, will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

## ESTIMATE OF ADMINISTRATION FEES

30.     As of March 11, 2026, the cost to provide notice and administration services has totaled $29,858.24.  Angeion estimates that if the number of Claims filed in this case is similar to the number of Claims filed on other securities class actions, then it will be able to complete notice and administration services for the Settlement through two distributions of the Net Settlement Fund

6

to Authorized Claimants within the $200,000 in Notice and Administration Costs that were authorized by the Court's Preliminary Approval Order. ECF No. 127 ¶ 27.

31.     Angeion respectfully requests that, if the Court includes a cap on Notice and Administration Expenses in its Final Judgment or other Order, that the Court also include a provision to allow Angeion and Lead Counsel to request the payment of additional Notice and Administration Expenses in the event that Notice and Administration Expenses exceed the cap included by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March 2026.

Dawn M. Cody

7

# EXHIBIT 1

## *Request for Exclusion*

February 19, 2026

Applied Therapeutics Securities Settlement
c/o Claims Administrator
1650 Arch Street, Suite 2210\
Philadelphia, PA 19103

**REQUEST FOR EXCLUSION**
**Applied Therapeutics Securities Litigation,**
**No. 1:24-cv-09715-DLC**
**United States District Court for the Southern District of New York**

**Purpose:**

Request exclusion from the Class in the *Applied Therapeutics Settlement*

**PERSONAL INFORMATION:**

Raymond M. Coggins

New York, NY

**ACTION:**

Applied Therapeutics Securities Litigation,
No. 1:24-cv-09715-DLC
United States District Court for the Southern District of New York

Court-Ordered Legal Notice of Proposed Settlement of Class Action

The Parties to the securities class listed above have reached a proposed Settlement, under the terms and conditions set forth in the Amended Stipulation of Settlement, dated November 20, 2025 ("Stipulation"). This notice advises potential Class Members of information about the proposed Settlement. Capitalized terms used in this notice that are not otherwise defined are defined in the Stipulation. Plaintiff alleges, on behalf of himself and the Class, that Applied Therapeutics, Inc ("Applied") and two of its former officers and directors ("Defendants") made materially false and misleading statements in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 concerning, among other things, the viability of Applied's New Drug Application ("NDA") to the U.S. Food and Drug Administration ("FDA") for govorestat, and that these alleged misrepresentations allegedly caused the price of Applied's common stock to trade at artificially inflated levels during the January 3, 2024 through December 2, 2024 "Class Period." Defendants deny any wrongdoing, and the Court has not determined that Defendants did anything wrong.
**APPLIED THERAPEUTICS (APLT) COMMON STOCK TRANSACTIONS 2024:**



from Morgan Stanley

RAYMOND COGGINS TOD

███████████████

NEW YORK NY 10001

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 200 | 6.1098 | Principal | $1,221.96 |
| | | | | Net Amount | $1,221.96 |

Transaction Type: Bought

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 4,000 | 6.12 | Principal | $24,480.00 |
| | | | | Net Amount | $24,480.00 |

Transaction Type: Bought

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 19,200 | 6.17 | Principal | $118,464.00 |
| | | | | Net Amount | $118,464.00 |

Transaction Type: Bought

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 106 | 6.14 | Principal | $650.84 |
| | | | | Net Amount | $650.84 |

Transaction Type: Bought

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 3,100 | 6.11 | Principal | $18,941.00 |
| | | | | Net Amount | $18,941.00 |

Transaction Type: Bought

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 400 | 6.155 | Principal | $2,462.00 |
| | | | | Net Amount | $2,462.00 |

Transaction Type: Bought

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 4,900 | 6.16 | Principal | $30,184.00 |
| | | | | Net Amount | $30,184.00 |

Transaction Type: Bought

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 794 | 6.15 | Principal | $4,883.10 |
| | | | | Net Amount | $4,883.10 |

Transaction Type: Bought

## DOCUMENTATION OF APPLIED THERAPEUTICS (APLT) COMMON STOCK TRANSACTIONS 2024:

Included

## STATEMENT THAT PERSON WISHES TO BE EXCLUDED FROM THE CLASS:

I (Raymond M. Coggins) would hereby submit this official statement of notice to **Exclude Myself from the Case.**

SIGNATURE:

Raymond M. Coggins

New York, NY

# E✳TRADE®
## from Morgan Stanley

RAYMOND COGGINS TOD

NEW YORK NY 10001

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 200 | 6.1098 | Principal | $1,221.96 |
| | | | | Net Amount | $1,221.96 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.



RAYMOND COGGINS TOD

███████████████

NEW YORK NY 10001

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 4,000 | 6.12 | Principal | $24,480.00 |
| | | | | Net Amount | $24,480.00 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE®
## from Morgan Stanley

RAYMOND COGGINS TOD

NEW YORK NY 10001

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 19,200 | 6.17 | Principal | $118,464.00 |
| | | | | Net Amount | $118,464.00 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE®
## from Morgan Stanley

RAYMOND COGGINS TOD

█████████████████

NEW YORK NY 10001

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 106 | 6.14 | Principal | $650.84 |
| | | | | Net Amount | $650.84 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE®
## from Morgan Stanley

RAYMOND COGGINS TOD

NEW YORK NY 10001

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 3,100 | 6.11 | Principal | $18,941.00 |
| | | | | Net Amount | $18,941.00 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE®
## from Morgan Stanley

RAYMOND COGGINS TOD

█████████████

NEW YORK NY 10001

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 400 | 6.155 | Principal | $2,462.00 |
| | | | | Net Amount | $2,462.00 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE®
### from Morgan Stanley

RAYMOND COGGINS TOD

NEW YORK NY 10001

**E*TRADE** from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 4,900 | 6.16 | Principal | $30,184.00 |
| | | | | Net Amount | $30,184.00 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

# E✳TRADE®
## from Morgan Stanley

RAYMOND COGGINS TOD

███████████

NEW YORK NY 10001

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/13/2024 | 08/14/2024 | 794 | 6.15 | Principal | $4,883.10 |
| | | | | Net Amount | $4,883.10 |

**Transaction Type: Bought**

**Description: APPLIED THERAPEUTICS INC**
Symbol / CUSIP / ISIN: APLT / 03828A101 / US03828A1016
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

Case 1:24-cv-09715-DLC  Document 137-1  Filed 03/12/26  Page 21 of 22

Raymond M Coggins

New York, NY

USA  10001

Applied Therapeutics Securities Settlement

c/o Claims Administrator

1650 Arch Street, Suite 2210

Philadelphia, PA  19103

PRESS FIRMLY TO SEAL


FSC
MIX
Board
FSC® C116916


PAPER
POUCH
how2recycle.info

# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

---

 UNITED STATES
POSTAL SERVICE.

Retail


E

US POSTAGE PAID
$33.25

Origin: 10001
02/18/26
3596280028-98

**PRIORITY MAIL EXPRESS®**

RAYMOND M COGGINS          0 Lb 3.40 Oz

▓▓▓▓▓▓▓▓▓                   RDC 07
NEW YORK NY 10001-▓▓▓▓
(781) 530-8823

SCHEDULED DELIVERY DAY: 02/20/26 08:00 PM

C001

SHIP
TO:
(833) 703-4229
CLAIMS ADMINISTRATOR
APPLIED THERAPEUTICS SECURITIES
STE 2210
1650 ARCH ST
PHILADELPHIA PA 19103-2041

USPS TRACKING® #

9570 1146 2837 6049 9420 23


PAPER
POUCH
how2recycle.info

 UNITED STATES
POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale, EP13F © U.S. Postal Service; October 2023; All rights reserved.